IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1; JOHN DOE 1; JOHN MINOR DOE 1, by and through his next friend, Jane Doe 1; JOHN DOE 2; JOHN MINOR DOE 2, by and through his next friend, John Doe 2; JANE DOE 3; JOHN DOE 3; JANE MINOR DOE 3, by and through her next friend, Jane Doe 3; JANE DOE 4; JOHN DOE 4; JANE MINOR DOE 4, by and through her next friend, Jane Doe 4; JANE DOE 5; JOHN DOE 5; JOHN MINOR DOE 5, by and through his next friend, Jane Doe 5; JANE DOE 6; JOHN DOE 6; JANE MINOR DOE 6, by and through her next friend, Jane Doe 6; JANE DOE 7; JOHN DOE 7; and JANE MINOR DOE 7, by and through her next friend, Jane Doe 7, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure; AUDRIA DENKER, RN, in her official capacity as the President of the Kentucky Board of Nursing; and ERIC FRIEDLANDER, in his official capacity as the Secretary of the Cabinet for Health and Family Services, <br><br> *Defendants*. | Civil No. 3:23-cv-00230-RGJ |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY**

This matter having come before the Court upon Plaintiffs' Motion to Proceed Pseudonymously, it is hereby ORDERED that Plaintiffs' Motion to Proceed Pseudonymously is GRANTED.

Plaintiffs have shown that their privacy interests substantially outweigh the presumption of open judicial proceedings. Plaintiffs are transgender minors ("Transgender Plaintiffs") and

their parents ("Parent Plaintiffs"). Plaintiffs are entitled to use pseudonyms in this action for the following reasons: (1) the Transgender Plaintiffs are vulnerable because of their status as young people under the age of sixteen; (2) this action involves information of the utmost intimacy, including regarding the Transgender Plaintiffs' bodies, medical diagnoses, and mental health; (3) the disclosure of this intimate information exposes Plaintiffs to the risk of stigma and retaliation; (3) this action challenges government conduct; and (4) the identification of the Parent Plaintiffs effectively would amount to identification of the Transgender Plaintiffs.

    IT IS THEREFORE ORDERED that Plaintiffs' Motion to Proceed Pseudonymously is GRANTED and Plaintiffs are entitled to proceed using pseudonyms.

    Done this \_\_\_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE
The Hon. Rebecca Grady Jennings