

# Case Assignment
## Standard Civil Assignment

Case number **3:23CV-230-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 5/3/2023 4:23:27 PM
Transaction ID: 73741

[ Request New Judge ]   [ Return ]