AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| Jane Doe 1, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-00230 |
| Eric Friedlander in his official capacity, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Friedlander, in his official capacity.

Date: 05/08/2023

/s/ Wesley W. Duke
*Attorney's signature*

Wesley W. Duke KY Bar# 88404
*Printed name and bar number*
Cabinet for Health and Family Services
275 East Main Street 5W-A
Frankfort, KY 40621

*Address*

wesleyw.duke@ky.gov
*E-mail address*

(502) 564-7042
*Telephone number*

(502) 654-7091
*FAX number*