AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

Jane Doe 1, et al._____ )
             Plaintiff           )
                v.                         )    Case No.   3:23-cv-00230
William Thornbury, Jr., MD, in his official capacity, et al. )
            Defendant        )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William C. Thornbury, Jr. MD, in his offical capacity as President of the Kentucky Board of Medical Licensure.

Date:    05/09/2023                                                        /s/ Nicole A. King
                                                                                 *Attorney's signature*

                                                                  Nicole A. King, KBA # 97866
                                                                 *Printed name and bar number*

                                                                  Kentucky Board of Medical Licensure
                                                                310 Whittington Parkway, Suite 1B
                                                                       Louisville, KY 40222
                                                                              *Address*

                                                                      nicolea.king@ky.gov
                                                                        *E-mail address*

                                                                   (502) 429-7150
                                                                       *Telephone number*

                                                                   (502) 429-7118
                                                                           *FAX number*