IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1 et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure; AUDRIA DENKER, RN, in her official capacity as the President of the Kentucky Board of Nursing; and ERIC FRIEDLANDER, in his official capacity as the Secretary of the Cabinet for Health and Family Services,<br><br>　　　　Defendants. | **AFFIDAVIT OF SERVICE**<br><br>Civil No. 3:23-cv-00230-RGJ |

　　I, Heather Gatnarek, hereby state that, pursuant to FRCP 4(j)(2)(B) and Ky. CR 4.04(6), I caused Plaintiffs' Complaint and Summons in this case to be sent to: (1) William C. Thornbury, Jr., MD, of the Kentucky Board of Medical Licensure; (2) Audria Denker, RN, of the Kentucky Board of Nursing; and (3) Eric Friedlander, Secretary of the Kentucky Cabinet for Health and Family Services, by email to their respective counsels, as well as at the email address that the Commonwealth created to serve its officials and agencies: ServetheCommonwealth@ky.gov, on May 4, 2023.

　　Attached to this Affidavit as Exhibit 1 are the summonses issued by the Court on May 4, 2023. Attached to this Affidavit as Exhibit 2 is an email dated May 4, 2023, from the Attorney General's Office confirming receipt of service on behalf of all Defendants. Attached to this Affidavit as Exhibit 3 is an email dated May 3, 2023, from Leanne Diakov confirming receipt of service on behalf of Defendant Thornbury. Attached to this Affidavit as Exhibit 4 is an email

dated May 4, 2023, from Jeffrey Prather confirming receipt of service on behalf of Defendant Denker. Attached to this Affidavit as Exhibit 5 is an email dated May 8, 2023, from Wesley Duke confirming receipt of service on behalf of Defendant Friedlander. This Affidavit of Service is submitted pursuant to FCRP 4(l)(1).

Dated: May 9, 2023                    Respectfully submitted,

*Heather Gatnarek*
Heather Gatnarek
ACLU OF KENTUCKY FOUNDATION
325 W. Main St. Suite 2210
Louisville, KY 40202
(502) 581-9746
heather@aclu-ky.org