# Heather Gatnarek

| | |
|---|---|
| **From:** | Bowman, Selina R (KYOAG) <Selina.Bowman@ky.gov> on behalf of KYOAG Serve the Commonwealth <ServetheCommonwealth@ky.gov> |
| **Sent:** | Thursday, May 4, 2023 11:26 AM |
| **To:** | Heather Gatnarek |
| **Subject:** | RE: Service of Civil Complaint upon three state defendants |
| **Attachments:** | 2023.05.04 KBML 23-cv-230.pdf; 2023.05.04 KBN 23-cv-230.pdf; 2023.05.04 CHFS 23-cv-230.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Ms. Gatnarek –

After review of the documents submitted, this message will acknowledge receipt of the complaint and summons(es) in US Western District of Kentucky # 23-cv-230. The Office of the Attorney General hereby confirms acceptance of service of process for the Kentucky Board of Medical Licensure, Kentucky Board of Nursing, and the Cabinet for Health and Family Services on May 4, 2023 by electronic means.

*Selina R. Bowman* | Paralegal | Office of Civil & Environmental Law
Kentucky Office of Attorney General | 700 Capital Avenue | Suite 118 | Frankfort, KY 40601
Phone 502-696-5434 | Fax 502-564-2894 | Selina.Bowman@ky.gov

**From:** Heather Gatnarek <Heather@aclu-ky.org>
**Sent:** Thursday, May 4, 2023 10:52 AM
**To:** KYOAG Serve the Commonwealth <ServetheCommonwealth@ky.gov>
**Subject:** Service of Civil Complaint upon three state defendants

> **\*\*CAUTION\*\*** PDF attachments may contain links to malicious sites. Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

To Whom It May Concern:

Please find attached a copy of the lawsuit filed yesterday and docketed today as Case No. 3:23-cv-230 in the Western District of KY on behalf of seven pseudonymous plaintiff families, naming the following as defendants: William C. Thornbury, Jr., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure; Audria Denker, RN, in her official capacity as the President of the Kentucky Board of Nursing; and Eric Friedlander, in his official capacity as the Secretary of the Cabinet for Health and Family Services. The complaint, civil cover sheet, and issued summonses are attached. Each defendant's counsel has also been contacted by email and at least one, counsel for Mr. Thornbury, has accepted that electronic service of this lawsuit. Please let me know if you have any questions about this filing.

Thank you,
Heather Gatnarek

--

1

**Heather Gatnarek**
Pronouns: she, her, hers

Senior Staff Attorney
American Civil Liberties Union of Kentucky
325 W. Main Street, Suite 2210, Louisville, KY 40202
502.581.9746
Heather@ACLU-KY.org



This email message may contain information that is confidential or legally privileged. The information contained in this email is intended only for the recipient[s] listed above. Any dissemination, copying or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you.