# Heather Gatnarek

| | |
|---|---|
| **From:** | Diakov, Leanne (KBML) <Leanne.Diakov@ky.gov> |
| **Sent:** | Wednesday, May 3, 2023 9:06 PM |
| **To:** | Heather Gatnarek |
| **Subject:** | RE: WD Ky Complaint Filed - Doe et al. v. Thornbury et al. |

**This Message Is From an External Sender**
This message came from outside your organization.

Heather,
Thank you. Yes, I can accept service on behalf of KBML's president. I assume you have also served the Office of Attorney General since it is against a state agency/officer? I am out of state until Monday, but will try to stay on top of emails. Apologies in advance if any delay.
Best,
Leanne

*Leanne K. Diakov*
**General Counsel**
**Kentucky Board of Medical Licensure**
**310 Whittington Parkway, Suite 1B**
**Louisville, KY 40222**
**leanne.diakov@ky.gov**
**Tel. (502) 429-7150**
**Fax (502) 429-7118**

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.

**If this is a message to which a reply is required, please note that your reply is neither expected nor will be reviewed outside of this agency's regular business hours (Monday-Friday, 8:00 a.m. – 4:30 p.m., excluding holidays).

**From:** Heather Gatnarek <Heather@aclu-ky.org>
**Sent:** Wednesday, May 3, 2023 4:53 PM
**To:** Diakov, Leanne (KBML) <Leanne.Diakov@ky.gov>
**Cc:** Corey Shapiro <corey@aclu-ky.org>; Crystal Fryman <Crystal@aclu-ky.org>
**Subject:** WD Ky Complaint Filed - Doe et al. v. Thornbury et al.

   **CAUTION**  PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

Ms. Diakov,

We write to let you know that we have filed a federal lawsuit in the Western District of KY challenging certain provisions of SB150, specifically Section 4(2)(a) and (b), on behalf of seven pseudonymous families who will be impacted by this law. A copy of the Complaint is attached.

1

The named defendants are William Thornbury as President of the Kentucky Board of Medical Licensure, Audria Denker as President of the Kentucky Board of Nursing, and Eric Friedlander as the Secretary of the Cabinet for Health and Family Services.

As General Counsel for the KY Board of Medical Licensure, please let us know if you will accept service of this lawsuit via electronic mail on behalf of Mr. Thornbury. If you are unable to accept service on behalf of Mr. Thornbury, could you please let us know who his legal representation is so that we may reach out directly?

Thank you in advance,
Heather Gatnarek


--
**Heather Gatnarek**
Pronouns: she, her, hers

Senior Staff Attorney
American Civil Liberties Union of Kentucky
[325 W. Main Street, Suite 2210, Louisville, KY 40202](#)
502.581.9746
[Heather@ACLU-KY.org](#)



This email message may contain information that is confidential or legally privileged. The information contained in this email is intended only for the recipient[s] listed above. Any dissemination, copying or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you.