# Heather Gatnarek

| | |
|---|---|
| **From:** | Prather, Jeffrey R (Board of Nursing) <jeffrey.prather@ky.gov> |
| **Sent:** | Thursday, May 4, 2023 2:39 PM |
| **To:** | Heather Gatnarek |
| **Cc:** | Corey Shapiro; Crystal Fryman |
| **Subject:** | RE: WD Ky Complaint Filed - Doe et al. v. Thornbury et al. |

**This Message Is From an External Sender**
This message came from outside your organization.

Ms. Gatnarek,

My apologies for my delay in responding.

I will accept this electronic service on behalf of President Denker.

Sincerely,

Jeffrey R. Prather
General Counsel
Kentucky Board of Nursing
312 Whittington Pkwy, Ste 300
Louisville, KY 40222
(502) 338-2851 (mobile)
(502) 420-1542 (fax)
kbn.ky.gov



*The Kentucky Board of Nursing protects the public by development and enforcement of state laws governing the safe practice of nurses, dialysis technicians, and licensed certified professional midwives.*

The information contained in this message may be privileged, confidential, and protected from disclosure. If you are neither the intended recipient, nor delegated to act on behalf of the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message.

**From:** Heather Gatnarek <Heather@aclu-ky.org>
**Sent:** Thursday, May 4, 2023 12:35 PM
**To:** Prather, Jeffrey R (Board of Nursing) <jeffrey.prather@ky.gov>
**Cc:** Corey Shapiro <corey@aclu-ky.org>; Crystal Fryman <Crystal@aclu-ky.org>
**Subject:** RE: WD Ky Complaint Filed - Doe et al. v. Thornbury et al.

> **\*\*CAUTION\*\*** PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

Mr. Prather, I am attaching here for your records the issued summons from the court in this matter. We are docketed in the Western District of KY as Case No. 3:23-cv-230. Please do let me know, when you have a chance, if you are able to accept this electronic service on behalf of Ms. Denker.

Thank you,
Heather Gatnarek

**From:** Heather Gatnarek
**Sent:** Wednesday, May 3, 2023 4:53 PM
**To:** Jeffrey.prather@ky.gov
**Cc:** Corey Shapiro <corey@aclu-ky.org>; Crystal Fryman <Crystal@aclu-ky.org>
**Subject:** WD Ky Complaint Filed - Doe et al. v. Thornbury et al.

Mr. Prather,

We write to let you know that we have filed a federal lawsuit in the Western District of KY challenging certain provisions of SB150, specifically Section 4(2)(a) and (b), on behalf of seven pseudonymous families who will be impacted by this law. A copy of the Complaint is attached.

The named defendants are William Thornbury as President of the Kentucky Board of Medical Licensure, Audria Denker as President of the Kentucky Board of Nursing, and Eric Friedlander as the Secretary of the Cabinet for Health and Family Services.

As General Counsel for the KY Board of Nursing, please let us know if you will accept service of this lawsuit via electronic mail on behalf of Ms. Decker. If you are unable to accept service on behalf of Ms. Decker, could you please let us know who her legal representation is so that we may reach out directly?

Thank you in advance,
Heather Gatnarek


--
**Heather Gatnarek**
Pronouns: she, her, hers

Senior Staff Attorney
American Civil Liberties Union of Kentucky
325 W. Main Street, Suite 2210, Louisville, KY 40202
502.581.9746
Heather@ACLU-KY.org



This email message may contain information that is confidential or legally privileged. The information contained in this email is intended only for the recipient[s] listed above. Any dissemination, copying or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you.