**Heather Gatnarek**

| | |
|---|---|
| **From:** | Duke, Wesley W (CHFS OLS) <WesleyW.Duke@ky.gov> |
| **Sent:** | Monday, May 8, 2023 1:22 PM |
| **To:** | Heather Gatnarek |
| **Subject:** | Doe v Friedlander, WDKY, 23-cv-230 |

**This Message Is From an External Sender**
This message came from outside your organization.

Heather,

I can accept service for the Secretary in this matter.

Wes

Wesley W. Duke
General Counsel
Cabinet For Health and Family Services
275 East Main Street
Frankfort, Kentucky 40621
502-564-7042

Under Kentucky Rule of Evidence 503, this communication may be confidential and is not intended to be disclosed to third persons other than those to whom disclosure is made in furtherance of the rendition of professional legal services to or on behalf of the Office of Legal Services.
This communication may contain information which is confidential.  It is for the exclusive use of the intended recipient(s).  If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful.  If you have received this communication in error please return it to the sender then delete the communication and destroy any copies.  It should be expressly understood that the Office of Legal Services cannot guarantee the security of the transmission and assumes no responsibility for intentional or accidental receipt by a third party.

