AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| Jane Doe 1, et al.<br>*Plaintiff*<br>v.<br>Audria Denker, RN, in her official capacity, et al.<br>*Defendant* | )<br>)<br>)  Case No.  3:23-cv-00230<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Audria Denker, RN, in her official capacity as the President of the Kentucky Board of Nursing.

Date:   05/10/2023

/s/ Jeffrey R. Prather
*Attorney's signature*

Jeffrey R. Prather KY Bar #89306
*Printed name and bar number*

Kentucky Board of Nursing
312 Whittington Pkwy, Ste 300
Louisville, KY 40222
*Address*

jeffrey.prather@ky.gov
*E-mail address*

(502) 338-2851
*Telephone number*

(502) 420-1542
*FAX number*