UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.* <br>     Plaintiffs <br><br> v. <br><br> THORNBURY, *et al.* <br>     Defendants | Civil Action No. 3:23-CV-00230-DJH |

**ORDER GRANTING THE MOTION TO INTERVENE BY THE COMMONWEALTH OF KENTUCKY**

This matter is before the Court on the motion to intervene by the Commonwealth of Kentucky *ex rel.* Attorney General Daniel Cameron. The Court, having been sufficiently advised, **HEREBY ORDERS** that the motion is **GRANTED**. The clerk shall file in the case management system the Commonwealth of Kentucky's Intervening Answer, which system shall cause the Intervening Answer to be served electronically upon all parties.

Dated this ___, day of May 2023.