IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure, *et al.*,<br><br>    *Defendants*. | Civil No.: 3:23-CV-00230-DJH |

**DECLARATION OF JANE DOE 5 IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Jane Doe 5,[1] herby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify completely to those facts if called to do so.

2. I am a plaintiff in this Action and I am the parent and next friend of my minor child, John Minor ("JM") Doe 5, who is also a Plaintiff in this action.

3. I am a Kentucky resident. I live in the Eastern District of Kentucky with my two children and my husband John Doe 5.

4. My son, JM Doe 5, who is also a Plaintiff in this action, is a sixteen-year-old transgender boy.

---

[1] Because of concerns about my child's privacy and safety, I have moved to proceed in this case under a pseudonym. *See Pls.' Mot. for Leave to Proc. Pseudonymously,* ECF No. 1. I have contemporaneously signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

5. JM Doe 5 was born in the state of Kentucky and has told me that he considers himself a native Kentuckian. He has a deep love for Kentucky and has consistently told us that he plans to make a life for himself in Kentucky.

6. JM Doe 5 has known since a young age that he was not a girl. At eleven, he started to wear his hair short and dress more androgynously. He expressed discomfort when I encouraged him to wear earrings or look more feminine.

7. JM Doe 5 began using a male name and male pronouns in seventh grade. He "came out" to me as transgender the summer after eighth grade. Because of the stigma associated with transgender identity, I feared for his safety.

8. When JM Doe 5 began puberty and started menstruating, he experienced extreme distress. My husband and I took him to a gynecologist to discuss possible treatment options. The gynecologist prescribed birth control pills to stop JM Doe 5's periods.

9. After providing detailed information regarding treatment options and associated risks, a physician recommended that JM Doe 5 take testosterone. My husband and I considered the risks of this treatment at length. We consented to the treatment and JM Doe 5 began taking testosterone in January 2023. He continues to receive this care within the State. JM Doe 5 also sees a therapist.

10. We almost immediately noticed a positive change in JM Doe 5's mental health after he started testosterone. JM Doe 5 is happier, more confident, and more outgoing. He appears more comfortable in public and more at home in his body.

11. My husband and I are very concerned about what might happen to JM Doe 5 if the Treatment Ban prevents him from continuing his testosterone treatment in Kentucky. Our family will be forced to either seek treatment for JM Doe 5 in another state or discontinue the treatment

that has made such a profoundly positive change in his life.  We do not know whether we will be able to obtain this treatment out-of-state while remaining in Kentucky.  JM Doe 5 may be forced to move away from the home state that he holds dear.  We worry that JM Doe 5's symptoms of distress will return without continued treatment.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May 2023.

/s/ Jane Doe 5
Jane Doe 5
