IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure, *et al.*, <br><br> Defendants. | No. 3:23-cv-00230-DJH |

**JOINT AGREED ORDER FOR BRIEFING SCHEDULE**

Plaintiffs and Defendants, by counsel, having conferred and agreed pursuant to LR 7.1(b), it is hereby ORDERED that Defendants' Response to Plaintiffs' Motion for Preliminary Injunctive Relief [Doc. 17] shall be filed by **June 5, 2023**. Plaintiffs' Reply shall be filed by **June 12, 2023**.

_____
Judge, United States District Court

Tendered by:

*/s/ Heather Gatnarek*
Heather Gatnarek
ACLU OF KENTUCKY FOUNDATION
325 W. Main St. Suite 2210
Louisville, KY 40202
(502) 581-9746
heather@aclu-ky.org

Having seen and agreed to by:

*/s/ Nicole King (with permission)*
Nicole King
*Counsel for Defendant Thornbury*

*/s/ Jeffrey Prather (with permission)*
Jeffrey Prather
*Counsel for Defendant Denker*

*/s/ Wesley Duke (with permission)*
Wesley Duke
*Counsel for Defendant Friedlander*