# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| JANE DOE 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM C. THORNBURY, JR., et al., <br><br> Defendants. | Case No. 3:23-cv-00230-DJH |

## [PROPOSED] ORDER GRANTING MOTION OF AMERICAN ACADEMY OF PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND MENTAL HEALTH ORGANIZATIONS FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court upon the Motion of American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations ("*Amici Curiae*") for Leave to File an *Amici Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. __).  The Motion having been fully briefed, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Brief of *Amici Curiae* attached to the Motion is deemed properly filed.

1

**IT IS SO ORDERED.**

Dated: _____

                                              Hon. David J. Hale
                                              U.S. District Judge