UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JANE DOE 1 et al.,                                                                                      Plaintiffs,

v.                                                                                    Civil Action No. 3:23-cv-230-DJH

WILLIAM C. THORNBURY, JR., MD, in
his official capacity as the President of the
Kentucky Board of Medical Licensure et al.,                                            Defendants.

\* \* \* \* \*

## ORDER

Attorney General Daniel Cameron having moved to intervene on behalf of the Commonwealth of Kentucky (Docket No. 16), it is hereby

**ORDERED** that Plaintiffs and Defendants shall respond to the motion to intervene no later than **Friday, May 26, 2023**.

May 23, 2023

*[Signature]*

David J. Hale, Judge
United States District Court

1