UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>    Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>    Defendants | Civil Action No. 3:23-CV-00230-DJH |

## ORDER

This matter is before the Court on an emergency motion to amend the briefing schedule pending the Commonwealth's intervention. The Court, having been sufficiently advised, **HEREBY ORDERS** that the motion is **GRANTED**. The Commonwealth shall file its response to the Plaintiffs' motion for preliminary injunctive relief no later than Monday, June 12, 2023.

Dated this ___, day of May 2023.