**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
Louisville **DIVISION**

Doe 1, et al.

-vs-

Case No.: 3:23-cv-00230

Thornbury, et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Randall Mark Levine , Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent all plaintiffs in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Morgan Lewis & Bockius LLP

    with offices at

    Mailing address: 1111 Pennsylvania Avenue NW

    City, State, Zip Code: Washington, DC 20004

    Telephone: (202) 373-6541

    E-Mail: randall.levine@morganlewis.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| District of Columbia | 08/11/2008 | 982699 |
| New York | 01/24/2007 | 4478103 |
| US Ct App 2nd Cir | 04/21/2015 | |
| US Ct App 9th Cir | 12/21/2015 | |
| Dist Ct So. D. NY | 03/13/2018 | |

3. Applicant HAS NOT [✔] been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

   Applicant HAS [ ] been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

   _____

4. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. I have completed training for mandatory electronic case filing through [ ] the Kentucky Bar Association CLE course OR [✔] on-line tutorial authorized class room training OR [ ] other method (Please explain:

   _____
   _____
   _____

6. Applicant tenders with this Motion the following:

   [✔] The required *pro hac vice* motion fee of $125.00.

   Wherefore, Applicant prays that this Court enter an order permitting the admission of __Randall Mark Levine__ to the Western District of Kentucky *pro hac vice* for this case only.

   *[signature]*
   [Signature of Atty to be admitted - Hand Signed]

   If filed by an attorney other than the applicant, please complete the section below

   *[signature]* Signature
   325 W. Main St., Suite 2210 Mailing Address
   Louisville, KY City/State
   40202 Zipcode
   502-581-9746 Telephone
   corey@aclu-ky.org Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.