## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
Louisville DIVISION

Doe 1, et al.

-vs-

Case No.: 3:23-cv-00230

Thornbury, et al.

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Randall Mark Levine, is permitted to argue or try this case in whole or in part as counsel for all plaintiffs.