UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>WILLIAM C. THORNBURY, JR., et al.,<br><br>  Defendants. | Case No. 3:23-cv-00230-DJH |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2, attorney Amy D. Cubbage hereby moves this Court to admit Cortlin H. Lannin, with the law firm of Covington & Burling LLP, as co-counsel to practice *pro hac vice* in the above-styled case on behalf of *amici curiae* the American Academy of Pediatrics ("AAP"), the Academic Pediatric Association ("APA"), the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American

1

College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the Association of American Medical Colleges ("AAMC"), Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC"), the Endocrine Society ("ES"), the Kentucky Chapter of the American Academy of Pediatrics ("KCAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") (collectively, "*Amici Curiae*"), and states the following:

1. Cortlin H. Lannin is an active member in good standing of the bar of the State of California and a member of the bar of the following federal courts: the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, and the U.S. Court of Appeals for the District of Columbia Circuit. (*See* Certificate of Good Standing for the California Bar attached hereto as Exhibit A).

2. Mr. Lannin represents that he has never been disbarred, suspended from practice, or subject to other disciplinary action and that, to his knowledge, there are

no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

3. Mr. Lannin consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. Mr. Lannin is familiar with and has used the NextGen CM/ECF system before to file documents, and reviewed the ECF User Manual for the United States District Court for the Western District of Kentucky.

WHEREFORE, attorney Amy D. Cubbage moves this Court to enter an Order allowing Cortlin H. Lannin to appear before this Court on behalf of *Amici Curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: May 26, 2023

Respectfully submitted,

*/s/ Amy D. Cubbage*

Amy D. Cubbage
TACHAU MEEK PLC
PNC Tower, Suite 3600
101 S. Fifth St.
Louisville, KY 40202-3120
(502) 238-9900
acubbage@tachaulaw.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that foregoing Motion was served by electronic service upon counsel of record on May 26, 2023.

*/s/ Amy D. Cubbage*
Amy D. Cubbage