UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JANE DOE 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM C. THORNBURY, JR., et al., <br><br> Defendants. | Case No. 3:23-cv-00230-DJH |

## ORDER

The Motion for Admission Pro Hac Vice of Cortlin H. Lannin is before the Court. The movant has paid the required filing fees and has otherwise complied with Local Rule 83.2.

Accordingly, the motion is GRANTED and Mr. Lannin is admitted pro hac vice in the above-styled case on behalf of *amici curiae* the American Academy of Pediatrics ("AAP"), the Academic Pediatric Association ("APA"), the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"), the American College of

Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the Association of American Medical Colleges ("AAMC"), Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC"), the Endocrine Society ("ES"), the Kentucky Chapter of the American Academy of Pediatrics ("KCAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") (collectively, "*Amici Curiae*").

**IT IS SO ORDERED.**

Dated: _____

                                                      Hon. David J. Hale
                                                    U.S. District Judge