UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM C. THORNBURY, JR., et al.,<br><br>    Defendants. | Case No. 3:23-cv-00230-DJH |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2, attorney Amy D. Cubbage hereby moves this Court to admit Emily M. Mondry, with the law firm of Covington & Burling LLP, as co-counsel to practice *pro hac vice* in the above-styled case on behalf of *amici curiae* the American Academy of Pediatrics ("AAP"), the Academic Pediatric Association ("APA"), the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American

1

College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the Association of American Medical Colleges ("AAMC"), Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC"), the Endocrine Society ("ES"), the Kentucky Chapter of the American Academy of Pediatrics ("KCAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") (collectively, "*Amici Curiae*"), and states the following:

1. Emily M. Mondry is an active member in good standing of the bar of the District of Columbia. (*See* Certificate of Good Standing for the D.C. Bar attached hereto as Exhibit A).

2. Ms. Mondry represents that she has never been disbarred, suspended from practice, or subject to other disciplinary action and that, to her knowledge, there are no disciplinary or suspension proceedings pending against her in any court of the United States, or of any State, Territory, or Possession of the United States.

3. Ms. Mondry consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. Ms. Mondry is familiar with and has used the NextGen CM/ECF system before to file documents, and reviewed the ECF User Manual for the United States District Court for the Western District of Kentucky.

WHEREFORE, attorney Amy D. Cubbage moves this Court to enter an Order allowing Emily M. Mondry to appear before this Court on behalf of *Amici Curiae* for all purposes relating to the proceedings in the above captioned matter.

| | |
|---|---|
| Dated: May 26, 2023 | Respectfully submitted, |
| | */s/ Amy D. Cubbage* |
| | Amy D. Cubbage |
| | TACHAU MEEK PLC |
| | PNC Tower, Suite 3600 |
| | 101 S. Fifth St. |
| | Louisville, KY 40202-3120 |
| | (502) 238-9900 |
| | acubbage@tachaulaw.com |
| | |
| | *Counsel for Amici Curiae* |

3

## CERTIFICATE OF SERVICE

I hereby certify that foregoing Motion was served by electronic service upon counsel of record on May 26, 2023.

>                             */s/ Amy D. Cubbage*
>                             Amy D. Cubbage