## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

JANE DOE 1, et al.,

     Plaintiffs,

v.

WILLIAM C. THORNBURY, JR., et al.,

     Defendants.

Case No. 3:23-cv-00230-DJH

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2, attorney Amy D. Cubbage hereby moves this Court to admit D. Jean Veta, with the law firm of Covington & Burling LLP, as co-counsel to practice *pro hac vice* in the above-styled case on behalf of *amici curiae* the American Academy of Pediatrics ("AAP"), the Academic Pediatric Association ("APA"), the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American College of

1

Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the Association of American Medical Colleges ("AAMC"), Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC"), the Endocrine Society ("ES"), the Kentucky Chapter of the American Academy of Pediatrics ("KCAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") (collectively, "*Amici Curiae*"), and states the following:

1.     D. Jean Veta is an active member in good standing of the bar of the District of Columbia and a member of the bar of the following federal courts: the U.S. District Court for the District of Columbia, the U.S. District Court for the Eastern District of Arkansas, the U.S. District Court for the Western District of Arkansas, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Eighth Circuit, and the U.S. Court of Appeals for the Ninth Circuit. (*See* Certificate of Good Standing for the D.C. Bar attached hereto as Exhibit A).

2.      Ms. Veta represents that she has never been disbarred, suspended from practice, or subject to other disciplinary action and that, to her knowledge, there are no disciplinary or suspension proceedings pending against her in any court of the United States, or of any State, Territory, or Possession of the United States.

3.      Ms. Veta consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4.      Ms. Veta is familiar with and has used the NextGen CM/ECF system before to file documents, and reviewed the ECF User Manual for the United States District Court for the Western District of Kentucky.

WHEREFORE, attorney Amy D. Cubbage moves this Court to enter an Order allowing D. Jean Veta to appear before this Court on behalf of *Amici Curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: May 26, 2023                     Respectfully submitted,

                                        */s/ Amy D. Cubbage*
                                        _____
                                        Amy D. Cubbage
                                        TACHAU MEEK PLC
                                        PNC Tower, Suite 3600
                                        101 S. Fifth St.
                                        Louisville, KY 40202-3120
                                        (502) 238-9900
                                        acubbage@tachaulaw.com

                                        *Counsel for Amici Curiae*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that foregoing Motion was served by electronic service upon counsel of record on May 26, 2023.

*/s/ Amy D. Cubbage*
Amy D. Cubbage