# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# Louisville DIVISION

Doe 1, et al.,

-vs-

Thornbury, et al.

Case No.: 3:23-cv-00230

## ORDER FOR ADMISSION *PRO HAC VICE*

    The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Amanda Ford, is permitted to argue or try this case in whole or in part as counsel for all plaintiffs.