**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**_____DIVISION**

JANE DOE 1, ET AL.

-vs-                                                                                          Case No.:_____

WILLIAM C. THORNBURY, JR., ET AL.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now _____, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent _____ in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) _____

    with offices at

    Mailing address:            _____

    City, State, Zip Code: _____

    Telephone:                     _____

    E-Mail:                            awhelan@nclrights.org_____

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| U.S. District Court, Southern District of CA | _____ | _____ |
| U.S. District Court, Eastern District of CA | _____ | _____ |
| U.S. District Court, Central District of CA | _____ | _____ |

3. Applicant HAS NOT ( ) been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.
   Applicant HAS ( ) been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.
   _____

4. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. I have completed training for mandatory electronic case filing through X the Kentucky Bar Association CLE course **OR** X on-line tutorial authorized class room training **OR** X other method (Please explain:
   _____
   _____ _____
   _____

6. Applicant tenders with this Motion the following:
   ☐ The required *pro hac vice* motion fee of $125.00.

   Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ to the Western District of Kentucky *pro hac vice* for this case only.

   _____
   [Signature of Atty to be admitted - Hand Signed]

   If filed by an attorney other than the applicant, please complete the section below

   _____
   Signature
   _____
   Mailing Address
   _____
   City/State
   _____
   Zipcode
   _____
   Telephone
   _____
   Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2.  Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
<u>         LOUISVILLE         </u>   **DIVISION**

<u>JANE DOE 1, ET AL.                    </u>

-vs-                                                            Case No.: <u>3:23-cv-230-DJH              </u>

<u>WILLIAM C. THORNBURY, JR., ET AL.          </u>

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u>Amy Whelan           </u>, is permitted to argue or try this case in whole or in part as counsel for <u>Plaintiffs                                                                </u>.

**Attachment to Application for Admission Pro Hac Vice for Amy Whelan**

[Continued from first page, Section 2]

| Court | Date of Admission | Bar No. |
|---|---|---|
| U.S. District Court, Northern District of California | 12/3/2001 | CA 215675 |
| U.S. Court of Appeals for the Third Circuit | 12/10/2013 | |
| U.S. Court of Appeals for the Sixth Circuit | 3/19/2004 | |
| U.S. Court of Appeals for the Eighth Circuit | 2/13/2019 | |
| U.S. Court of Appeals for the Ninth Circuit | 2/20/2001 | CA 215675 |
| U.S. Supreme Court | 7/26/2010 | 276561 |