**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
__LOUISVILLE__   **DIVISION**

JANE DOE 1, ET AL.

-vs-                                          Case No.: 3:23-cv-230-DJH

WILLIAM C. THORNBURY, JR., ET AL.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Amy Whelan, is permitted to argue or try this case in whole or in part as counsel for Plaintiffs.