## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
<u>   LOUISVILLE   </u> **DIVISION**

<u>JANE DOE 1, ET AL.</u>

-vs-  Case No.: <u>3:23-cv-230-DJH</u>

<u>WILLIAM C. THORNBURY, JR., ET AL.</u>

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u>Christopher F. Stoll</u>, is permitted to argue or try this case in whole or in part as counsel for <u>Plaintiffs                                                                </u>.