**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
LOUISVILLE **DIVISION**

JANE DOE 1, ET AL.

-vs-                                                             Case No.: 3:23-cv-230-DJH

WILLIAM C. THORNBURY, JR., ET AL.

**ORDER FOR ADMISSION *PRO HAC VICE***

    The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Kelly Jo Popkin, is permitted to argue or try this case in whole or in part as counsel for Plaintiffs.