## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

JANE DOE 1 et al.,

      Plaintiffs,

    v.

WILLIAM C. THORNBURY, JR., MD, et al.,

      Defendants.

**NOTICE REGARDING HEARING**

Civil No. 3:23-cv-00230-DJH

Pursuant to this Court's June 1, 2023, Order (DN 40), Plaintiffs submit this notice regarding whether a hearing is necessary on the motion for preliminary injunction:

Plaintiffs filed their Motion for Preliminary Injunctive Relief ("Motion") on May 23, 2023. On June 1, 2023, this Court granted Attorney General Daniel Cameron's Motion to Intervene. DN 38. Defendants Thornbury and Denker filed their Response to Plaintiffs' Motion on June 2, 2023. DN 41. Defendant Friedlander filed his Response to Plaintiffs' Motion on June 5, 2023. DN 42. Intervenor-Defendant Cameron's Response to Plaintiffs' Motion is due on June 9, 2023. DN 40.

As the Court noted, a hearing is required when there are disputed factual issues. *Id.* at PageID#477 (citing *Certified Restoration Dry Cleaning Network, L.L.C. v. Tenke Corp.*, 511 F.3d 535, 552 (6th Cir. 2007)). Neither Defendants Thornbury and Denker's Response nor Defendant Friedlander's Response appears to raise any factual disputes that would require a hearing. *See, e.g.*, DN 39 (Thornbury and Denker "have no objection to Plaintiffs' Motion for Preliminary Injunctive Relief;" "it would behoove KBML/KBN-licensees and their patients for the Court to grant the injunction.").

While Plaintiffs do not believe there should be any factual disputes, Plaintiffs anticipate that Intervenor-Defendant Cameron's forthcoming response likely will present factual disputes (*see generally* DN 16 at 1-2, "Background"), and therefore respectfully request this Court schedule

the Motion for a hearing prior to June 29—the effective date of Section 4 of SB 150—to include

witness testimony. At the Court's request and direction, Plaintiffs can provide dates on which their

witnesses will be available to testify.

Dated: June 5, 2023                    Respectfully submitted,

                                       */s/ Heather Gatnarek*
                                       Corey Shapiro
                                       Heather Gatnarek
                                       Crystal Fryman
                                       Kevin Muench
                                       ACLU OF KENTUCKY FOUNDATION
                                       325 W. Main St. Suite 2210
                                       Louisville, KY 40202
                                       (502) 581-9746
                                       corey@aclu-ky.org
                                       heather@aclu-ky.org
                                       crystal@aclu-ky.org
                                       kevin@aclu-ky.org

                                       Christopher F. Stoll*
                                       Kelly Jo Popkin*
                                       NATIONAL CENTER FOR LESBIAN RIGHTS
                                       870 Market Street, Suite 370
                                       San Francisco, CA 94102
                                       (415) 365-1320
                                       cstoll@nclrights.org
                                       kpopkin@nclrights.org

                                       Stephanie Schuster*
                                       Randall M. Levine*
                                       MORGAN, LEWIS & BOCKIUS LLP
                                       1111 Pennsylvania Ave., NW
                                       Washington, DC 20004-2541
                                       (202) 739-3000
                                       stephanie.schuster@morganlewis.com
                                       randall.levine@morganlewis.com

Amanda J. Ford*
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
(617) 431-7700
amanda.ford@morganlewis.com

*pro hac vice application submitted*

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing was filed with the Court using the CM/ECF system on June 5, 2023, which will generate an electronic notice of filing to all counsel registered with that service.

*/s/ Heather Gatnarek*
Heather Gatnarek