

Children's Hospital Los Angeles
**ASSENT TO PARTICIPATE IN A RESEARCH STUDY**

**TRANS YOUTH CARE –
BLOCKER COHORT**

| Subject's Name: | |
| --- | --- |
| Medical Record<br>Number: | Birth<br>Date: |

1. Dr. Olson is doing a research study about medication that can be used to stop you from going into puberty.

2. We are asking you to take part in this research because we want to learn more about what happens to children who are transgender and use a medicine to stop puberty. We want to see if it changes how your body works and want to know how you and your parents feel about not going into puberty.

3. If you agree to be in this study, you will be asked to:
   - Answer questions at the start of the research and 6 months, 1 year, 1½ years, and 2 years from now.
     - If you have not had your puberty blocker put in within 3 months of taking the first survey, you will be asked to retake the first survey.
     - The questions will take about 2 hours to complete each time and will include:
       - how you feel about your body,
       - if you feel sad or happy,
       - other types of feelings that you are having.
   - Let your doctor and some of the people who work with her look at and write down medical information about you.

4. We will also ask your parent/legal guardian to answer questions about you and about how they feel.

**When you are in a research study, sometimes good things and bad things can happen:**

Date: 6/23/2016
IRB#: CHLA-16-00108

Study ID: CHLA-16-00108    Valid From: 3/5/2019 To: 3/4/2020

5. Things that happen to children in research studies that make them feel bad are called "risks." Some of the bad things for this research study could be:
   - You might not like some of the questions we ask you. If you don't like a question, you do not have to answer it or you can tell us you want to stop and don't want to answer any more questions.
   - We are very careful with the answers and information you give us so that people won't see it if they're not supposed to, but sometimes they might accidentally find out something.

   Not all of these things may happen to you. None of them may happen. Or things may happen that the doctors don't know about yet.

6. Things that happen to children in research studies that are good are called "benefits." Some of the good things for this research study could be we could learn more about how this medicine affects children and how best to take care of transgender children in the future.

7. We will do everything possible to keep your information private.

8. Your parent will receive payment for each study visit.

9. You do not have to be in this study if you don't want to. You may stop being in this study at any time. Remember, being in this study is up to you.

10. Please talk with your parents before you decide whether or not to be in this study. We will also ask your parents to give their permission for you to take part in this study. But even if your parents say "yes," **you** can still decide not to do this.

11. You can ask any questions that you have about the study. If you have a question later that you didn't think of now, please write it down to help you remember. You can call me or ask me next time you see me.

   323-361-3128

Date: 6/23/2016
IRB#: CHLA-16-00108

12. Signing your name at the bottom means that you agree to be in this study. Your doctors will still take good care of you whether or not you agree to be in this study.


<u>Contact for future research</u>

May someone from CHLA contact you to invite you to participate in future research? Please put a check to mark your decision

_____Yes                    _____No


Yes, I agree to be in this research study.


_____          _____
Signature of Subject                               Date


_____
Print Name of Individual Obtaining Assent


_____          _____
Signature of Individual Obtaining Assent           Date


Routing of signed copies of the assent form:
1) Give to the child (copy)
2) Give to the parent/legal guardian (copy)
3) Place in the Investigator's research files (original)


Date: 6/23/2016
IRB#: CHLA-16-00108

Children's Hospital Los Angeles
**CONSENT/PERMISSION/ASSENT[1] TO PARTICIPATE IN A RESEARCH STUDY**

The Impact of Early Medical Treatment in Transgender Youth
Trans Youth Care – Blocker Cohort

| | |
|---|---|
| Subject's Name: | _____ |
| CHLA#: _____ | Birth Date: _____ |

You are invited to participate in a research study conducted by Johanna Olson-Kennedy, MD, from the Division of Adolescent and Young Adult Medicine at Children's Hospital Los Angeles (CHLA). This research is sponsored by the Eunice Kennedy Shriver National Institute of Child Health and Human Development at the National Institutes of Health. Participation in this study is completely voluntary.

The purpose of the study is to evaluate how taking a medication called gonadotropin releasing hormone (GnRH) agonists used for blocking puberty affects your body. We will do this by looking at information about your bone health and lab results. The study also wants to understand the effects of preventing puberty on your and your parent's or legal guardian's mental health and psychological well-being. There will be a total of 110 youth participating in this study, along with one parent/legal guardian for each youth, at 4 sites across the United States.

If you volunteer to participate in this study, your participation will last 2 years and involve:
- For you:
  - Taking a survey on a computer at the start of the research and 6 months, 1 year, 1½ years, and 2 years after your puberty blocker is put in. The surveys include questions about your gender identity, how you feel about your body, depression, and other mental health issues. The surveys will take about 2 hours to complete each time.
  - If you have not had your puberty blocker put in within 3 months of taking the first survey, you will be asked to retake the first survey.
  - Allowing the research team to collect information from your medical records such as your height and weight, blood pressure, lab results, bone health, medications you take, and diagnoses.
- For your parent/legal guardian:
  - Completing a computer based survey about your child at the start of the research and 6 months, 1 year, 1½ years, and 2 years after your child's puberty blocker is put in. These surveys include questions about your child's gender identity and quality of life. Additionally you will be asked about your experience as a caregiver of a gender non-conforming child. The surveys will take about 2 hours to complete each time.
  - Participating in an interview or additional questionnaires about your child's behaviors and physical and mental health at the start of the research and 1 year and 2 years after

---

[1] This form also serves as the permission form for the parent(s) to read and sign. In this case, "You" refers to your child.

Date: 1/4/2019
IRB#: CHLA-16-00108

Study ID: CHLA-16-00108    Valid From: 3/5/2019 To: 3/4/2020

your child's puberty blocker is put in. These interviews will take from 1 hour to 2 hours.

It is possible that some questions in the survey may make you feel uncomfortable. If you do not feel comfortable answering a question, you can choose not to answer that question or you can stop filling out the questionnaire. There is the potential of accidental release of confidential information. To protect against this risk, your name and any other personal identifying information will not be shared with anyone else. We will use a secret code on your surveys and forms, and the list that links your name and the secret code is kept in a password-protected file on the CHLA computer network. There may be additional risks to participation in this study that we do not know about and therefore cannot describe.

You should not expect any direct benefit as a result of participating in this research; however, the information that we learn from this research can help us improve care for transgender youth in the future. The alternative to participation is to not participate.

In consideration for your time participating in this research, the study team would like to offer you payment. The payments for participation are as follows: $50 for each visit; if you participate in all visits, the total amount is $400.

If the payments are greater than $150 per visit or if there is a possibility that you could receive $600 or more for your participation in any Children's Hospital Los Angeles studies, you will need to provide the name, address, date of birth, and social security number (or taxpayer ID number) of the person (family or friend) you'd like to receive the payments. If payments (for all research and/or clinical programs) in a calendar year equal $600 or more, the income will be reported to the IRS and a 1099 form will be issued. The person you designate to receive the payments can use this form with their income tax return, if appropriate.

In addition to payments, and in consideration of the expenses you may have related to participation in the research, you or a family member or friend you designate will receive reimbursement for parking and/or transportation or be provided transportation, as needed. To receive reimbursements, you will need to provide a name and date of birth. For each expense, you will also need to submit receipts or submit a mileage reimbursement form. Reimbursements are not reported to the IRS.

To receive either payments or reimbursements (or both), you will be issued a ClinCard, which is a specially designed debit card for clinical research. When a visit is completed, funds will be approved and loaded onto your card and can be used at your discretion. You will be issued one card for the duration of your participation. If your card is lost or stolen, please ask the research coordinator for a replacement ClinCard. If the ClinCard funds are not used within 6 months, a fee will be deducted. You will be provided details about the use of the ClinCard in a separate form.

All personal information collected for payments or reimbursement is stored in a secure fashion and will be kept completely confidential.

If you don't wish to receive payment or reimbursement (or both), you have other choices. You can decline payment and/or reimbursement or you can choose to donate the funds set aside for your participation to Children's Hospital Los Angeles (a non-profit hospital), to be used in the area of greatest need or for a specific program you can designate.

Please let the research team know how you would like to manage the funds set aside for your participation.

This study includes procedures that are also a part of standard treatment. The cost of these procedures will be billed to your insurance or other third-party payer. Your family may be responsible for any co-pays or deductibles.

Only the research team will know that you are a research subject and have access to the information you provide. You will not be identified in publications of the research results. Authorized representatives of the Department of Health and Human Services and the CHLA Institutional Review Board may review subject records but are bound by rules of confidentiality not to reveal your identity. To help us protect your privacy, we have obtained a Certificate of Confidentiality from the National Institutes of Health. With this Certificate, the researchers cannot be forced to disclose information that may identify you, even by a court subpoena, in any federal, state, or local civil, criminal, administrative, legislative, or other proceedings. The researchers will use the Certificate to resist any demands for information that would identify you, except as explained below. You should understand that a Certificate of Confidentiality does not prevent you or a member of your family from voluntarily releasing information about yourself or your involvement in this research. If an insurer, employer, or other person obtains your written consent to receive research information, then the researchers may not use the Certificate to withhold that information. The Certificate of Confidentiality does not prevent the researchers from disclosing voluntarily, without your consent, information that would identify you as a participant in the research project under the following circumstances:
- voluntary disclosure by researchers of information on such things as child or elder abuse, reportable communicable diseases, or possible threat to self or others.
A Certificate of Confidentiality does not represent an endorsement of the research study by the Department of Health and Human Services or the National Institutes of Health.

Your choice about whether or not to participate will have no effect on your care, services or benefits at Children's Hospital Los Angeles.  If you agree to participate, but later decide to withdraw from this study, you may do so without affecting your rights to health care, services or other benefits at CHLA.

You may be removed from the study by the investigator to protect your health or if other situations arise that make it necessary to do so. If you experience certain side effects such as depression, anxiety, or emotional distress because of your participation, you may have to drop out even if you would like to continue. The investigator, Dr. Olson-Kennedy, will make the decision and let you know if it is not possible for you to continue. The decision may be made either to protect your health and safety, or because it is part of the research plan that people who develop certain conditions may not continue to participate.

Date: 1/4/2019
IRB#: CHLA-16-00108

If there is significant new information found during the course of the study or the research plan is changed in a way that might affect your decision to continue participating in the study, you will be informed and your consent to continue participating in the study may be requested.

If you have questions about the research or wish to report a concern or complaint about the research, the Principal Investigator, Dr. Olson, may be reached at 323-361-3128. You may withdraw from this study at any time and discontinue participation without penalty. You are not waiving any legal claims, rights or remedies because of your participation in this research study. If you have questions regarding the rights of research subjects or if you have complaints or concerns about the research and cannot reach the Principal Investigator; or just want to talk to someone other than the Investigator, you may call the CHLA Human Subjects Protection Program at 323-361-2265.

**Contact for future research**

May someone from CHLA contact you to invite you to participate in future research? Please provide your **initials** beside your decision.

_____Yes        _____No   [for subject to complete, if the subject is 14 years or older]

_____Yes        _____No   [for parent to complete, if subject is a minor]

| **SIGNATURE OF RESEARCH SUBJECT (If the subject is 14 years or older)** |
| --- |

Your signature below indicates
- You have read this document and understand its meaning;
- You have had a chance to ask questions and have had these questions answered to your satisfaction;
- You consent/assent to your participation in this research study; and
- You will be given a signed copy of this.

_____
Print Name of Subject

_____   _____
Signature of Subject                                              Date

## SIGNATURE OF PARENT(S)/LEGAL GUARDIAN(S) (If the subject is a minor)

Your signature(s) below indicates
- You have read this document and understand its meaning;
- You have had a chance to ask questions and have had these questions answered to your satisfaction;
- You agree to your child's participation in this research study;
- You agree to your own participation in this research study; and
- You will be given a signed copy of this form.


_____        _____
Print Name(s) of Parent(s)/Legal Guardian(s)


_____        _____
Signature of Parent/Legal Guardian                    Date


_____        _____
Signature of Parent/Legal Guardian                    Date

## SIGNATURE OF INDIVIDUAL OBTAINING CONSENT

I have explained the research to the subject and/or the subject's parent(s)/legal guardian(s) and have answered all of their questions. I believe that they understand all of the information described in this document and freely give consent/permission/assent to participate.


_____
Print Name of Individual Obtaining Consent


_____        _____
Signature of Individual Obtaining Consent            Date


Date: 1/4/2019
IRB#: CHLA-16-00108

| SIGNATURE OF WITNESS (if applicable) |
|---|

Your signature below indicates:
- I was present for the entire consent conference;
- The information in the consent document and any other written information was accurately explained to the subject and/or the subject's parent(s)/legal guardian(s);
- The subject and/or the subject's parent(s)/legal guardian(s) had an opportunity to ask questions and those questions were answered; and
- The subject and/or the subject's parent(s)/legal guardian(s) voluntarily signed the consent/permission/assent form in my presence.


_____
Print Name of Witness


_____     _____
Signature of Witness                                        Date



Routing of signed copies of the form:
1) Give to the subject if at least 14 years old (copy)
2) Give to the parent/legal guardian if subject is a minor (copy)
3) Place in the Principal Investigator's research file (original)

Date: 1/4/2019
IRB#: CHLA-16-00108

Children's Hospital Los Angeles
**CONSENT TO PARTICIPATE IN A RESEARCH STUDY**

**Addendum to Consent Form for**
The Impact of Early Medical Treatment in Transgender Youth
Trans Youth Care

| | |
|---|---|
| Subject's Name: | _____ |
| CHLA#: _____ | Birth Date: _____ |

You are currently enrolled in a research study at Children's Hospital Los Angeles. When you began the study you were under the age of 18 years and your parent or legal guardian gave their permission for you to participate. Now that you are an adult, you have the legal right to consent for your own continued participation.

The original consent form for the study is attached. A member of the research team will discuss the remaining study activities with you. Participation in this study is completely voluntary. Please read the information provided, and ask questions about anything you do not understand, before deciding whether or not to participate.

| **SIGNATURE OF RESEARCH SUBJECT** |
|---|

Your signature below indicates
- You have read this document and understand its meaning;
- You have had a chance to ask questions and have had these questions answered to your satisfaction;
- You consent to your participation in this research study; and
- You will be given a signed copy of this.

_____
Print Name of Subject

_____    _____
Signature of Subject                                      Date

Study ID: CHLA-16-00108    Valid From: 3/5/2019 To: 3/4/2020

Page 2 of 2

| SIGNATURE OF INDIVIDUAL OBTAINING CONSENT |
| --- |

I have explained the research to the subject and have answered all of his/her questions. I believe that he/she understands all of the information described in this document and freely gives consent to participate.

_____
Print Name of Individual Obtaining Consent

_____    _____
Signature of Individual Obtaining Consent        Date

| SIGNATURE OF WITNESS (if applicable) |
| --- |

Your signature below indicates:
- I was present for the entire consent conference;
- The information in the consent document and any other written information was accurately explained to the subject and/or the subject's parent(s)/legal guardian(s);
- The subject and/or the subject's parent(s)/legal guardian(s) had an opportunity to ask questions and those questions were answered; and
- The subject and/or the subject's parent(s)/legal guardian(s) voluntarily signed the consent/permission/assent form in my presence.

_____
Print Name of Witness

_____    _____
Signature of Witness                               Date

Routing of signed copies of the consent form:
1) Give to the subject (copy)
2) Place in the Principal Investigator's research file (original)



Children's Hospital Los Angeles
**ASSENT TO PARTICIPATE IN A RESEARCH STUDY**

**TRANS YOUTH CARE –
GENDER-AFFIRMING HORMONE COHORT**

| | |
|---|---|
| Subject's Name: _____ | |
| Medical Record Number: _____ | Birth Date: _____ |

Study ID: CHLA-16-00108   Valid From: 3/5/2019 To: 3/4/2020

1. Dr. Olson-Kennedy is doing a research study about how using gender-affirming hormones for gender transition affect children and adolescents.

2. We are asking you to take part in this research because we want to learn more about what happens to children and adolescents who are transgender and use gender-affirming hormones for gender transition. We want to see if it changes how your body works and want to know how you feel about transitioning your body to match your gender.

3. If you agree to be in this study, you will be asked to:
   - Answer questions at the start of the research, and 6 months, 1 year, 1½ years, and 2 years after you start gender-affirming hormones.
     - If you have not started gender-affirming hormones within 3 months of taking the first survey – at the start of the research – you will be asked to retake the first survey.
     - The questions will take about 2 hours to complete each time and will include:
       - how you feel about your body
       - if you feel sad or happy
       - drug and alcohol use
       - your physical activity and types of food you eat
       - other types of feelings that you are having
     - At your last study visit, we will also ask you about how it felt being in the study and what you thought about some of the questions we asked you.

- Let your doctor and some of the people who work with them look at and write down medical information about you.

**When you are in a research study, sometimes good things and bad things can happen:**

4. Things that happen to children in research studies that make them feel bad are called "risks." Some of the bad things for this research study could be:
   - You might not like some of the questions we ask you. If you don't like a question, you do not have to answer it or you can tell us you want to stop and don't want to answer any more questions.
   - We are very careful with the answers and information you give us so that people won't see it if they're not supposed to, but sometimes they might accidentally find out something.

   Not all of these things may happen to you. None of them may happen. Or things may happen that the doctors don't know about yet.

5. Things that happen to children in research studies that are good are called "benefits." Some of the good things for this research study could be we could learn more about how this medicine affects children and how best to take care of transgender children in the future.

6. We will do everything possible to keep your information private.

7. You do not have to be in this study if you don't want to. You may stop being in this study at any time. Remember, being in this study is up to you.

8. Your parent will receive payment for each study visit.

9. Please talk with your parent/legal guardian before you decide whether or not to be in this study. We will also ask your parent/legal guardian to give their permission for you to take part in this study. But even if your parent/legal guardian say "yes," **you** can still decide not to do this.

10. You can ask any questions that you have about the study. If you have a question later that you didn't think of now, please write it down to help you remember. You can call me or ask me next time you see me.

 323-361-3128

11. Signing your name at the bottom means that you agree to be in this study. Your doctors will still take good care of you whether or not you agree to be in this study.

<u>Contact for future research</u>

May someone from CHLA contact you to invite you to participate in future research? Please put a check to mark your decision

_____Yes          _____No

Yes, I agree to be in this research study.

_____          _____

Signature of Subject          Date

_____

Print Name of Individual Obtaining Assent

_____          _____

Signature of Individual Obtaining Assent          Date

Routing of signed copies of the assent form:
1) Give to the child (copy)
2) Give to the parent/legal guardian (copy)
3) Place in the Investigator's research files (original)

Date: 1/22/2019
IRB#: CHLA-16-00108

# #8hlder n' Co'shtai Ho' Ar geie'
## CONSENT/PERMISSION/ASSENT[1] TO PARTICIPATE IN A RESEARCH STUDY

p8e 9T sant of cadiE y el hnai pdeat T er t hr pdar 'ger l edMoYt8
pdar' MoYt8 #ade u – er l edlAffhdT hr g CodT or e #o8odt

| kYSbemtn' j aTe: | |
|---|---|
| #CHAB: | Rhot8 |
| | Date: |

MoY ade hr Ntel  to sadlmlsate hr  a de'eadn8  't YI E nor l Yntel  SE  vo8ar r a J i'or l Oer r el EKy DK fdbT  t8e DNi'hor  of Al oie'mert ar l  MoYr g Al Yit y el hmlr e at #8hlder n' Co'shtai Ho' Ar geie' ,#CHA() p8h' de'eadn8 h' 'sor'odel  SE t8e c Yr hne Oer r el E k8dNed j at hor ai 9r'th'Yte of #8hil Ceait8 ar l  CYT ar  DeNeios T ert at t8e j at hor ai 9r'th'Yte' of Ceait8) Padlmlsat hor hr t8h' 'tYl E h' noT sietei E NoiYr tadE)

p8e sYdso'e of t8e 'tYl E h' to eNaiYate 8o.  Y'hr g ger l ed l affhdT hr g 8odT or e' fod ger l ed tdar'tthor affemt EoYd Sol E SE ioowhr g at EoYdiaS de'Yit'K Ntai 'hgr' Kar l  Sol E n8ar ge'K Yn8 a' 8o.  EoYdihNed h'. odwhr gK. 8at EoYd Siool  'Ygadie Nei h' Kar l . 8at EoYd Siool  sde''Yde h') p8e 'tYl E ai'o. ar t' to Yr l ed'tar l  t8e effemt' of Y'hr g ger l ed l affhdT hr g 8odT or e' fod ger l ed tdar'tthor or EoYd T er tai 8eait8 ar l  s'En8oioghmai. eiilSehr g) p8ede. hi Se a totai of GW2 EoYt8 sadlmlsat hr hr t8h' 'tYl E at U'lte' amb' t8e • r hel  ktate')

9f EoYNoiYr teed to sadlmlsate hr t8h' 'tYl EKEoYd sadlmlsat hor. hii ia't 4 Eead' ar l  hr NoiNe:
F   pawhr g a 'YdNeE or a noT s Ytedat t8e 'tad of t8e de'eadn8 ar l  6 T or t8'Kl EeadKl½ Eead'K ar l  4 Eead' afted EoY 'tad ger l ed l affhdT hr g 8odT or e') p8e 'YdNeE' hr miYl e qYe'thor' aSoYt EoYd ger l ed Hl er tth EKEoYd ger l ed l affhdT hr g nadeKEoYd s8E'hmai amtlNtt EK. 8at t Ese' of fool  EoY eatK8o.  EoY feei aSoYt EoYd Sol EKl es de''hor Kl dYg ar l  aimo8oi Y'eKar l  ot8ed T er tai 8eait8 h''Ye') p8e ia't 'YdNeE. hii hr miYl e qYe'thor' aSoYt 8o.  EoY feei aSoYt Sehr g hr t8e 'tYl E ar l . 8at EoY t8oYg8t aSoYt 'oT e of t8e qYe'thor' EoY. ede a'wel ) p8e 'YdNeE'. hii tawe aSoYt 4 8oYd' to noT siete ean8 thT e)
F   Padlmlsat hr g hr ar hr ted Ne.  od al l lt hor ai qYe'thor r ahde' aSoYt EoYd Se8aNoor' ar l  s8E'hmai ar l  T er tai 8eait8 at t8e 'tad of t8e de'eadn8Kl EeadKar l  4 Eead' afted EoY 'tad ger l ed l affhdT hr g 8odT or e') p8e'e hr ted Ne.' od qYe'thor r ahde'. hii tawe fdbT  1 to 4 8oYd')
F   9f EoY 8aNe r ot 'tadel  ger l ed l affhdT hr g 8odT or e'. lt8r G T or t8' of tawhr g t8e fhd't 'YdNeE u at t8e 'tad of t8e de'eadn8 u EoY. hii Se a'wel  to detawe t8e fhd't 'YdNeE)
F   Aiio. hr g t8e de'eadn8 teaT  to noiiemt hr fodT at hor fdbT  EoYod EoYd T el hmai denodl ' ' Yn8 a' EoYd8elg8t ar l . elg8tK Siool  sde''Yde KiaS de'Yit'K T el hmat hor' EoY taweK l hagro'e' K ar l  Sol E n8ar ge' fdbT  'tad hr g ger l ed l affhdT hr g 8odT or e')

---
[1] p8h' fodT ai'o 'edNe' a' t8e sedT h'' hor fodT fodt8e sad ert,'( to deal ar l  'hgr) 9r t8h' ma'eK3MoYx defed' to EoYd n8hil )

9t h' so'’lSie t8at ’oT e qYe’thor ’ hr t8e ’YdNE T aE T awe EoYfeei Yr moT fodaSie) 9f EoYl o r ot feei noT fodaSie ar’. edrrg a qYe’thor KEoY mar n8oo’e r ot to ar’. ed t8at qYe’thor od EoY mar ’tos fhiihrg oYt t8e qYe’thor rahde) p 8ede h' t8e soter thai of anmdl ertai deiea’e of nor fH er thai hr fodT athor) po sdotemt agahr’t t8h' dh'wK EoYd raT e ar l ar E ot8ed sed’or ai H er thfEhrg hr fodT athor . hii r ot Se ’8adel . lt8 ar Eor e ei’e) “ e . hii Y’e a ’emdet nol e or EoYd ’YdNE’ ar l fodT ’Karl t8e ih't t8at ihrw' EoYd raT e ar l t8e ’emdet nol e h' west hr a sa’’. od Isd otemtel fhie or t8e #CHA noT sYtedr et. odw) p 8ede T aE Se al l lthor ai dh'w' to sadthhs athor hr t8h' 'tYl E t8at . e l o r ot wro. aSoYt ar l t8e defode nar r ot l e’ndHSe)

MoY’8oYil r ot e’’semt ar E l hdemt Ser eflh a’ a de’Yit of sadthhs athr g hr t8h' de’eadn8; 8o. eNedKt8e hr fodT athor t8at . e ieadr fdoT t8h' de’eadn8 nar 8eis Y' hi's doNe nade fod tdar’ger l ed EoYt8 hr t8e fYtYde) p 8ede aiitedr athNe to sadthhs athor h' to r ot sadthhs ate)

9r nor ’H edathor fod EoYd thiTe sadthhs athr g hr t8h' de’eadn8Kt8e ’tYl E teaT . oYil ihwe to offed EoYs aET er t) p 8ede saET er t’ fod sadthhs athor ade a’ foiio. ’: $W2 fod ean8 Ni'ht; hf EoYs adthhs ate hr aii Ni'ht’Kt8e totai aT oYr t h' $U22)

9f t8e saET er t’ ade gdeated t8ar $1W2 sed Ni'ht od hf t8ede h' a so’’lShihtE t8at EoY no Yil demehNe $622 od T ode fod EoYd sadthhs athor hr ar E #8hil dern’ Co’shtai Ho’ Argeie’ ’tYl he’KEoY . hii r eel to sdoNh e t8e raT e Kall de’’Kl ate of Shd8Karl ’omhai ’emYdtE r YT Sed ,od ta’’asEed 9D r YT Sed( of t8e sed’or ,faT hiE od fdher l ( EoYn’ ihwe to demehNe t8e saET er t’) 9f saET er t’ ,fod aii de’eadn8 ar l /od mihr hnai sdogdaT ’( hr a naier l ad Eead eqYai $622 od T ode Kt8e hr no T e . hii Se des odel to t8e 9I k ar l a 1200 fodT . hii Se h’Yel ) p 8ede sed’or EoYl e’hgrate to demehNe t8e saET er t’ nar Y’e t8h' fodT . lt8 t8e hdhr noT e ta’’ det Ydr Khf ass dos dnate)

9r al l lthor to saET er t’ Karl hr nor ’H edathor of t8e e’’ser’e’ EoY T aE 8aNe deiatel to sadthhs athor hr t8e de’eadn8KEoY od a faT hiE T eT Sed od fdher l EoY l e’hgrate . hii demehNe dehiT SYdeT er t’ fod sadwhrg ar l /od tdar’s odtathor od Se sdoNh el tdar’s odtathor Ka’ r eel el ) po demehNe dehiT SYdeT er t’KEoY. hii r eel to sdoNh e a raT e ar l l ate of Shd8) 5 od ean8 e’’ser’eK EoY . hii ai’o r eel to ’YST lt demehst’ od ’YST lt a T hieage dehiT SYdeT er t fodT ) I ehiT SYdeT er t’ ade r ot des odel to t8e 9I k)

po demehNe elt8ed saET er t’ od dehiT SYdeT er t’ ,od Sot8(KEoY. hii Se h’Yel a #ihr #adl K 8hn8 h' a ’senhaiiE l e’hgr el l eSlt nadl fod mihr hnai de’eadn8) “ 8er a Ni'lt h' noT sietel KfYr l ’ . hii Se ass doNel ar l ioal el or to EoYd nadl ar l nar Se Y’ed at EoYd l h'medthor) MoY. hii Se h’Yel or e nadl fod t8e l Ydathor of EoYd sadthhs athor) 9f EoYd nadl h' io’t od ’toier Ksiea’e a’ wt8e de’eadn8 nood l hratod fod a desianeT er t # ihr #adl ) 9f t8e # ihr #adl fYr l ’ ade r ot Y’el . lt8hr 6 T or t8’Ka fee . hii Se l el Yntel ) MoY. hii Se sdoNh el l etahi’ aSoYt t8e Y’e of t8e # ihr #adl hr a ’es adate fodT )

Aii sed’or ai hr fodT athor noiiemtel fod saET er t’ od dehiT SYdeT er t h' ’todel hr a ’emYde fa’8hor ar l . hii Se west noT sieteiE nor fH er thai)

9f EoYl or nt . h'8 to demehNe saET er t’ od dehiT SYdeT er t ,od Sot8(KEoY 8aNe ot8ed n8ohne’) MoY nar l emihr e saET er t ar l /od dehiT SYdeT er t od EoYr nar n8oo’e to l o r ate t8e fYr l ’ ’et a’H e fod EoYd sadthhs athor to #8hil dern’ Co’shtai Ho’ Argeie’ ,a r or Isd oft 8o’shtai(Kto Se Y’el hr t8e adea of gdeate’t r eel od fod a ’senh fhms dogdaT EoY nar l e’hgrate)

Piea'e iet t8e de'eadn8 teaT wro. 8o. EoY. oYil ihwe to Tarage t8e fYrl' 'et a'He fod EoYd sadhhsathor)

p8h' 'tYl E hrmiYle' sdonel Yde' t8at ade ai'o a sadt of 'tarladl tdeatTert) p8e mo't of t8e'e sdonel Yde'. hii Se Shiiel to EoYd hr'Ydarne od ot8ed t8hdl IsadtE saEed) MoYd faT hiE TaE Se de'sor'hSie fodar E moIsaE' odl el YmllSie')

J riE t8e de'eadn8 teaT. hii wro. t8at EoY ade a de'eadn8 'YSbemt arl 8aNe amne'' to t8e hrfodTathor EoY sdoNle) MoY. hii rot Se Hlerthfhel hr sYSilmathor' of t8e de'eadn8 de'Yit') AYt8odhzel des de'ertathNe' of t8e DesadtTert of Ceait8 arl CYTar kedNme' arl t8e #CHA 9r'thtYthorai I eNe. Road TaE deNe. 'YSbemt demodl' SYt ade SoYrl SE dYie' of mor fHlerthiahtE rot to deNeai EoYdl HerthlE) po 8eis Y' sdotemt EoYd sdhNanEK. e 8aNe oStahrel a #edhfhmate of #orfHlerthiahtE fdbT t8e j athorai 9r'thtYte' of Ceait8) " lt8 t8h' #edhfhmateKt8e de'eadn8ed marr ot Se fodnel to lh'mio'e hrfodTathor t8at TaE HlerthfE EoYKeNer SEa moYd't'YSsoeraKhr arE feleddaiK'tateKod ionai mhNiKmdhiThraiKal ThrlhdathNeKieghiathNeKod ot8ed sdoneelhrg') p8e de'eadn8ed. hii Ye t8e #edhfhmate to de'lhtarE leTarl' fodhr fodTathor t8at. oYil HerthfE EoYK e'nest a'e'siahrel Seio. ) MoY'8oYil Yrled tarl t8at a #edhfhmate of #orfHlerthiahtE l oe' rot sdeNert EoYoda TeT Sed of EoYdfaThiE fdbT NoiYtadhiE deiea'hrg hrfodTathor aSoYt EoYdeif od EoYdlhr NoiNeTert hr t8h' de'eadn8) 9f ar hr'YdeeKeTsioEedKod ot8ed sed'or oStahr' EoYd. dtter mor'ert to denelNe de'eadn8 lrfodTathorKt8er t8e de'eadn8ed TaE rot Ye t8e #edhfhmate to. lt88oil t8at hrfodTathor) p8e #edhfhmate of #orfHlerthiahtE loe' rot sdeNert t8e de'eadn8ed fdbT lh'mio'hrg NoiYrtadhiEK. lt8oYt EoYd mor'ertKhrfodTathor t8at. oYil HlerthfE EoY a'a sadhhsart hr t8e de'eadn8 sdotemt Yrl edt8e foiio. hrg mhdhhYT'tarne':

  L  NoiYrtadElh'mio'Yde SE de'eadn8ed' of hrfodTathor or 'Yn8 t8hrg' a' n8hil odeiled aSYeKdesodaSie moT T YrhmaSie lh'ea'e'Kodso''hSie t8deat to 'eif od ot8ed')

A #edhfhmate of #orfHlerthiahtE loe' rot des de'ert ar erl od eTert of t8e de'eadn8 'tYl E SE t8e DesadtTert of Ceait8 arl CYTar kedNme' odt8e j athorai 9r'thtYte' of Ceait8)

MoYd n8olme aSoYt. 8et8ed od rot to sadhhsate. hii 8aNe ro effemt or EoYd madeK'edNme' od Serefht' at #8hildern' Co'shtai Ho' Argeie') 9f EoY agdee to sadhhsateKSYt iated lemhle to. lt8l da. fdbT t8h' 'tYl EKEoYT aE lo'o. lt8oYt affemthrg EoYd dhg8t' to 8eait8 madeK'edNme' od ot8ed Serefht' at #CHA)

MoY TaE Se deToNel fdbT t8e 'tYl E SE t8e hrNe'thgatod to sdotemt EoYd 8eait8 od hf ot8ed 'ltYathor' adh'e t8at Tawe ht rene''adE to lo'o) 9f EoY e''ederne medtahr 'Hle effemt' 'Yn8 a' lesde''hor Kar''hetEKod eTothorai lh'tde'' SemaYe of EoYd sadhhsathor KEoYT aE 8aNe to ldbs oYt eNer hf EoY. oYil ihwe to morthrYe) p8e hrNe'thgatodKDdj J i'or IOerrel EK. hii Tawe t8e lemhhor arl iet EoY wro. hf lt h' rot so''hSie fod EoY to morthrYe) p8e lemhhor TaE Se Tale eltt8ed to sdotemt EoYd 8eait8 arl 'afetEKod SemaY'e lt h' sadt of t8e de'eadn8 siar t8at seosie. 8o leNeios medtahr morl hthor' TaE rot morthrYe to sadhhsate)

9f t8ede h' 'hgrhfhmart re. hrfodTathor foYrl l Ydhrg t8e moYd'e of t8e 'tYl E odt8e de'eadn8 siar h' n8argel hra. aE t8at Thg8t affemt EoYdl emhhor to morthrYe sadhhsathrg hr t8e 'tYl EKEoY. hii Se hrfodTel arl EoYd mor'ert to morthrYe sadhhsathrg hr t8e 'tYl E TaE Se deqYe'tel)

9f EoY 8aNe qYe'thor' aSoYt t8e de'eadn8 od . h'8 to desodt a normedr od moT siahrt aSoYt t8e de'eadn8Kt8e Pdrmhsai 9rNe'thgatodKDd) J i'or LOerrel EKTaE Se dean8el at G4GLG61LG14-) MoY TaE . ht8l da. fdoT t8h' 'tYl E at arE thT e arl l h'mor thrYe sadthmhsathor . ht8oYt seraitE) MoYade rot . ahNrg arE iegai miahT 'Kdhg8t' od deTel he' SemaY'e of EoYd sadthmhsathor hr t8h' de'eadn8 'tYl E) 9f EoY 8aNe qYe'thor' degadl hrg t8e dhg8t' of de'eadn8 'YSbemt' od hf EoY 8aNe moTsiahrt' od mormedr' aSoYt t8e de'eadn8 arl marrot dean8 t8e Pdrmhsai 9rNe'thgatod, od bY't . art to taiwto 'oTeore ot8ed t8ar t8e 9rNe'thgatodKEoY TaE maii t8e #CHA CYTar kYSbemt' Pdotemthor PdoghaT at G4GLG61L446W)

## Contact for future research

y aE 'oTeore fdoT #CHA mortamt EoYto hrNhte EoYto sadthmhsate hr fYtYde de'eadn8? Piea'e sdoNhl e EoYd hrhthai' Se'hl e EoYd l emh'hor)

________Me' ________j o [fod 'YSbemt to moTsieteKhf t8e 'YSbemt h' 1UEead' odoil ed]

________Me' ________j o [fodsadert to moTsieteKhf 'YSbemt h' a Throd]

**SIi NATURE OI RESEARCH SUGFECT Bf the suJ(ect bs 1j 4ears or oyder)**

MoYd 'hgratYde Seio. hrl hmate'

- MoY 8aNe deal t8h' l omYTert arl Yrl ed'tarl ht' Tearhrg;
- MoY 8aNe 8al a m8arme to a'wqYe'thor' arl 8aNe 8al t8e'e qYe'thor' ar'. edel to EoYd 'ath'famthor;
- MoY mor'ert/a''ert to EoYd sadthmhsathor hr t8h' de'eadn8 'tYl E; arl
- MoY. hii Se ghNer a 'hgrel mosE of t8h')

______________________________
Pdrrt j aT e of kYSbemt

______________________________ ____________
khgratYde of kYSbemt Date

## SIGNATURE OF PARENT(S)/LEGAL GUARDIAN(S) (if the subject is a minor)

My signature indicates that:
- My questions about the consent and treatment plan have been answered to my satisfaction;
- My questions about any harm to my child/ward and my questions about care and treatment to my child/ward have been answered;
- My agreement to my child/ward's admission for treatment is voluntary; and
- My child may be withdrawn from treatment at any time.

_____     _____
Printed Name of Parent(s)/Legal Guardian(s)

_____     _____
Signature of Parent/Legal Guardian          Date

_____     _____
Signature of Parent/Legal Guardian          Date


## SIGNATURE OF INDIVIDUAL OBTAINING CONSENT

My signature indicates the declaration to the subject and/or the subject's parent(s)/legal guardian(s) and the care about all of the information and the consent that I answered all of the questions about the consent and freely and voluntarily given a chance to participate.

_____
Printed Name of Individual Staff obtaining consent

_____     _____
Signature of Individual Staff obtaining consent     Date

| SIGNATURE OF WITNESS (if applicable) |
| --- |

MoYd'hgr atYde Seio.  hr l hnate':

- 9.  a' sde'ert fodt8e erthde nor'ert nor federne;
- p8e hr fodT athor hr t8e nor'ert l omYT ert ar l ar E ot8ed.  dtter hr fodT athor .  a' annYdateiE e''siah el to t8e 'YSbemt ar l /odt8e 'YSbemtn' sadert,'(/iegai gYad l har,'(;
- p8e 'YSbemt ar l /odt8e 'YSbemtn' sadert,'(/iegai gYad l har,'( 8al ar ossod Yr htE to a'w qYe'thor' ar l t8o'e qYe'thor' .  edear'.  edel; ar l
- p8e 'YSbemt ar l /odt8e 'YSbemtn' sadert,'(/iegai gYad l har,'( NoiYr tadhiE 'hgr el t8e nor'ert/sedT h''hor/a''er t fodT hr T E sde'er ne)

_____

Pdir tj aTe of " hr e''

_____   _____

khgr atYde of " hr e''                Date

I oYthr g of 'hgr el nos he' of t8e fodT:

1(  − hNe to t8e 'YSbemt hf at iea't 1UEeae' oil , nos E(
4(  − hNe to t8e sadert/iegai gYad l har hf 'YSbemt h' a Thr od , nos E(
Q(  Piane hr t8e Pdir mh sai 9r Ne''thgatodn' de' eadn 8 flie , odt ghr ai(

Children's
LOS ANGELES
We Treat Kids Better

Children's Hospital Los Angeles
**CONSENT/PERMISSION/ASSENT[1] TO PARTICIPATE IN A RESEARCH STUDY**
The Impact of Early Medical Treatment in Transgender Youth
Trans Youth Care – Gender-Affirming Hormone Cohort
**Addendum: New Information**

| | |
|---|---|
| Subject's Name: | _____ |
| CHLA#: | _____  Birth Date: _____ |

You were previously informed that if there was significant new information found during the course of the study or the research plan was changed in a way that might affect your decision to continue participating in the study, you would be informed and your consent to continue participating in the study could be requested.

The research plan for the study in which you are currently participating at Children's Hospital Los Angeles has changed.

The research study team would like to ask you some questions about how you felt being in the research study and how you felt answering some of the questions in the computer survey.

You have the right to withdraw from this research study at any time and discontinue participation without penalty.  Your choice about whether or not to continue participating will have no effect on your care, services or benefits at Children's Hospital Los Angeles.

The original consent form for the study is attached.  A member of the research team will discuss the new information with you.  Continued participation in this study is completely voluntary. Please read the information provided and ask questions about anything you do not understand, before deciding whether or not to continue participating in the research.

If after receiving this information you agree to continue taking part in this research study, please sign below.

---

[1] This form also serves as the permission form for the parent(s) to read and sign.  In this case, "You" refers to your child.

Date: 12/20/2018
IRB#: CHLA-16-00108

| **SIGNATURE OF RESEARCH SUBJECT (If the subject is 14 years or older)** |

Your signature below indicates
- You have read this document and understand its meaning;
- You have had a chance to ask questions and have had these questions answered to your satisfaction;
- You consent/assent to your participation in this research study; and
- You will be given a signed copy of this form.

_____
Print Name of Subject


_____     _____
Signature of Subject                          Date

| **SIGNATURE OF PARENT(S)/LEGAL GUARDIAN(S) (If the subject is a minor)** |

Your signature(s) below indicates
- You have read this document and understand its meaning;
- You have had a chance to ask questions and have had these questions answered to your satisfaction;
- You agree to your child's participation in this research study; and
- You will be given a signed copy of this form.

_____
Print Name(s) of Parent(s)/Legal Guardian(s)

_____     _____
Signature of Parent/Legal Guardian            Date


_____     _____
Signature of Parent/Legal Guardian            Date

| **SIGNATURE OF INDIVIDUAL OBTAINING CONSENT** |

I have explained the research to the subject and/or the subject's parent(s)/legal guardian(s) and have answered all of their questions.  I believe that they understand all of the information described in this document and freely give consent/permission/assent to participate.


_____
Print Name of Individual Obtaining Consent


_____     _____
Signature of Individual Obtaining Consent      Date

Date: 12/20/2018
IRB#: CHLA-16-00108

## SIGNATURE OF WITNESS (if applicable)

My signature as Witness indicates that the subject and/or the subject's parent(s)/legal guardian(s) voluntarily signed this consent/permission/assent form addendum in my presence.

_____
Print Name of Witness

_____    _____
Signature of Witness                                          Date

## SIGNATURE OF INTERPRETER (if applicable)

_____
Print Name of Interpreter

_____
Signature of Interpreter                                  Date

Study Team Instructions: Only complete the section below if assent is required, and either only verbal assent was obtained from the subject or assent was not obtained from the subject.

Please check appropriate box and sign below.

☐ The undersigned, _____, hereby certifies that verbal assent was obtained from the subject.

☐ Assent was not obtained from the subject. (Please state the reason. Examples include: subject is an infant; subject is comatose; subject lacks cognitive abilities to understand the information.)

_____

_____

Date:_____

Time:_____        Signature_____

Routing of signed copies of the form:
1) Give to the subject (copy)
2) Give to the parent/legal guardian if subject is a minor (copy)
3) Place in the Principal Investigator's research file (original)

Date: 12/20/2018
IRB#: CHLA-16-00108



# Informed Consent Form for Feminizing Medications (transfeminine individuals on GnRH analogs)

This form refers to the use of estrogen by persons in the male-to-female spectrum who wish to become feminized to reduce gender dysphoria and facilitate a more feminine gender presentation. While there are risks associated with taking feminizing medications, when appropriately prescribed they can greatly improve mental health and quality of life.

This form covers the known and unknown benefits, risks, and changes that may occur from taking feminizing medication. If you have any questions or concerns about the information below, please talk with the people involved in your care so you can make fully informed decisions about your treatment. It is your right to seek another opinion if you want additional perspective on any aspect of your care.

1. Estrogen is being prescribed to reduce male physical features and feminize the body.

2. The feminizing effects of estrogen can take several months or longer to become noticeable, and that the rate and degree of change can't be predicted.

3. If you are taking estrogen you will probably develop breasts, and:

- Although most breast development occurs over the first two years of starting hormones, they may take several years to develop to their full size.

- Even if estrogen is stopped, the breast tissue that has developed will remain.

- There may be milky nipple discharge (galactorrhea). This can be caused by taking estrogen or by an underlying medical condition. It is advised to check with a doctor to determine the cause.

- Reported cases of breast cancer in transgender women are extraordinarily rare, and only 10 cases have been reported in the literature as of 2016.

4. The following changes are generally not permanent (that is, they will likely reverse if I stop taking feminizing medications):

- Skin may become softer.

- Fat may redistribute to a more feminine pattern (decreased in abdomen, increased on buttocks/hips/thighs – changing from "apple shape" to "pear shape").

5. Taking feminizing medications after or while being on GnRH analogs will likely lead to infertility, particularly when GnRH analogs have been started in early puberty.

- Sperm will not mature, leading to infertility. The ability to make sperm normally may or may not come back even after stopping taking feminizing medication.

- The amount of fluid ejaculated may be reduced.

- There is typically a decrease in morning and spontaneous erections.

- Erections may not be firm enough for penetrative sex.

• Libido (sex drive) may decrease.

# Risks of Feminizing Medications

The medical effects and safety of feminizing medications in youth younger than age 18 are not fully understood, there may be long-term risks that are not yet known. You are strongly advised not to take more medication than prescribed, as this increases health risks. Taking more than prescribed will not make feminization happen more quickly or increase the degree of change. Also, extra estrogen can be converted to testosterone, which may slow or stop feminization.

6. Estrogen minimally increases the risk of blood clots, which can result in:

- pulmonary embolism (blood clot to the lungs), which may cause permanent lung damage or death
- stroke, which may cause permanent brain damage or death
- heart attack
- chronic leg vein problems

If you experience any of the following symptoms, you should call 911, or go to the emergency room:

- Unexplained shortness of breath
- Rapid breathing
- Chest pain
- Rapid heart rate
- Light headedness or passing out
- Leg pain or tenderness, especially in the calf
- Leg swelling

The risk of blood clots is worse if you smoke cigarettes. Please be advised that you should stop smoking completely if you start taking estrogen.

7. Estrogen can occasionally result in the following physiologic changes:

- increase deposits of fat around my internal organs, which is associated with increased risk for diabetes and heart disease.
- increased blood pressure
- increased risk of gallstones
- nausea and vomiting, similar to morning sickness in pregnant women
- headaches or migraines

8. In very rare instances, estrogen increases the risk of non-cancerous tumors of the pituitary gland (prolactinoma). Although prolactinomas are typically not life-threatening, it can damage vision and cause headaches. Your prolactin will be checked when you first start taking estrogen.

9. Dangerous side effects from estrogen are greater in those who: smoke, are overweight, have a history of blood clots or high blood pressure.

Feminizing medications will result in changes that will be noticeable by other people, and some transgender people in similar circumstances have experienced harassment, discrimination, and violence, while others have lost support of loved ones. Please be advised that referrals can be made for support/counseling if this would be helpful.

2

Some people experience changes in their mood when taking estrogen. We strongly encourage youth to establish or continue in mental health therapy for support of this change, and other challenges that may arise as a result of physical gender transition.

## Preventing Medical Complications

Taking feminizing medications as prescribed and letting your health care provider know if you are not happy with the treatment or are experiencing any problems helps prevent potential complications.

The right dose or type of medication prescribed for you may not be the same as for someone else, so it's best not to compare to others also undergoing physical gender transition.

Physical examinations and blood tests are needed on a regular basis to check for negative side effects of feminizing medications.

Some medical conditions make it dangerous to take estrogen. If your doctor suspects you might have one of these conditions, they may want to get those issues controlled before you start taking hormones.

You can choose to stop taking feminizing medication at any time, it is advised that you do this with the help of your doctor to make sure there are no negative reactions to stopping.

My signature below confirms that:

- o My doctor has talked with me about the benefits and risks of feminizing medication, the possible or likely consequences of hormone therapy, and potential alternative treatment options.

- o I understand the risks that may be involved.

- o I understand that this form covers known effects and risks and that there may be long-term effects or risks that are not yet known.

- o I have had sufficient opportunity to discuss treatment options with my doctor. All of my questions have been answered to my satisfaction.


_____     _____
Patient Signature                                                    Date

_____     _____
Parent/Caretaker Signature                                     Date

_____     _____
Parent/Caretaker Signature                                     Date

_____     _____
Provider Signature                                                  Date

3



# Informed Consent Form for Feminizing Medications

This form refers to the use of estrogen and/or androgen antagonists (sometimes called "anti-androgens" or "testosterone blockers") by persons in the male-to-female spectrum who wish to become feminized to reduce gender dysphoria and facilitate a more feminine gender presentation. While there are risks associated with taking feminizing medications, when appropriately prescribed they can greatly improve mental health and quality of life.

This form covers the known and unknown benefits, risks, and changes that may occur from taking feminizing medication. If you have any questions or concerns about the information below, please talk with the people involved in your care so you can make fully informed decisions about your treatment. It is your right to seek another opinion if you want additional perspective on any aspect of your care.

## Feminizing Effects

1. Estrogen, androgen antagonists, or a combination of the two may be prescribed to reduce male physical features and feminize the body.

2. The feminizing effects of estrogen and androgen antagonists can take several months or longer to become noticeable, and that the rate and degree of change can't be predicted.

3. If you are taking estrogen you will probably develop breasts, and:

- Although most breast development occurs over the first two years of starting hormones, they may take several years to develop to their full size.

- Even if estrogen is stopped, the breast tissue that has developed will remain.

- There may be milky nipple discharge (galactorrhea). This can be caused by taking estrogen or by an underlying medical condition. It is advised to check with a doctor to determine the cause.

- Reported cases of breast cancer in transgender women are extraordinarily rare, and only 10 cases have been reported in the literature as of 2016.

4. The following changes are generally not permanent (that is, they will likely reverse if I stop taking feminizing medications):

- Skin may become softer.

- Muscle mass decreases and there may be a decrease in upper body strength.

- Body hair growth may become less noticeable and grow more slowly, but it will likely not stop completely even after years on medication.

- Male pattern baldness may slow down, but will probably not stop completely, and hair that has already been lost will likely not grow back.

- Fat may redistribute to a more feminine pattern (decreased in abdomen, increased in buttocks/hips/thighs – changing from "apple shape" to "pear shape").

5. Feminizing medications will make the testicles produce less testosterone, which can affect overall sexual function:

    • Sperm may not mature, leading to reduced fertility. The ability to make sperm normally may or may not come back even after stopping taking feminizing medication. The options for sperm banking have been explained. People taking estrogen may still be able to make someone pregnant.

    • Testicles may shrink by 25-50%. Regular testicular examinations are still recommended.

    • The amount of fluid ejaculated may be reduced.

    • There is typically a decrease in morning and spontaneous erections.

    • Erections may not be firm enough for penetrative sex.

    • Libido (sex drive) may decrease.

6. Some aspects of body are not significantly changed by feminizing medications:

    • Beard/moustache hair may grow more slowly and be less noticeable, but will not go away.

    • Voice pitch will not rise and speech patterns will not become more feminine.

    • The laryngeal prominence ("Adam's apple") will not shrink.

Although feminizing medication does not change these features, there are other treatments that may be helpful. If there are any concerns about these issues, referrals can be provided to help explore treatment options.

# Risks of Feminizing Medications

The medical effects and safety of feminizing medications in youth younger than age 18 are not fully understood, and that there may be long-term risks that are not yet known. You are strongly advised not to take more medication than prescribed, as this increases health risks. Taking more than prescribed will not make feminization happen more quickly or increase the degree of change. Also, extra estrogen can be converted to testosterone, which may slow or stop feminization.

7. Estrogen minimally increases the risk of blood clots, which can result in:

- pulmonary embolism (blood clot to the lungs), which may cause permanent lung damage or death
- stroke, which may cause permanent brain damage or death
- heart attack
- chronic leg vein problems

If you experience any of the following symptoms, you should call 911, or go to the emergency room:

- Unexplained shortness of breath
- Rapid breathing
- Chest pain
- Rapid heart rate
- Light headedness or passing out
- Leg pain or tenderness, especially in the calf
- Leg swelling

Rev 9/28/2016

The risk of blood clots is worse if you smoke cigarettes. Please be advised that you should stop smoking completely if you start taking estrogen.

8. Estrogen can occasionally result in the following physiologic changes:

- increase deposits of fat around my internal organs, which is associated with increased risk for diabetes and heart disease.
- increased blood pressure
- increased risk of gallstones
- nausea and vomiting, similar to morning sickness in pregnant women
- headaches or migraines

9. In very rare instances, estrogen increases the risk of non-cancerous tumors of the pituitary gland (prolactinoma). Although prolactinomas are typically not life-threatening, it can damage vision and cause headaches. Your prolactin will be checked when you first start taking estrogen.

10. Dangerous side effects from estrogen are greater in those who: smoke, are overweight, have a history of blood clots or high blood pressure.

Feminizing medications will result in changes that will be noticeable by other people, and that some transgender people in similar circumstances have experienced harassment, discrimination, and violence, while others have lost support of loved ones. Please be advised that referrals can be made for support/counseling if this would be helpful.

Some people experience changes in their mood when taking estrogen. We strongly encourage youth to establish or continue in mental health therapy for support of this change, and other challenges that may arise as a result of physical gender transition.

## Risks Associated with Androgen Antagonists

Spironolactone affects the balance of water and salts in the kidneys, and that this may:

• increase the amount of urine produced, making it necessary to urinate more frequently

• reduce blood pressure

• increase thirst

• rarely, cause high levels of potassium in the blood, which can cause changes to heart rhythm that may be life-threatening

## Preventing Medical Complications

Taking feminizing medications as prescribed and letting your health care provider know if you are not happy with the treatment or are experiencing any problems helps prevent potential complications.

The right dose or type of medication prescribed for you may not be the same as for someone else, so it's best not to compare to others also undergoing physical gender transition.

Physical examinations and blood tests are needed on a regular basis to check for negative side effects of feminizing medications.

Some medical conditions make it dangerous to take estrogen. If your doctor suspects you might have one of these conditions, they may want to get those issues controlled before you start taking hormones.

You can choose to stop taking feminizing medication at any time, it is advised that you do this with the help of your doctor to make sure there are no negative reactions to stopping.

My signature below confirms that:

- o   My doctor has talked with me about the benefits and risks of feminizing medication, the possible or likely consequences of hormone therapy, and potential alternative treatment options.

- o   I understand the risks that may be involved.

- o   I understand that this form covers known effects and risks and that there may be long-term effects or risks that are not yet known.

- o   I have had sufficient opportunity to discuss treatment options with my doctor. All of my questions have been answered to my satisfaction.


_____          _____
Patient Signature                                              Date

_____          _____
Parent/Caretaker Signature                                Date

_____          _____
Parent/Caretaker Signature                                Date

_____          _____
Provider Signature                                            Date

Rev 9/28/2016



**PUBERTAL BLOCKERS FOR MINORS IN EARLY ADOLESCENCE**

**Parent or Guardian Consent**

Before initiating a medication for your child to put puberty "on hold", there are several things you need to know.  There are possible advantages, disadvantages and risks with pubertal blockers. It's important that you understand all of this information before your child begins the medication.

Please read the following carefully and ask us any questions. We want you to be very comfortable and sure of what pubertal blockers offer your child.

After your questions and concerns are addressed and you have decided to proceed with the pubertal blocker medication for your child, both of you will need to sign this information and consent form.

**What are the different medications that can help to stop the physical changes of puberty?**

The main way that the physical changes of puberty can be put on hold is by blocking the signal from the brain to the organs that make the hormones of puberty. These hormones are estrogen and testosterone. Estrogen is made by the ovaries. Testosterone is made by the testicles.

The medications are called Pubertal Blockers. They are also known as a class of medication called GnRH analogues. These medications are given monthly, once every three months, or in the form of an implant that is placed in the upper arm, and stays in for 12-24 months.  This medication is effective for both males and females. They can be started just after the early physical changes of puberty.

For transgender girls there are alternative medicines that can block the effect of testosterone. The most common medication of this type is called spironolactone. There is a separate consent form for this medication. Spironolactone is not as effective at blocking puberty in transgender girls, but it is much less expensive.

Every medication has risks, benefits, and side effects that are important to understand before starting. It is also important to know how they work.

**Medications for Blocking Puberty**

- Puberty Blockers are used to help temporarily suspend or block the physical changes of puberty for your child.

- It can take several months for the medication to be effective. While no one can predict how quickly or slowly your child's body will respond, most youth respond within 3-4 weeks of initiating blockers.

- This medication is not specifically made for the purpose of blocking puberty (they are not FDA approved for this purpose) in transgender youth, however pediatric endocrinologists (children's doctors who work with hormones and puberty), recommend these medications if the physical changes of puberty need to be postponed. They have been in use for this purpose for more than 30 years.

- The medication is not permanent. If your child stops getting the injections, or has the implant removed, in about six months their body will restart the changes of puberty at the developmental stage they were at when they started the hormone blocker.

- By taking these medications, your child's body will not be making the hormones of puberty, testosterone or estrogen.

- Providing these medicines to your child may assist in avoiding the unhappiness and trauma of unwanted puberty, giving your child the opportunity to develop in their affirmed gender, with a better fit between body and psyche. It may also help them avoid the need for surgeries and other treatments (i.e. mastectomies for transmen, tracheal shaving or electrolysis for transwomen) that would be required to try to reverse the effects of puberty.

- If you are interested in getting more information about puberty suppression, we can refer you to an endocrinologist.

- We recommend that your child and family participate in therapy with a therapist experienced in gender issues while your child is taking the hormone blocker.

**Risks of Puberty Blockers**

- The side effects and the safety of these medicines are not completely understood.  There may be long-term risks that are not yet known.

- If your child starts puberty blockers in the earliest stages of puberty, and then goes on to gender affirming hormones, they will not develop sperm or eggs. This means that they will not be able to have biological children. _**This is an important aspect of blocking puberty and progressing to hormones that you should understand prior to moving forward with puberty suppression.**_ If your child discontinues the use of blockers, and does not go on gender affirming hormones, they will continue their pubertal development about 6-12 months after stopping the medication, and fertility would be maintained.

- While on puberty blockers, your child's bone density will go back to developing at a pre-pubertal rate. While the clinical impact of this is not yet known, we will obtain bone density

scans at the beginning of puberty suppression, and each year thereafter to monitor your child's bone density.

- It's possible that your child will get taller while on these medications. This can be problematic for transgender girls to achieve a typical female height. In transgender boys, delaying the onset of puberty may actually make him slightly taller (one of the reasons that girls are usually shorter than boys is because puberty is started earlier).

- These medicines will be stopping the development of puberty for your child and other people may notice.  As your child becomes older, this may become more apparent.

- Some transgender people have experienced harassment and discrimination. You can get resources that will support your child and your family. Parents and guardians frequently have to advocate for children to participate safely and free from harassment in schools and other activities. You can ask your child's provider and therapist for help advocating for your child.

**Prevention of Medical Complications**

- Please take your puberty blocking medication as prescribed. Tell your health care provider if your child has any problems or side effects or is unhappy with the medication.

- Your child needs periodic check-ups to make sure that your child is responding appropriately.

- Using these medicines to block puberty is an off-label use.  This means it is not approved by the Food and Drug Administration for this specific use. This medication is recommended for your child based on the judgment and experience of our health care provider and is supported by the Society of Pediatric Endocrinology.

- Your child can choose to stop taking these medications at any time.  If your child decides to do that, stop the medications with the help of your health care provider.

**Our signatures below confirm that**

- Your child's health care provider has talked with you about the benefits and risks of puberty blockers for your child.

- The possible or likely consequences of using puberty blockers and potential alternative treatments.

- You understand the risks that may be involved.

- You know that the information in this form includes the known effects and risks. You also know that there may be unknown long-term effects or risks.

- You have had enough opportunity to discuss treatment options with your child's health care provider.

- All of your questions have been answered to your satisfaction.

- You have enough information to provide informed consent for your child to take, refuse, or postpone using puberty blocking medications.

- Your child is in agreement with this treatment and the signature of your child on this form attests to this agreement.

- Your signature attests to your consent for your child to begin the puberty suppression with GnRH analogs.


_____     _____
Patient Signature                                                                 Date

_____     _____
Parent or Guardian signature                                               Date

_____     _____
Parent or Guardian signature                                               Date

_____     _____
Prescribing clinician signature                                            Date



# Informed Consent Form for Testosterone Therapy

This form refers to the use of testosterone by persons in the female-to-male spectrum who wish to become more masculine to reduce gender dysphoria and facilitate a more masculine gender presentation. While there are risks associated with taking testosterone, when appropriately prescribed it can greatly improve mental health and quality of life.

This form covers the known and unknown benefits, risks, and changes that may occur from taking masculinizing medication. If you have any questions or concerns about the information below, please talk with the people involved in your care so you can make fully informed decisions about your treatment. It is your right to seek another opinion if you want additional perspective on any aspect of your care.

## Masculinizing Effects

Testosterone is being prescribed to reduce female physical characteristics and masculinize your body. The masculinizing effects of testosterone can take several months or longer to become noticeable, the rate and degree of change can't be predicted, and changes may not be complete for 2-5 years after you start testosterone.

1.  The following changes will likely be permanent even if you stopped  taking testosterone:

    - Lower voice pitch (i.e., voice becoming deeper).

    - Increased growth of hair, with thicker/coarser hairs, on arms, legs, chest, back, and abdomen.

    - Gradual growth of moustache/beard hair.

    - Hair loss at the temples and crown of the head, with the possibility of becoming completely bald.

    - Genital changes may or may not be permanent if testosterone is stopped early. These include clitoral growth (typically 1-3 cm) and vaginal dryness.

2.  The following changes are usually not permanent (that is, they will likely reverse if you stop taking testosterone):

    - Acne, which may be severe and can cause permanent scarring if not treated.

    - Fat may redistribute to a more masculine pattern (decreased on buttocks/hips/thighs, increased in abdomen – changing from "pear shape" to "apple shape").

    - Increased muscle mass and upper body strength.

    - Increased libido (sex drive).

    - Menstrual periods typically stop within 1-6 months of starting testosterone.

3.  It is not known what the effects of testosterone are on fertility. Even if you stop taking testosterone it is uncertain if you will be able to get pregnant in the future. Even after testosterone stops your menstrual periods it may still be possible for you to get pregnant, and we advise that you consider birth control options (if applicable). You cannot take testosterone if you are pregnant

4.   Your chest tissue may appear slightly smaller due to fat loss, but will not substantially shrink.

## Risks of Testosterone

The medical effects and safety of testosterone use in those younger than 18 are not fully understood, and there may be long-term risks that are not yet known.

You are strongly advised not to take more testosterone than prescribed, as this increases health risks. Taking more than prescribed will not make masculinization happen more quickly or increase the degree of change: extra testosterone can be converted to estrogen, which may slow or stop masculinization.

The following are potential medical risks of testosterone:

- Increase your risk of heart disease, including:

    - decreasing good cholesterol (HDL) and increasing bad cholesterol (LDL)
    - increasing blood pressure
    - increasing deposits of fat around your internal organs

Your risk of heart disease is greater if people in your family have had heart disease, if you are overweight, or if you smoke. Heart health checkups, including monitoring of your weight and cholesterol levels, should be done periodically as long as you are taking testosterone.

- Increase the red blood cells and hemoglobin, and while the increase is usually only to a normal male range (which does not pose health risks), a high increase can cause potentially life-threatening problems such as stroke and heart attack. Your blood should be monitored periodically while you are taking testosterone.

- Increase your risk for diabetes by decreasing your body's response to insulin, causing weight gain, and increasing deposits of fat around your internal organs. Your fasting blood glucose should be monitored periodically while you are taking testosterone.

- Lead to your cervix and the walls of your vagina becoming more fragile, and that this can lead to tears or abrasions that increase the risk of sexually transmitted infections (including HIV) if you have vaginal sex – no matter what the gender of your partner is. Frank discussion with your doctor about your sexual practices can help determine how best to prevent and monitor for sexually transmitted infections.

- Cause headaches or migraines. If you are frequently having headaches or migraines, or the pain is unusually severe, it is recommended that you talk with your health care provider.

- Testosterone can cause emotional changes, including increased irritability, frustration, and anger. We can assist you in finding resources to explore and cope with these changes if necessary.

Testosterone will result in changes that will be noticeable by other people, and some transgender people in similar circumstances have experienced harassment, discrimination, and violence, while others have lost support of loved ones. Your care team can assist in finding advocacy and support resources.

## Prevention of Medical Complications

In order to decrease potential medical complications, take testosterone as prescribed and tell your doctor if you are not happy with the treatment or are experiencing any problems.

- The right dose or type of medication prescribed for you may not be the same as for someone else.

- Physical examinations and blood tests are needed on a regular basis to check for negative side effects of testosterone.

- Some medical conditions make it dangerous to take testosterone. If your doctor suspects you might have one of these conditions, they may want to get those issues controlled before you start taking hormones.

- You can choose to stop taking testosterone at any time, it is advised that you do this with the help of your doctor to make sure there are no negative reactions to stopping.

Your signature below confirms that:

- Your doctor has talked with you about the benefits and risks of testosterone, the possible or likely consequences of hormone therapy, and potential alternative treatment options.

- You understand the risks that may be involved.

- You understand that this form covers known effects and risks and that there may be long-term effects or risks that are not yet known.

- You have had sufficient opportunity to discuss treatment options with your doctor. All of your questions have been answered to your satisfaction.

- You believe you have adequate knowledge on which to base informed consent to the provision of testosterone therapy.


_____   _____
Patient Signature                                              Date


_____   _____
Parent/Caregiver Signature (for minors)                 Date


_____   _____
Parent/Caregiver Signature (for minors)                 Date


_____   _____
Provider Signature                                             Date


Rev 9/27/2016



THE CENTER FOR
TRANSYOUTH HEALTH
AND DEVELOPMENT

# Informed Consent Form for Testosterone Therapy
# (for youth on GnRH analogs)

This form refers to the use of testosterone by persons in the female-to-male spectrum who wish to become more masculine to reduce gender dysphoria and facilitate a more masculine gender presentation. While there are risks associated with taking testosterone, when appropriately prescribed it can greatly improve mental health and quality of life.

If you have any questions or concerns about the information below, please talk with the people involved in your care so you can make fully informed decisions about your treatment. It is your right to seek another opinion if you want additional perspective on any aspect of your care.

## Masculinizing Effects

Testosterone is being prescribed to reduce female physical characteristics and masculinize your body. The masculinizing effects of testosterone can take several months or longer to become noticeable, the rate and degree of change can't be predicted, and changes may not be complete for 2-5 years after you start testosterone.

1.  The following changes will likely be permanent even if you stopped  taking testosterone:

    - Lower voice pitch (i.e., voice becoming deeper).

    - Increased growth of hair, with thicker/coarser hairs, on arms, legs, chest, back, and abdomen.

    - Gradual growth of moustache/beard hair.

    - Hair loss at the temples and crown of the head, with the possibility of becoming completely bald.

    - Genital changes may or may not be permanent if testosterone is stopped. These include clitoral growth (typically 1-3 cm) and vaginal dryness.

2.  The following changes are usually not permanent (that is, they will likely reverse if you stop taking testosterone):

    - Acne, which may be severe and can cause permanent scarring if not treated.

    - Fat may redistribute to a more masculine pattern (decreased on buttocks/hips/thighs, increased in abdomen – changing from "pear shape" to "apple shape").

    - Increased muscle mass and upper body strength.

    - Increased libido (sex drive).

    - Menstrual periods typically stop within 1-6 months of starting testosterone.

3.  It is not known what the effects of testosterone are on fertility. If you started puberty blockers in the early stages of your puberty, then you will not have mature enough eggs to reproduce. Even if you stop taking testosterone and blockers, and progress through your puberty, it is uncertain if you will be able to get pregnant in the future. While it is unlikely that you could get pregnant while on blockers

and testosterone, we strongly recommend that you use condoms for prevention of pregnancy and transmission of sexually transmitted infections.

4.  If you developed chest tissue prior to starting blockers, it may appear slightly smaller when starting testosterone due to fat loss, but will not substantially shrink.

## Risks of Testosterone

The medical effects and safety of testosterone use in those younger than 18 are not fully understood, and that there may be long-term risks that are not yet known.

You are strongly advised not to take more testosterone than prescribed, as this increases health risks. Taking more than prescribed will not make masculinization happen more quickly or increase the degree of change: extra testosterone can be converted to estrogen, which may slow or stop masculinization.

The following are potential medical risks of testosterone:

- Increase your risk of heart disease, including:

  - decreasing good cholesterol (HDL) and increasing bad cholesterol (LDL)
  - increasing blood pressure
  - increasing deposits of fat around your internal organs

Your risks of heart disease are greater if people in your family have had heart disease, if you are overweight, or if you smoke. Heart health checkups, including monitoring of your weight and cholesterol levels, should be done periodically as long as you are taking testosterone.

- Cause damage to the liver, possibly leading to liver disease. Monitoring for possible liver damage as long as you are taking testosterone is advised.

- Increase the red blood cells and hemoglobin, and while the increase is usually only to a normal male range (which does not pose health risks), a high increase can cause potentially life-threatening problems such as stroke and heart attack. Your blood should be monitored periodically while you are taking testosterone.

- Increase your risk for diabetes by decreasing your body's response to insulin, causing weight gain, and increasing deposits of fat around your internal organs. Your fasting blood glucose should be monitored periodically while you are taking testosterone.

- Lead to your cervix and the walls of your vagina becoming more fragile, and that this can lead to tears or abrasions that increase the risk of sexually transmitted infections (including HIV) if you have vaginal sex – no matter what the gender of your partner is. Frank discussion with your doctor about your sexual practices can help determine how best to prevent and monitor for sexually transmitted infections.

- Cause headaches or migraines. If you are frequently having headaches or migraines, or the pain is unusually severe, it is recommended that you talk with your health care provider.

- Testosterone can cause emotional changes, including increased irritability, frustration, and anger. I have been advised that your doctor can assist me in finding resources to explore and cope with these changes.

2

Testosterone will result in changes that will be noticeable by other people, and that some transgender people in similar circumstances have experienced harassment, discrimination, and violence, while others have lost support of loved ones. Your care team can assist in finding advocacy and support resources.

## Prevention of Medical Complications

In order to decrease potential medical complications, take testosterone as prescribed and tell your doctor if you are not happy with the treatment or are experiencing any problems.

- The right dose or type of medication prescribed for you may not be the same as for someone else.

- Physical examinations and blood tests are needed on a regular basis to check for negative side effects of testosterone.

- Testosterone can interact with other medication (including other sources of hormones), dietary supplements, herbs, alcohol, and street drugs. Let your healthcare provider know if you are concerned about any of these potential interactions.

- Some medical conditions make it dangerous to take testosterone. If your doctor suspects you might have one of these conditions, they may want to get those issues controlled before you start taking hormones.

- You can choose to stop taking testosterone at any time, it is advised that you do this with the help of your doctor to make sure there are no negative reactions to stopping.

Your signature below confirms that:

- Your doctor has talked with you about the benefits and risks of testosterone, the possible or likely consequences of hormone therapy, and potential alternative treatment options.

- You understand the risks that may be involved.

- You understand that this form covers known effects and risks and that there may be long-term effects or risks that are not yet known.

- You have had sufficient opportunity to discuss treatment options with your doctor. All of your questions have been answered to your satisfaction.

- You believe you have adequate knowledge on which to base informed consent to the provision of testosterone therapy.

_____   _____
Patient Signature                                            Date

_____   _____
Parent/Caregiver Signature (for minors)            Date

_____   _____
Parent/Caregiver Signature (for minors)            Date

_____   _____
Provider Signature                                           Date

3