UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>　　　Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>　　　Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL CAMERON<br>　　　Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

## DECLARATION OF LAURA BECKER IN SUPPORT OF INTERVENOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Laura Becker, declare as follows:

　　1.　　I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Intervenor Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction.

　　2.　　I was diagnosed with depression and anxiety and being on the autism spectrum at age 11. Because of being on the autism spectrum I was viewed as eccentric and I had difficulty making friends and "fitting in" with my peers.

1

3. At around the same time I was diagnosed as being on the autism spectrum and having depression and anxiety, my father became emotionally and verbally abusive with my mother and me.

4. In high school I began to make friends with artsy theater kids and some gay boys.

5. At age 15 I began to experience gender dysphoria. Initially I identified as gender queer. I learned about trans identities on Tumblr and began to identify as an androgenous woman.

6. At age 15 I was hospitalized for suicidal ideation. Also, while I did not know it at the time, I was also suffering from undiagnosed post-traumatic stress disorder.

7. When I was 17 and 18, I experienced unrequited love from male friends, and at age 18 I was again hospitalized, for a day, due to suicidal ideation.

8. I started experiencing severe gender dysphoria at age 17 and began binding my breasts and wearing men's clothes.

9. I began thinking that I was too feminine to be accepted and loved by gay men, but too masculine to be accepted by straight men.

10. At age 18 I came out as transgender. I did not particularly like being transgender but was desperate to fit in somewhere and believed identifying as transgender was my last resort.

11. I saw a gender therapist who supported my trans-identification, but did not offer me any psychotherapeutic alternatives for my significant mental health issues.

12. In December 2016, I began taking testosterone. A female to male transgender professor encouraged me to get testosterone and referred me to a clinic in Chicago.

13. At the clinic, I was given a prescription for testosterone at no cost after a one-hour consultation.

14. The clinic did not do a psychological evaluation. The therapist did not discuss my co-morbidities, *i.e.,* being suicidal, having major depressive disorder, anxiety disorder, and undiagnosed PTSD.

15. I began taking testosterone because it was so easy to get.

16. I was very negatively affected by the testosterone. I was hospitalized at age 20 shortly after starting it. Emotionally I was spiraling out of control and engaging in risky behaviors, including road rage and reckless driving, thrill-seeking behaviors such as petty theft, becoming involved in risky sexual situations, engaging in emotionally abusive behaviors that alienated friends, and doing drugs.

17. The testosterone intensified thoughts about suicide and not caring about living. I was hospitalized again for suicidal ideation at age 20.

18. While in the hospital, I was journaling about unrequited love and feeling like no one cared about me. All of my empathy and self-love were gone. I felt like something radically needed to change. I became an emotionally hard person and

decided to surgically transition, to try to do something to break out of the ongoing depression and suicidal ideation.

19. I made an appointment with a cosmetic surgeon for consultation for a mastectomy.

20. The surgeon was trying to follow the WPATH guidelines and advised me that I needed to get two letters of recommendations from physicians. I got one from my psychiatrist, who I saw infrequently. She had diagnosed me with gender dysphoria based on my self-reporting. The letter said that I was of sound mind and not suicidal, but within a couple of months of that visit I went into the hospital because of suicidal ideation.

21. I got the second letter from my general practitioner who I only saw once a year and made no evaluation before writing the letter.

22. At the time, I was determined to have the surgery, felt certain it was the right decision, and firmly believed it was necessary to save my life. I believed that misery or suicide were the only other alternatives.

23. Looking back, I realize that it was way too easy for me to get the surgery. While I did not have to lie to get it, I know that many teenagers will lie and are even taught how to do so on the internet.

24. After the surgery I initially felt happy and relieved. I liked the appearance of having a flat chest. However, there was no improvement in my mental health, self-esteem, anxiety, or depression, and I was hospitalized again at age 22.

25. My friends abandoned me because my reckless behavior that started when I began taking testosterone alienated them.

26. I started thinking about detransitioning. I was reading materials from detransitioned women and saw that they had experiences similar to mine and all had PTSD.

27. I began to get effective therapy that started to get at the causes for my dysphoria and provided me with tools to gain control over my thoughts. I began to practice self-love.

28. I received a formal psych evaluation which diagnosed me with PTSD resulting from childhood emotional abuse. That diagnosis made sense to me and I began to improve. Once I received the proper diagnosis, detransitioning began to happen.

29. I felt ashamed, sad, disappointed, angry at myself, and angry at the mental health professionals who failed me. I realized that I had undergone cosmetic surgery to treat a mental health condition that could have been treated with appropriate psychotherapy.

30. I lament that if therapists would have thoroughly examined my mental and emotional state over prolonged periods of time, I would have been able to receive effective cognitive treatment and would not have proceeded with removing my healthy breasts. Instead, I have experienced unnecessary disfigurement and scarring from completely unnecessary surgery.

31.     So-called "gender affirming" medical and surgical procedures give false hope to vulnerable young women that they can actually improve their life, love themselves and become a different person. In reality the treatments just create a temporary placebo effect for powerful underlying causal issues.

32.     The notion of allowing teens to undergo these procedures is incredibly irresponsible, destructive and unethical without providing these young vulnerable women the intensive psychotherapeutic attention necessary to overcome their underlying issues.

33.     The idea that the young women can give "informed consent" to these procedures is preposterous. As a mentally ill, confused young adult I was not able to give truly informed consent. I was aware of some of the possible effects but was not able to make a rationale decision at the time. Even though I was technically an adult, I was depressed, suicidal, and engaging in very risky behaviors. Yet no one stopped the assembly line to ask questions.

34.     Even parents of minors cannot give truly informed consent to these procedures. They are often not informed enough about the mental health issues and alternative treatments. Instead, they are listening to the child and to a gender clinician who is encouraging the treatments, even to the point of coercing parents to agree or face the likely suicide of their child.

35.     Laws such as Kentucky's SB 150 that do not allow these treatments to be given to minors should be supported in order to protect children. They can save young people a great deal of harm by permitting minors to gain the physical and

6

emotional maturity needed to make long-term informed decisions. I urge the Court to uphold this law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2023.

/s/ *Laura Becker*
Laura Becker