UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>    Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>    Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL CAMERON<br>    Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

## DECLARATION OF LUKA HEIN [PSEUDONYM] IN SUPPORT OF INTERVENOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Luka Hein[1], declare as follows:

    1.    I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Intervenor Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction.

---

[1] Declarant is submitting this Declaration using a pseudonymous last name to protect her privacy and personal safety.

1

2. I am a 21-year-old college student in Nebraska. When I was 14 my family was dealing with the aftermath of my parents' divorce. I had also been sexually preyed upon online such that the police got involved. As a result of these traumatic events, I began to disassociate from my body.

3. My mental health was not doing well either. I had depression, generalized anxiety and ADHD. I began to discover spaces online that twisted my normal pubertal changes and trauma into the conclusion that I was transgender.

4. I went into an intensive outpatient program. I told the therapist I was trans and she immediately affirmed my male identity and told my parents. From that time on, any other mental health issue I might have was pushed to the side.

5. I started seeing a psychotherapist that worked with "gender diverse youth." The therapist did not do a full mental health assessment. She did not do any screening for anything else that may be going on or that would explain the gender dysphoric feelings that suddenly appeared.

6. About a year after I started seeing the psychotherapist, when I was 16 years old, she recommended a double mastectomy. Other than a puberty blocker implant offered to me when I was well past puberty, this was the first treatment offered because she perceived that my breasts were causing me the greatest distress. My trauma still had not been explored or addressed.

7. My dad supported the treatment. My mom had reservations, but she was bullied into agreeing with it by the medical professionals. Mom was told that I would commit suicide. They used suicide statistics as a scare tactic. Various medical

professionals told my mom, "Do you want a dead daughter or live son?" Mom said she felt she had to go along with the surgery, did not really have a choice and would be seen as a hateful bad parent if she did not agree.

8. I had been binding my chest before the mastectomy, so initially not having to wear the binder felt good. Everyone around me was hyping me up about how great I would feel, and how great I looked. Around the 3rd year after surgery the good feelings were wearing off. The loss of my breasts was easier to ignore at that time in light of the other body pains and problems I was having.

9. A few months after the double mastectomy, I started testosterone, which I continued to take for four years.

10. Once I started taking testosterone my voice got lower, I grew more body hair and facial hair, the fat on my body was redistributed, I had painful acne, grew an Adam's apple, my periods stopped, and vocal cords became achy. I experienced vaginal dryness, atrophy and tearing, frequent urinary tract infections, and sexual dysfunction. I was told about some of these things before beginning testosterone, but at age 16 I had no concept of what it would mean to me.

11. I also developed joint pain in my hips, elbows, wrists, and lower back. Every day I experienced some soreness, but on some days I had so much pain I could hardly get out of bed. I developed heart problems. Sometimes it felt like my heart is racing or skipping beats. At times, all my limbs felt cold like they were losing circulation.

12. Before starting testosterone I was on mental health medication. Initially the testosterone gave me a good feeling, but after being on it a few years I started getting really bad brain fog. My emotions were really blunted. I couldn't cry or feel emotions, except for irritation. The testosterone also affected my short-term memory.

13. By around the third year that I was on testosterone, my mental health declined and by the fourth year it was poor, with lots of brain fog, apathy, and overall feeling awful. By that time, I was done. I was tired of the shots, and not feeling well. I also realized this entire process limits my freedom since I have to have a pharmacy nearby and be close to medical care.

14. I began to wean myself off the testosterone and stopped in September 2022.

15. I felt horrible after stopping the testosterone. I no longer had a high level of testosterone in my system, but my natural estrogen had also shut down. I went into a pseudo menopause with terrible hot flashes, night sweats, body aches, chills, nausea and dizziness. These symptoms were very bad for several months.

16. This spring I had to withdraw from college classes because I was hurting so much and my health was so poor. I am still dealing with joint pain, poor vaginal health, sexual dysfunction, and heart issues.

17. At 16 the concept of pregnancy scared me, but when I turned 20, I discovered that I wanted to have children. Now I have to wait and see if I can even have children or if my body could handle pregnancy. Even if I can, I will never be able to breastfeed.

18. In my teens I was certain I was not female, that I was a male born in the wrong body. I hated the parts of my body that indicated I was female.

19. I was certain I needed these treatments, but I was never presented with any other option. I wished a professional had told me there was nothing wrong with my body, that I was safe, was not broken and that there was another option in psychotherapy. That was what the 15-year-old me needed to hear. Instead, these professionals took the most chaotic, destructive time in my life and affirmed it into reality.

20. These treatments should not be allowed in minors. If these treatments had been illegal when I was experiencing gender dysphoria as a teen, I would have been given other options to consider. Kids should be allowed to grow up without being chained to an experimental medical industry.

21. The European pioneers of these treatments are doing an u-turn. We should be doing the same.

22. I would like to tell the Plaintiffs in this case that they've always been their authentic selves the way they are. They are perfect the way they are – without making physical changes to their body. I know it will be tough, you will have rough emotions. But you are resilient and you will get through this. Even if you feel you need this, you don't know what it will do to you, what it will mean. You are too young to fully comprehend what this will mean for the future.

23. We protect kids from a lot of things and we need to do that here.

24. The medical community needs to stop telling kids they are going to kill themselves. They believe these adults when they tell them that. It is irresponsible.

25. Laws such as Kentucky's SB 150 that do not allow these treatments to be given to minors should be upheld in order to protect children and teens. I urge the Court to uphold this law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2023.

    /s/ *Luka Hein*
Luka Hein