UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>        Plaintiffs | |
| v. | Civil Action No. 3:23-CV-00230-DJH |
| THORNBURY, *et al.*<br>        Defendants | |
| and | |
| COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL<br>CAMERON<br>        Intervening Defendant | |

---

**DECLARATION OF LAYLA JANE [PSEUDONYM] IN SUPPORT OF
INTERVENOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

---

I, Layla Jane[1], declare as follows:

      1.    I am over the age of 18 years and am not a party to this action. I have

actual knowledge of the following facts and if called upon to testify to them could and

would do so competently. I am submitting this Declaration in support of Intervenor

Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction.

---

[1]    Declarant is submitting this Declaration using a pseudonym to protect the
privacy of her family.

*2.*     Sections 4(a) and 4(b) of Kentucky's SB 150 are necessary, potentially life-saving provisions that will protect vulnerable children and their parents from the heartbreaking regret, irreversible physical changes, and emotional pain that I have experienced after undertaking medical interventions aimed at "transitioning" me from female to male before even starting high school.

*3.*     I have always felt like I did not "fit in" with my peers, especially my female friends.

*4.*     I felt displeasure, even hatred, about my body. This became more intense when I began puberty early, at age 9 in fourth grade.

*5.*     I experienced trauma in elementary school through my early teen years. I was not taught how to cope with the trauma and with the difficulties of pubertal changes in my body.

6.     As a result, I began struggling with depression, and had issues with suicidality in elementary school. When puberty started, I began engaging in self-harm.

7.     I hated myself and saw myself as not as good as other girls. I winced at my physical features, including my fluctuating weight, my curves, my large breasts and my arms. I was bothered by wearing bras. I was so unhappy with my chest that I was wearing a chest binder all the time, to the point that I would not take a shower, would sleep in the binder and work out in it.

8.     I spent a lot of time on Instagram, which exposed me to gender identity ideology. The algorithms Instagram uses showed me more of what I looked at.

9.      I started to identify as a male in the sixth grade, at age 11. I had heard about transgenderism and began to wonder if I could transition. The idea of transitioning was appealing in light of all that had happened to me already.

10.     I saw a therapist after I came out as trans. The therapist referred my parents and me to a gender specialist with Kaiser. The gender specialist sent me to a gynecologist who prescribed birth control to stop my periods. I had a negative reaction and stopped taking it.

11.     I was then referred to a pediatric transgender clinic with Kaiser, where I saw an endocrinologist who prescribed Lupron for my gender dysphoria in late 2016. I was 12 years old.

12.     In June 2017 I saw another Kaiser endocrinologist who prescribed testosterone. I remained on testosterone until I was 17 years old.

13.     A month after my 13th birthday, I had a double mastectomy when I was in 8th grade. I was constantly binding my chest and was hurting myself with the binder to the point where I would get delirious, so I wanted to remove the breasts and my parents agreed.

14.     Lupron caused me to put on a lot of weight. It was like going through menopause at age 13. I would get intense hot flashes. It made it hard to do homework. The Lupron negatively affected my mental health -- my depression and anger were actually worse. I was given Lupron to relieve my mental distress about getting my period. It stopped my periods, but my mental health got worse. I continued to engage in self-harm while on Lupron.

15.     Testosterone caused me to lose weight. It gave me energy, but really affected my sleep. My voice deepened and I got facial and increased body hair permanently. Testosterone also gave me an Adam's apple for life.

16.     Testosterone may have affected my liver. When I was 14, doctors did some lab work and asked me if I drank alcohol because my liver results were so bad. I had neither drunk alcohol nor taken illegal drugs.

17.     Immediately after I began taking testosterone I felt great and my body discomfort was alleviated for a time . But the good feeling only lasted between six months and a year. Then, the elation faded. I started to have doubts. I continued to dislike my body. Even though my breasts were gone I still disliked everything else with my body. All the discomfort came back full force.

18.     My mental health grew turbulent while I was on testosterone. Over time my self-harming got worse, and I started to consider and engage in methods of self-harm I had never used before. I would see my gender specialist regularly, but there was no meaningful mental health therapy throughout the time that I was taking Lupron and testosterone.

19.     I was unhappy and not really functioning. I could barely bring myself to do my schoolwork and could barely go to the store without having a panic attack. The testosterone made it harder for me to process things, harder to cry, to feel things or get my emotions out.

20.    I began spacing out my testosterone injections and by age 17, I stopped taking testosterone. However, I will forever have some of its effects – an Adam's apple, deep voice, facial hair, and other impacts I am still learning about.

21.    At the time I received these treatments I wholeheartedly believed they were what I needed. I believed that if I received these treatments the mental health problems and issues with my body would go away. My parents were also led to believe that and so agreed to my getting the treatments. I could never actually become a male but I was in denial about that fact for a long time, and I am still in the process of reconnecting with my female body.

22.    Now I realize that these treatments should not be given to minors even with parental consent. I do not blame my parents. I blame the professionals who advised me and my parents. I understand that my providers convinced my parents that I should undergo these treatments by indicating that "it is  better to have a live son than a dead daughter." Changing a child's physiology or removing body parts are very heavy decisions for parents to make. Parents are trying to help their kids and depend on the professionals for advice, as my parents did, and they are not getting good advice in this area.

23.    Laws such as Kentucky's SB 150 that do not allow these treatments to be given to minors should be supported in the interest of protecting children. Once a person is an adult and can make a truly informed decision that is a different issue. Minors, however, should be safeguarded.

24.    I was initially called hateful and transphobic when I shared my experience, but now I know many others who have had similar experiences. It is not hateful to allow children to grow up before subjecting themselves to these life-altering treatments. I urge the Court to uphold this life-saving law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2023.


                                                           /s/ *Layla Jane*
                                                           Layla Jane