UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>      Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>      Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL CAMERON<br>      Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

**DECLARATION OF EVELYN G. [PSEUDONYM] IN SUPPORT OF INTERVENOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Evelyn G.,[1] declare as follows:

    1.    I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Intervenor Defendant's opposition to Plaintiffs' Motion for a Preliminary Injunction.

---

[1] Declarant is submitting this Declaration using a pseudonym to protect the privacy of her children and other family members.

1

2.      I am resident of Kentucky, and the mother of S.C., a teenage girl, enrolled in public school in Kentucky. S.C. is currently 16 years of age.

3.      When S.C. was in middle school (12 to 13 years old), she struggled with anxiety and depression. Her father and I believed these issues arouse from a known trauma she experienced at the hands of a classmate earlier in her childhood and circumstances surrounding the COVID restrictions and lockdowns.

4.      As a family we sought help for S.C.'s anxiety and depression from a therapist associated with a practice then known as Beaumont Behavioral Health ("BBH"),[2] a prominent mental health provider in our area.

5.      S.C.'s anxiety and depression only grew worse after beginning therapy at BBH.

6.      S.C. informed me that after only a few counseling sessions the therapist at BBH introduced her to the "Gingerbread Person" resource[3] and suggested to S.C. that she may suffer from gender dysphoria. S.C. was confused and did not know why the therapist showed her the "Gingerbread Person" material. It made her more anxious, as she did not understand what it meant or why it was being shown to her.

7.      S.C. had never previously indicated any confusion regarding her gender identity or shown any indication of gender dysphoria prior to her therapy at BBH. To the contrary, S.C., had always presented as a typical "girly girl."

---

[2] BBH is now part of LifeStance Health.
[3] *See* https://www.genderbread.org/.

8. S.C.'s father and I asked the BBH therapist to focus on S.C.'s trauma, anxiety, and depression, and to stop providing counseling actively encouraging S.C. to view herself as having a gender identity inconsistent with her actual sex.

9. In response to the intervention by S.C.'s father and myself, the BBH provider said that S.C. was suicidal and required inpatient psychiatric treatment. As a result, S.C. was admitted to The Ridge (a behavioral health facility in Kentucky) for an eight-day inpatient evaluation.

10. During S.C.'s treatment at The Ridge, she was told that she was "gender non-binary" and had "body dysmorphia."

11. After her eight days at The Ridge, S.C. was firmly convinced that she was "trans" and "identified" as a boy.

12. The mental health care providers at both BBH and The Ridge urged me and S.C.'s father to immediately facilitate S.C.'s "social transition" by using her preferred pronouns, allowing her to dress and present herself as a boy, and using a new male name when referring to S.C. They then recommended that we seek medical intervention to "transition" S.C. physically so as to fully "affirm" her identity as a boy. To that end, both provided referrals to a hospital that would provide "gender-affirming" interventions, including both hormone therapy and surgeries, to minors.

13. S.C.'s father and I declined the referral for "gender-affirming" medical intervention, and instead sought out therapy that would help S.C. address her underlying mental health issues without creating or encouraging gender dysphoria

14. Nonetheless, S.C.'s teachers at a public middle school in Kentucky "affirmed" S.C.'s new identity and called her by an alternative, male name and used male pronouns when addressing her while she was at school. The school did not inform me or S.C.'s father as S.C.'s parents of this.

15. One middle school teacher gave S.C. a chest band (to help hide her developing breasts while at school, and more effectively present as a boy), and wrote S.C. personal letters encouraging S.C. to "transition," which I later discovered. The same teacher told S.C. that she would be S.C.'s "new mom" and gave S.C. other trans themed gifts. I only discovered this after the teacher had gifts directed to S.C. delivered to our home.

16. S.C.'s depression and anxiety were only exacerbated by the care provided by BBH or The Ridge and by the encouragement to identify as a boy that she received in middle school.

17. The health providers at BBH and The Ridge and the teachers at S.C.'s middle school drove a wedge between S.C. and her family, doing further damage to her mental health rather than treating the actual sources of her anxiety and depression.

18. S.C. has now been in high school for several years and removed from the influence of the middle school teacher who actively encouraged her to adopt a "trans" identity.

19. For several years now, S.C. has also been receiving counseling that has focused on the sources of her anxiety and depression, and not on an ideologically driven agenda.

20. As she approaches her 17th birthday, S.C. is doing much better and is showing signs of moving on from the influence of trans ideology that created so much confusion for her. We are not completely "there" with healing, but her depression and anxiety have been diagnosed and are finally being treated in an effective way. As a result, she is living a happier life and reconnecting with her family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2023.

/s/ _____*Evelyn G.*_____
      Evelyn G.