UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>    Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>    Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL CAMERON<br>    Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

## DECLARATION OF ELIZABETH T. [PSEUDONYM] IN SUPPORT OF INTERVENOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Elizabeth T.,[1] declare as follows:

    1.    I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Intervenor Defendant's opposition to Plaintiffs' Motion for a Preliminary Injunction.

---

[1] Declarant is submitting this Declaration using a pseudonym to protect the privacy of her children and other family members.

2.  I am resident of Kentucky, and the mother of A, a teenage girl, enrolled in a high school in Kentucky. I am also a licensed medical care provider.

3.  Prior to high school, A never expressed any concern about her gender identity or presented any indications of gender confusion or dysphoria.

4.  During A's first year of high school, she became involved in a club designed to encourage students to discuss and explore issues related to "sexuality and gender" that was sponsored by her school. The school also used a curriculum that encouraged students to consider whether they might identify as a gender inconsistent with their biological sex. Though that curriculum A was introduced to the Gingerbread Person resource.[2]

5.  After being exposed to these influences, A began dressing more androgynously, and eventually told her father and I that she was transgender and insisted that she should be addressed with the pronouns "they/them."

6.  As she was beginning high school, A also struggled with anxiety, which her father and I believe arose largely from circumstances surrounding the COVID restrictions and lockdowns.

7.  As a family we sought help for A's anxiety from a therapist associated with a state university in Kentucky.

8.  That therapy did not help alleviate A's anxiety but did have the effect of increasing A's insistence that she was transgender.

---

[2] *See* https://www.genderbread.org/.

1

2

9. About six months into therapy, I asked A's therapist to stop providing counseling encouraging A to view herself as having a gender identity inconsistent with her actual sex. The therapist insisted that I and A's father should "affirm" A's transgender identity.

10. My husband and I consulted several other medical and mental health professionals and decided that further "affirming" care was not in A's best interests. We therefore found A a new therapist who provides supportive, exploratory therapy, that does not actively encourage A to think of herself as transgender.

11. While she initially expressed displeasure with our family's decision not to "affirm" her "transgender identity," A has come to accept that decision and now accepts her identity as a young woman, consistent with her biological sex. She has also experienced significant improvement in her overall mental health and happiness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

/s/ __Elizabeth T._____
Elizabeth T. [pseudonym]