UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>  Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>  Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL CAMERON<br>  Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

## DECLARATION OF HELEN SPIELBAUER IN SUPPORT OF INTERVENOR DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Helen Spielbauer declare as follows:

  1. I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Intervenor Defendants' Opposition to Plaintiffs' Preliminary Injunction.

  2. Kentucky's Senate Bill 150 provides parents necessary protections against manipulation and coercion on the part of health care providers and confused children to comply with demands for medical and surgical interventions aimed at

"affirming" a child's professed discordant gender identity under threats of alienation or loss of a child to suicide. Most importantly, the Bill will protect vulnerable distressed children from harm and allow them to grow and develop healthily into their adult bodies.

3. There was no such parent and child-protective law in place in my home state of Iowa when my daughter began questioning her gender identity. Consequently, I was subjected to coercion, manipulation, and blatant disregard for my parental right to make sound medical and mental health decisions for my child. Senate Bill 150 will prevent parents and children in Kentucky from suffering similar harms. It will actually restore the rights of parents to make medically sound health care decisions for their children that avoids harming their children.

4. An encounter with an online sexual predator at age 12 and time at a youth center which I did not realize at the time was "gender-affirming" led my daughter, E. to question her gender identity at age 14. She became one of more than 35 children in our community who announced a trans identity at that time. Now there are more than 45.

5. E., who is exceptionally bright and musically gifted, was seeing a therapist for issues related to diagnoses of ADHD, ASD, anxiety, depression, and social struggles when she said that she was questioning her gender identity.

6. When E. told her doctor about wanting to use different names, he suggested that she go to a gender clinic. I believed that the clinic would be a place to

2

ask questions and get helpful information and options to help E. deal with the distress she was feeling about her body.

7. However, when E. and I met with the endocrinologist at the gender clinic, the only information we received was to start E. on "gender-transition" medical interventions. There was no psychological evaluation of E., and no objective medical criteria for a diagnosis of gender dysphoria. I was told that the only prerequisite for beginning "gender-affirming" medical interventions was the child's self-diagnosis and one parent's consent.

8. I was told that E. should be prescribed puberty blockers at her next appointment and when she turned 16 she could start taking testosterone. E. and I were told that puberty blockers were just "a pause button to buy you some time to think," a perfectly safe, reversible, benign intervention.

9. The doctor also said E. was 99.9% likely to persist in her trans identity. She claimed, "kids don't outgrow this."

10. I was not comfortable with the recommendation. The doctor replied *in front of E.* that "You have to be aware of the suicide risk. She may consider suicide if you don't do this."

11. When I commented that there might be a social contagion aspect, the doctor dismissed this concern. She then said "I love helping trans kids. It is the favorite part of my job helping kids be who they are." There was a remarkable lack of professionalism, objectivity, tempered consideration, and recognition of the huge

increase in numbers of adolescents suddenly proclaiming trans identities on the part of the doctor.

12. My research and personal experience with E. since that time has convinced me that it is indeed a social contagion. I have observed that the difference between children persisting in a trans identity or desisting is whether the parents buy into it.

13. In keeping with the research I had done when we met with the gender specialist, I decided to maintain biological reality for E. instead of going along with the recommended treatment.

14. E. continued to ask for puberty blockers, saying some of her friends were on them. I told her that was a family decision.

15. E. continued to have mental health issues and spent some time in a psychiatric hospital at age 16 after a friend died and E. began self-harming.

16. I found a therapist who began to focus on E.'s cognitive mental health issues, and E.'s gender identity confusion desisted just before her 18th birthday. Her social and mental health have stabilized.

17. Our lived experience shows that by refraining from accepting the gender specialist's dire predictions and advice, and remaining anchored to reality, my child has desisted. We have been able to focus on the other mental health issues and her mental health has stabilized. And now as a young adult E. is completely comfortable with her body and female sex.

18. E. is now disturbed by the messages in the media that are misogynistic. She now says it was misogyny in the culture that led her to believe she was trans.

19. E. is working this summer and will attend community college in the fall. She wants to be a bridge between young people in the trans world and the larger community world. She also wants to be an example of someone who believed herself to be trans and realized it was not true. E. is concerned about her friends that still believe this ideology, and about how many young people are caught up in this ideology.

20. The reality we've experienced is that the presence of mental health issues is what leads, or significantly contributes, to trans identification. However, the medical community is not looking at the underlying mental health issues.

21. "Gender-affirming" medical interventions for children should be banned as Kentucky has done in Senate Bill 150. It is extremely difficulty, if not overwhelming, for parents to make the right decision on this, given the information the doctors are telling them about these treatments, the information they are withholding, and the threat of suicide.

22. It is a parent's natural inclination to want to help their child and to trust the medical establishment, so it is no surprise that many parents are going along with it. Also, no other options are being offered to parents. This is why there needs to be a ban – because the medical community is not serving parents and children well on this issue.

23. The medical community is not acting in the patients' best interests and are acting outside the norms of ethical medical care. Parents should not be pressured by threats of their child committing suicide into acceding the wishes of their confused children facilitated by activist doctors.

24. Senate Bill 150 prevents coercive manipulation and potential harm against Kentucky's vulnerable children and should be upheld for the protection of children and their families.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2023.

                                                /s/ *Helen Spielbauer*
                                                Helen Spielbauer