# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| Jane Doe 1, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>William C. Thornbury, Jr., et al.,<br><br>    *Defendants*,<br><br>&<br><br>Commonwealth of Kentucky ex rel. Attorney General Daniel Cameron,<br><br>    *Intervenor-Defendant*. | No. 23-cv-00230-DJH |

### MOTION FOR LEAVE TO FILE BRIEF OF FAMILY RESEARCH COUNCIL AS *AMICUS CURIAE* IN SUPPORT OF INTERVENOR-DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Family Research Council (FRC) moves for leave to file the attached brief as *amicus curiae* in support of Intervenor-Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs and Intervenor-Defendant do not oppose this motion. The other Defendants state that they are "leaving the Court's ruling regarding the motion within the discretion of the Court."

FRC is a nonprofit research and educational organization that seeks to advance faith, family, and freedom in public policy from a biblical worldview. FRC recognizes and respects the dignity of every human life, which entails protection of the vulnerable. It has filed several *amicus* briefs in similar cases, briefs that provided additional factual detail about the claims of certain medical interest groups and the scientific basis (or lack thereof) of those claims. *See, e.g.*, Brief

for Family Research Council as *Amicus Curiae* Supporting Appellants, *Brandt v. Rutledge*, 47 F.4th 661 (8th Cir. 2022); Brief of Family Research Council as *Amicus Curiae* Supporting Rehearing En Banc, *Brandt v. Rutledge*, No. 21-2875 (8th Cir. Oct. 11, 2022) (motion for leave to file *amicus* brief granted).

The proposed brief provides relevant arguments about the scientific evidence related to gender transitioning medical interventions in minors. As the brief explains, the medical interest groups relied on by the Plaintiffs have apparent ideological biases that appear to affect their assessment of the evidence and their formulation of medical guidelines. Thus, the brief adds pertinent arguments on issues central to the proper resolution of this case, "drawing the court's attention to [matters] that might otherwise escape consideration." *Shoemaker v. City of Howell*, 795 F.3d 553, 562 (6th Cir. 2015) (cleaned up).

For these reasons, the Court should grant the motion and file the attached brief.

                                              Respectfully submitted,

                                              s/ Christopher Wiest

| | |
|---|---|
| Christopher Mills* | Christopher Wiest (KBA 90725) |
| SPERO LAW LLC | CHRIS WIEST, ATTORNEY AT LAW, PLLC |
| 557 East Bay St. #22251 | 25 Town Center Blvd, Suite 104 |
| Charleston, SC 29413 | Crestview Hills, KY 41017 |
| Tel: (843) 606-0640 | Tel: (513) 257-1895 |
| cmills@spero.law | chris@cwiestlaw.com |

*pro hac vice motion pending*

                                              Counsel for *Amicus Curiae*

JUNE 9, 2023

## CERTIFICATE OF SERVICE

I, Christopher Wiest, an attorney, certify that on this day a copy of the foregoing Motion and all attachments were served on all parties via this Court's CM/ECF system.

Dated:  June 9, 2023

*s/ Christopher Wiest*
Christopher Wiest
