# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| Jane Doe 1, et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>William C. Thornbury, Jr., et al.,<br><br>  *Defendants*,<br><br>&<br><br>Commonwealth of Kentucky ex rel. Attorney General Daniel Cameron,<br><br>  *Intervenor-Defendant*. | No. 23-cv-00230-DJH<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF FAMILY RESEARCH COUNCIL AS *AMICUS CURIAE* IN SUPPORT OF INTERVENOR-DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

This matter is before the Court upon the Motion for Leave to File Brief of Family Research Council as *Amicus Curiae* in Support of Intervenor-Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction. The Motion having been fully briefed, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Brief of *Amicus Curiae* attached to the Motion is deemed properly filed.

**IT IS SO ORDERED.**

Dated:_____      _____
                               Hon. David J. Hale
                               U.S. District Judge