# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
### Louisville DIVISION

Jane Doe 1, et al.

-vs-    Case No.: 23-cv-00230

William C. Thornbury, Jr., et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Christopher Mills, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Amicus Family Research Council in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Spero Law LLC

    with offices at

    Mailing address: 557 East Bay St. #22251

    City, State, Zip Code: Charleston, SC 29413

    Telephone: (843) 606-0640

    E-Mail: cmills@spero.law

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| [ATTACHED] | | |
| | | |
| | | |
| | | |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

   Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

   _____

4. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course OR ☐ on-line tutorial authorized class room training OR ☑ other method (Please explain:
   ECF Training tutorials on the Court's website.
   _____
   _____

6. Applicant tenders with this Motion the following:
   ☑ The required *pro hac vice* motion fee of $125.00.

   Wherefore, Applicant prays that this Court enter an order permitting the admission of
   __Christopher Mills__ to the Western District of Kentucky *pro hac vice* for this case only.

   _____
   [Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

s/ Christopher Wiest
_____
Signature

25 Town Center Blvd, Suite 104
_____
Mailing Address

Crestview Hills, KY
_____
City/State

41017
_____
Zipcode

(513) 257-1895
_____
Telephone

chris@cwiestlaw.com
_____
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

| Jurisdiction | Date Admitted | Bar Number |
|---|---|---|
| US Supreme Court | 11/13/2018 | |
| Second Circuit | 5/21/2014 | |
| Fourth Circuit | 4/22/2015 | |
| Fifth Circuit | 11/18/2021 | |
| Sixth Circuit | 2/16/2021 | |
| Seventh Circuit | 10/2/2020 | |
| Ninth Circuit | 12/23/2013 | |
| Tenth Circuit | 9/18/2020 | |
| Eleventh Circuit | 11/23/2021 | |
| DC Circuit | 11/15/2013 | 55109 |
| Federal Circuit | 6/6/2014 | |
| Federal District Court, District of South Carolina | 2/19/2021 | 13432 |
| Federal District Court, District of Columbia | 7/29/2021 | SC0008 |
| District of Columbia | 7/11/2014 | 1021558 |
| South Carolina | 9/16/2013 | 101050 |