**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
Louisville **DIVISION**

Jane Doe 1, et al.

-vs-                                                                     Case No.: 23-cv-00230

William C. Thornbury, Jr., et al.

## ORDER FOR ADMISSION *PRO HAC VICE*

      The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Christopher Mills, is permitted to argue or try this case in whole or in part as counsel for Amicus Family Research Council.