# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:23-cv-00230-DJH |
| ) | |
| WILLIAM C. THORNBURY, JR., MD, in his ) | |
| Official capacity as the president of the Kentucky ) | |
| Board of Medical Licensure, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| & ) | |
| ) | |
| COMMONWEALTH OF KENTUCKY ex rel. ) | |
| Attorney General Daniel Cameron, ) | |
| ) | |
| Intervenor-Defendant. ) | |

**Motion of Arkansas, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Mississippi, Missouri, Montana, Nebraska, North Dakota, South Carolina, South Dakota, Utah, and West Virginia For Leave to File Brief as *Amici Curiae* in Support of Intervenor-Defendant's Opposition to Motion for Preliminary injunction**

Proposed amici curiae are the States of Arkansas, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Mississippi, Missouri, Montana, Nebraska, North Dakota, South Carolina, South Dakota, Utah, and West Virginia. Proposed amici respectfully move for leave to file the attached amicus brief in support of Intervenor-Defendant's Opposition to Motion for Preliminary Injunction. Amici States offer unique and important perspectives on the implication of Plaintiffs' arguments and request for relief, and believe their briefing will benefit the Court.

District courts have broad discretion to allow participation of amici curiae. While this Court does not have specific rules for the filing of amicus briefs, it has "inherent authority" to allow them. *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990) (citing *United States v.*

*Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987)). "Courts typically grant amicus status where the parties 'contribute to the court's understanding of the matter in question' by proffering timely and useful information." *Ga. Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015) (citation omitted). When exercising their discretion, courts "err on the side of granting leave" because "[i]f an amicus brief that turns out to be unhelpful is filed, the [court], after studying the case, will often be able to make that determination without much trouble and can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the [court] will be deprived of a resource that might have been of assistance." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.).

Like Kentucky, proposed amici are concerned by the recent surge of children suffering from gender dysphoria and other forms of gender-related psychological distress. And like Kentucky, proposed amici are concerned because these vulnerable children are suffering greatly and need help. The question is how to help them. Throughout their brief, Plaintiffs assert that gender-transition procedures—puberty blockers, cross-sex hormones, and surgical interventions—are "the only safe and effective treatments for their gender dysphoria." Doc. 17 at 27. The problem is that the evidence does not support this approach—regardless of whatever label Plaintiffs wish to attach. That's why experts in several European countries and the State of Florida have moved away from those treatments. And that's why a growing number of States, including some of the proposed amici, have banned gender-transition procedures on minors. Proposed amici thus write in support of Kentucky's similar law and respectfully ask the Court to grant their motion for leave to file the attached brief.

Respectfully submitted on this 12th day of June, 2023,

/s/ Clinton J Elliott
Clinton J Elliott

| | |
|---|---|
| Steve Marshall<br>   *Attorney General*<br>Edmund G. LaCour Jr.*<br>   *Solicitor General*<br>A. Barrett Bowdre*<br>   *Principal Deputy Solicitor General*<br><br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152<br>(334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov | Clinton J Elliott<br>Matthew D. Doane<br>Doane & Elliott, P.S.C.<br>P.O. Box 372<br>120 E. Adams Street, Suite 2<br>La Grange, Kentucky 40031<br>(502) 602-0008<br>clint@cornerstonelawky.com<br>matt@cornerstonelawky.com<br><br>Tim Griffin<br>   *Attorney General*<br>Nicholas J. Bronni*<br>   *Solicitor General*<br>Dylan L. Jacobs*<br>   *Deputy Solicitor General*<br>Michael A. Cantrell*<br>   *Assistant Solicitor General*<br><br>OFFICE OF THE ARKANSAS ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(501) 682-6302<br>Dylan.Jacobs@ArkansasAG.gov |

*Counsel for Amici Curiae*

* *pro hac vice* motion forthcoming

## CERTIFICATE OF SERVICE

  I, Clinton J Elliott, an attorney, hereby certify that on this day a copy of the foregoing was served on all parties via this Court's CM/ECF system.

  Dated: June 12, 2023

*/s/ Clinton J Elliott*
Clinton J Elliott

2