# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1, *et al.*, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>        v. ) <br> ) <br> WILLIAM C. THORNBURY, JR., MD, in his ) <br> Official capacity as the president of the Kentucky ) <br> Board of Medical Licensure, *et al.*, ) <br> ) <br>    Defendants, ) <br> ) <br> & ) <br> ) <br> COMMONWEALTH OF KENTUCKY ex rel. ) <br> Attorney General Daniel Cameron, ) <br> ) <br>    Intervenor-Defendant. ) | No. 3:23-cv-00230-DJH <br><br> **[PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF]** |

## ORDER

This matter is before the Court upon the Motion of Arkansas, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Mississippi, Missouri, Montana, Nebraska, North Dakota, South Carolina, South Dakota, Utah, and West Virginia for Leave to File Brief as *Amici Curiae* in Support of Intervenor-Defendant's Opposition to Motion for Preliminary Injunction. The Motion having been fully briefed, it is hereby:

**ORDERED** that the Motion is **GRANTED** and that the Brief of *Amici Curiae* attached to the Motion is deemed properly filed.

**IT IS SO ORDERED**.

Dated: _____