## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

JANE DOE 1, et al.,

*Plaintiffs*,

v.

WILLIAM C. THORNBURY, JR., MD, et al.,

*Defendants*.

Case No. 3:23-cv-00230-DJH

## EXPERT REBUTTAL REPORT OF DANIEL SHUMER, M.D.

I, Daniel Shumer, M.D., hereby declare and state as follows:

1.     I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.     I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

3.     My background and qualifications, review of prior testimony, and compensation have been previously provided in my expert report ("Shumer Rep."). The *curriculum vitae* attached to my initial expert report remains true, correct and up to date.

4.     I hereby provide a rebuttal report to respond to the expert reports provided by the Defendants. This report is provided after my review of reports

1

submitted by Drs. Michael K. Laidlaw, Stephen B. Levine, James M. Cantor, and Geeta Nangia.

5.    In preparing this rebuttal report, I have relied on my training and years of research and clinical experience, as set out in my *curriculum vitae* (attached as **Exhibit A** to my original report) and on the materials listed therein; the materials listed in the bibliography attached as **Exhibit B** to my original report; and the additional materials listed in the supplemental bibliography attached as **Exhibit C** to this rebuttal report.  The sources cited in each of these are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject, which include authoritative, scientific peer-reviewed publications.

6.    I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.  I may also further supplement these opinions in response to information produced by Defendants in discovery and in response to additional information from Defendants' designated experts.

**DEFENDANTS' EXPERT OPINIONS LACK A SCIENTIFIC FOUNDATION AND CONTRADICT EVIDENCE-BASED STANDARDS OF CARE AND PRACTICE GUIDELINES FOR THE TREATMENT OF TRANSGENDER ADOLESCENTS**

7.     Defendants' expert declarations demonstrate a basic lack of understanding of the nature, evaluation, and treatment of gender dysphoria, the serious consequences of the condition if left untreated, and the strength of the evidence in support of medical management of gender dysphoria, including the efficacy and safety of these treatments. Defendants' experts have limited or no experience with diagnosis and treatment of gender dysphoria. Their opinions are not consistent with current evidence-based standards of care or practice guidelines for the treatment of gender dysphoria in minors.

**I.     The WPATH Standards of Care and the Endocrine Society Guidelines were Derived from Rigorous Scientific Review of all Available Studies on the Safety and Efficacy of Gender Transition Care for Adolescents**

8.     Studies have repeatedly documented that pubertal suppression and hormone therapy are safe and effective treatments for transgender adolescents with gender dysphoria.[1]  These articles represent a small percentage of the full body of

---

[1] *See, e.g.,* Diana M. Tordoff, et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care*, 5 Jama Network Open 1 (2022) (finding that receipt of medical care, including puberty blockers and gender-affirming hormones, was associated with 60% lower odds of moderate or severe depression and 73% lower odds of suicidality over a 12-month follow-up); Amy E. Green, et al., *Association of Gender-Affirming Hormone Therapy with*

3

literature that was utilized to create evidence-based clinical practice guidelines for

the treatment of gender dysphoria in children, adolescents, and adults.   These

---

*Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, 70 J. Adolescent Health 643, 647 (2022) (finding that use of hormone therapy during adolescence was associated with lower odds of recent depression and having attempted suicide in the past year); Jack L. Turban, et al., *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*, 145 Pediatrics 1 (2020) (finding that access to puberty blockers during adolescence is associated with a decreased lifetime incidence of suicidal ideation among adults); Christal Achille, et al., *Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results*, Int'l J. Pediatric Endocrinology 1 (2020) (finding that endocrine intervention was associated with decreased depression and suicidal ideation and improved quality of life for transgender youth); Laura E. Kuper, et al., *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145 Pediatrics 1 (Apr. 2020) (showing hormone therapy in youth is associated with reducing body dissatisfaction and improvements in mental health); Anna I.R. van der Miesen, et al., *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers*, 66 J. Adolescent Health 699 (June 2020) (showing fewer emotional and behavioral problems after puberty suppression and similar or fewer problems compared to same-age non-transgender peers); Rosalia Costa, et al., *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 12 J. Sexual Med. 2206 (Nov. 2015) (finding significantly increased psychosocial functioning after twelve months of puberty suppression); Annelou L.C. de Vries, et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 134 Pediatrics 696 (2014) (following a cohort of transgender young people in the Netherlands from puberty suppression through surgical treatment and finding that the cohort had global functioning equivalent to the Dutch population).

treatments alleviate the increased distress and dysphoria caused by the physical changes accompanying puberty. Hormone therapy also brings a transgender person's body into greater alignment with their identity and reduces the number of surgeries a transgender person may need as an adult.[2]

9.     These clinical practice guidelines were published by long-standing and well-respected professional bodies: the World Professional Association for Transgender Health (WPATH) and the Endocrine Society (Coleman, et al., 2022; Coleman, et al., 2012; Hembree, et al., 2017; Hembree, et al., 2009). Other leading medical bodies—including the American Association of Pediatrics (AAP), the American Medical Association (AMA), the American Psychological Association, the American Psychiatric Association, and the American Academy of Family Physicians (AAFP)—all  support these guidelines due to the rigorous nature of their review of scientific evidence in the field (Rafferty, et al., 2018 (AAP), AMA, 2019; American Psychological Association, 2015; Drescher, et al., 2018 (American Psychiatric Association); Klein, et al., 2018 (AAFP)).

---

[2] de Vries ALC, McGuire JK, Steensma et al., Young adult psychological outcome after puberty suppression and gender reassignment. 134 Pediatrics 696-704 (Oct. 2014).

5

10.    Defendants' experts' criticisms of the process used to develop the WPATH Standards of Care and the Endocrine Society Guidelines are unfounded. Both were created based on rigorous reviews of the best available science and expert professional consensus in transgender health. For WPATH, international professionals were selected to serve on the SOC 8 writing committee. Recommendation statements were developed based on data derived from independent systematic literature reviews.  Grading of evidence was performed by an Evidence Review Team, which determined the strength of evidence presented in each individual study relied upon in the document (Coleman et al. 2022).

11.    Similarly, the Endocrine Society Guidelines were developed through rigorous scientific processes that "followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation group, an international group with expertise in the development and implementation of evidence-based guidelines." (Hembree et al. 2017). The Endocrine Society published its clinical practice guidelines in collaboration with the Pediatric Endocrine Society, the European Societies for Endocrinology and Pediatric Endocrinology, and WPATH, among others. (Hembree et al. 2017).

12.    Dr. Cantor spends more than 10 pages of his declaration discussing the "Pyramid of Standards of Evidence" to support his claim that the evidence

6

supporting puberty suppression and hormone therapy is not based on randomized controlled trials and is therefore not reliable. (Cantor Decl. ¶¶ 37–67.) Drs. Laidlaw and Levine also base much of their criticism of medical treatments for transgender adolescents on the absence of randomized controlled trials (*See, e.g.*, Laidlaw Decl. ¶¶ 76, 117, 204, 233, 265; Levine Decl. ¶¶ 132, 133, 232). While I agree that randomized control trials are an excellent study design in many contexts, such trials are not ethically permissible for treatments that are already known to provide a benefit to patients, which includes the use of GnRHa and hormone therapy to treat gender dysphoria in adolescents.[3]  For this reason, no such study of these treatments would be approved, no patients and families would participate, and no ethical researcher would undertake such a study.  Therefore, as is true for most other pediatric treatments, researchers in this field must rely on other types of study design, such as longitudinal cohort studies, which monitor change in symptoms over the course of treatment (de Vries ALC, 2014), or cross-sectional studies comparing treated and untreated persons (Turban, 2022).

---

[3] Sari L. Reisner, et al., *Advancing Methods for U.S. Transgender Health Research*, 23 Current Opinion in Endocrinology & Diabetes and Obesity 198 (Apr. 2016); *see also* R.J. Lilford & J. Jackson, *Equipose and the Ethics of Randomization*, 88 J. of the Royal Soc'y of Med. 552 (Oct. 1995).

## II.     Medical Care for Transgender Adolescents Is Safe and Effective, and Defendants' Experts' Assertions to the Contrary are Without Merit

13.     Defendants' experts devote much of their declarations to criticizing the wealth of evidence that medical care is beneficial in the treatment of gender dysphoria among transgender adolescents. These criticisms are not well-founded.

14.     For example, Dr. Cantor contends that studies showing that transgender adolescents benefit from medical treatments have "major methodological limitations" and attempts to discredit individual studies (Cantor Decl. ¶97).  What Dr. Cantor ignores is that all studies in the medical and scientific fields have limitations. Indeed, studies in many other areas of clinical medicine have similar methodological limitations, and highlighting these limitations is a critical element of reporting biomedical research.[4] Medical journals instruct authors to highlight limitations of their studies as a prerequisite for publication.[5] Those limitations do not mean that the studies are dismissed out of hand. To the contrary, each study contributes to the collective knowledge base and health care providers look at the

---

[4] Milo A. Puhan, et al., *Discussing study limitations in reports of biomedical studies- the need for more transparency*, 10 Health and Quality of Life Outcomes 1 (2012).

[5] JAMA, "Instructions for Authors," *available at* https://jamanetwork.com/journals/jama/pages/instructions-for-authors#:~:text=A%20list%20of%203%20Key,5%20tables%20and%2For%20figures (last visited June 15, 2023).

entire body of evidence – as well as their own clinical experience and that of their colleagues – to inform their approach to treatment.

15.     Similarly, Dr. Levine cites a 2015 article by the American Academy of Child and Adolescent Psychiatry Committee on Quality Issues to support his claim that "[p]rominent voices in the field of gender dysphoria have emphasized the severe lack of scientific knowledge in this field." (Levine Decl. ¶132).[6]  The article does not support this claim. **First**, the text Dr. Levine quotes refers to the treatment of *prepubertal* children, not to transgender adolescents, and thus has no bearing on the treatments banned by Kentucky's law, which are prescribed only for post-pubertal youth. **Second**, even with respect to prepubertal children, the text Dr. Levine cites cautions *against* the approach to prepubertal children that Dr. Levine and Defendants' other experts support—namely to subject such children to counseling and other interventions designed to reduce or eliminate their cross-gender identification or gender nonconformity. The article cautions against such an approach, noting: "[T]he possible risk that children may be traumatized by disapproval of their gender discordance must be considered. Just as family rejection

---

[6] Stewart L. Adelson & American Academy of Child and Adolescent Psychiatry, *Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents*, 51 J. Am. Acad. of Child & Adolescent Psychiatry 957 (2012).

9

is associated with problems such as depression, suicidality, and substance abuse in gay youth, the proposed benefits of treatment to eliminate gender discordance in youth must be carefully weighed against such possible deleterious effects."[7] **Third**, the article *supports* medical treatment for transgender adolescents, concluding that "such treatment may be in the best interest of the adolescent when all factors, including reducing psychiatric comorbidity and the risk of harm from illicit hormone abuse, are considered."[8] And **finally**, AACAP unequivocally opposes bans on medical treatment for transgender youth, stating: "The American Academy of Child and Adolescent Psychiatry (AACAP) supports the use of current evidence-based clinical care with minors. AACAP strongly opposes any efforts – legal, legislative, and otherwise – to block access to these recognized interventions," including "social gender transition, hormone blocking agents, hormone treatment, and affirmative psychotherapeutic modalities."[9]

---

[7] Adelson, *supra* n.6, at 969.

[8] *Id*. at 970

[9] American Academy of Child and Adolescent Psychiatry, *AACAP Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth* (Nov. 8, 2019), *available at* https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence Based_Care_for_Transgender_and_Gender_Diverse.aspx (last visited June 15, 2023).

16.     Defendants' experts focus much of their reports on dismissing the known benefits of gender transition-related medical treatment on suicidality and other mental health outcomes. For example, Dr. Cantor critiques 2011 and 2014 studies by de Vries, et al., which demonstrated that patients with gender dysphoria had improved behavioral and emotional outcomes and depressive symptoms after receiving medical treatment for their gender dysphoria. Dr. Cantor suggests that because the participants were also receiving psychological support, it is not possible to know if it was medical treatment or psychological support which caused the improvement in mental health symptoms (Cantor Decl. ¶188). He misunderstands that supportive care does not mean drugs alone, but rather a constellation of medical treatment and psychosocial support. Separating these aspects of care does not make sense clinically. In my view, the findings in these two studies provide strong evidence in favor of gender affirming treatment.

17.     Similarly, Dr. Laidlaw falsely claims that a 2011 study about transgender adults (Dhejne, et al., 2011) shows that medical treatments for transgender adolescents do not reduce suicidality. Dr. Cantor cites this study for the proposition that undergoing sex-reassignment surgery does not decrease suicidality among transgender adults.  (Laidlaw Decl. ¶203). In fact, as the lead author of the study has cautioned, the study did not examine this issue and does not support that

11

conclusion,[10] much less does it shed any light on the efficacy of hormonal treatments for transgender adolescents in reducing suicidality.

18.    Drs. Cantor, Levine, and Nangia also misrepresent the Dhejne study and other studies addressing suicidality among transgender people, falsely claiming that there is no evidence that medical treatment reduces suicidality among transgender adolescents.  (Cantor Decl. ¶¶146-152; Levine Decl. ¶¶152-168; Nangia Decl. ¶¶133, 152). In fact, multiple studies demonstrate this positive impact, which is also consistent with my own clinical practice.[11]

19.    Defendants' experts also misstate the risks and benefits associated with GnRHa and hormone therapy.  (Cantor Decl. at Sections XII and XIV; Levine Decl. ¶¶169-98)

20.    The concerns raised by Defendants' experts about bone density in patients prescribed GnRHa are well-known, generally short-lived, and are specifically managed during patient care.  In practice, risk of lower bone mineral

---

[10] Cecilia H. Dhejne, *Science AMA Series: I'm Cecilia Dhejne a fellow of the European Committee of Sexual Medicine, from the Karolinska University Hospital in Sweden. I'm here to talk about transgender health, suicide rates, and my often misinterpreted study. Ask me anything!*,  Winnower 10:e150124.46274 (2017).

[11] *See, e.g.,* Diana M. Tordoff, et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care*, 5 JAMA Network Open (2022); Amy E. Green, et al., *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, 7 J. Adolescent Health 643–649 (2022).

12

density is mitigated by screening for, and treating, vitamin D deficiency when present, and by limiting the number of years of treatment based on a patient's clinical course (Rosenthal 2014).  It is accurate to state that pubertal hormones (either testosterone or estrogen) contribute to bone density accrual.  A person who was never exposed to any sex hormones for their entire life would be at high risk of osteoporosis.  GnRHa, however, is administered only for a relatively short period of time.  Once a decision is made to either administer gender-affirming hormones or to resume puberty consistent with a patient's birth-assigned sex, bone density accrual rises with exposure to those sex hormones.

21.    Dr. Laidlaw's concerns about bone density in patients prescribed GnRHa are likewise overblown, if not wholly unfounded (Laidlaw Decl. ¶¶ 98-108). It is not surprising that the Carmichael study referenced (Laidlaw Decl. ¶ 102-03) found that there is a reduction in Z-scores in adolescents on GnRHa aged 12-15 during the time of treatment when compared to age-matched controls. What is misleading, however, is that these patients will be transitioned off GnRHa when a decision is made regarding treatment with gender-affirming hormones or to resume puberty consistent with their birth-assigned sex. After exposure to sex hormones, bone density accrual will rise and go back to normal levels for the patient's age. In practice, risk of lower bone mineral density is mitigated by screening for, and

treating, vitamin D deficiency when present, and by limiting the number of years of treatment based on a patient's clinical course (Rosenthal, 2014).

22.     Dr. Cantor and Dr. Laidlaw raise a hypothetical concern regarding brain development, suggesting that somehow use of GnRHa has "unknown, but likely negative consequences … with respect to brain development" (Laidlaw Rep. ¶108; Cantor Decl. ¶¶208-12).   While it is common for researchers and clinicians to consider any possible adverse impacts of medications, there is no evidence that puberty blockers have any adverse impact on brain development.   For example, when considering children with naturally occurring delayed puberty, I find no published evidence of negative consequences to brain development compared with children with normally timed puberty.   Likewise, Dr. Cantor and Dr. Laidlaw can point to no published evidence in support of this concern in transgender adolescents prescribed GnRHa, instead citing various articles that simply raise the issue.   There are also studies related to children who are prescribed GnRHa for precocious puberty that found that "GnRHa treated girls do not differ in their cognitive functioning … from the same age peers." (Wojniusz et al. 2016).   The authors of this article came to this conclusion because there was not a statistically significant difference in IQ, memory, mental rotation, cognitive executive function, processing speed,

14

attention,  or executive function in participants treated with GnRHa for precocious puberty.

### III.    Gender Identity Has a Strong Biological Foundation

23.    Dr. Cantor asserts that I have not provided sources showing that gender identity "has a strong biological foundation." (Cantor Decl. ¶264).   Scientific research and medical literature across disciplines demonstrates that gender identity, like other components of sex, has a strong biological foundation.  For example, there are numerous studies detailing the similarities in the brain structures of transgender and non-transgender people with the same gender identity (Luders et al. 2009; Rametti et al. 2011; Berglund et al. 2008).  In one such study, the volume of the bed nucleus of the *stria terminalis* (a collection of cells in the central brain) in transgender women was similar to the volume found in non-transgender women (topic reviewed in Chung et al. 2002).

24.    There are also studies highlighting the genetic components of gender identity.  Twin studies are a helpful way to understand genetic influences on human diversity.  Identical twins share the same DNA, while fraternal twins share roughly 50% of the same DNA; however, both types of twins share the same environment.  Therefore, studies comparing differences between identical and fraternal twin pairs can help isolate the genetic contribution of human characteristics.  Twin studies have

15

shown that if an identical twin is transgender, the other twin is much more likely to be transgender compared to fraternal twins, a finding which points to genetic underpinnings to gender identity development (Heylens, et al., 2012).

25.    There is also ongoing research on how differences in fetal exposures to hormones may influence gender identity.  This influence can be examined by studying a medical condition called congenital adrenal hyperplasia.  Female fetuses affected by congenital adrenal hyperplasia produce much higher levels of testosterone compared to fetuses without the condition.  While most females with congenital adrenal hyperplasia have a female gender identity in adulthood, the percentage of those with gender dysphoria is higher than that of the general population.  This suggests that fetal hormone exposures contribute to the later development of gender identity (Dessens, et al. 2005).

26.    There has also been research examining specific genetic differences that appear associated with gender identity formation (Rosenthal 2014).  For example, one study examining differences in the estrogen receptor gene among transgender women and non-transgender male controls found that the transgender individuals were more likely to have a genetic difference in this gene (Henningsson, et al. 2005).

27.   The above studies are representative examples of scientific research demonstrating biological influences on gender identity.  Gender identity, like other complex human characteristics, is rooted in biology with important contributions from neuroanatomic, genetic, and hormonal variation (Roselli 2018).

28.   Dr. Cantor discounts gender identity on the basis that there is "no means of either falsifying or verifying people's declarations of their gender identities." (Cantor Decl. ¶104).  He also claims "[i]n science, it is the objective factors—and only the objective factors—that matter to a valid definition."  (Cantor Decl. ¶104). But just because gender identity is a human characteristic ascertained through observation and conversations rather than a lab test makes it no less valid or "scientific."  Gender identity is a real human characteristic, and it is rooted in biology.

29.   Dr. Laidlaw incorrectly claims that that gender dysphoria is not an endocrine condition and should not be treated with medication because it cannot be diagnosed through a laboratory test. (Laidlaw Decl. ¶¶ 19-21, 43-51). First, there is ample scientific evidence that gender identity has a strong biological foundation (Shumer Rep. ¶¶ 28-32). Second, endocrinologists are uniquely suited to treat gender dysphoria due to familiarity with prescribing and monitoring medications such as GnRHa, testosterone, and estrogen. Third, countless medical conditions are

17

diagnosed with clinical observation and questioning rather than with a laboratory test, an imaging test, or examination of cells under a microscope (e.g., migraines, neuropathic pain, Alzheimer's disease, irritable bowel syndrome, fibromyalgia), but are no less actual medical diagnoses which improve with medical interventions. Fourth, the American Board of Internal Medicine requires knowledge of gender dysphoria and its management in order to become certified as an Endocrinologist (American Board of Internal Medicine, 2023). Ultimately, while I disagree with Dr. Laidlaw's discomfort with classification of gender dysphoria as an endocrine disorder, this debate is mere semantics and not pertinent to the appropriate assessment and management of the condition.

## IV.   The Rates of "Desistance" Among Transgender Adolescents Is Extremely Low

30.    Dr. Laidlaw correctly points out that the number of young people being referred to the Gender Identity Development Service in the UK has increased significantly over time (Laidlaw Decl. ¶ 209; *see also* Levine Rep. ¶128) but wrongly attributes this increase to "social contagion" and "social media/internet use." I would suggest an alternative explanation that is not only more likely, but also supported by research. As transgender individuals face less cultural stigma than in previous generations, young people understand that they will be supported and

18

valued by their family and community and are more likely to explore and discuss gender identity openly (Zhang, et al., 2020). Two unrelated examples may make this concept more understandable. First, it should come as no surprise that the rate of openly gay individuals is lower in countries that criminalize homosexuality. Would you suppose that it is more likely that citizens of country X, which criminalizes homosexuality, has very few openly gay citizens because there is naturally a very low rate of homosexuality in that country, or because gay citizens fear retribution for coming out as gay? Second, in many societies left-handed people have been historically encouraged as children to use their right hands for writing and other fine-motor skills. However, in the late 20th century, left-handedness became less stigmatized and the percentage of left-handed people tripled, rose from about 4 percent in 1920 to 12 percent (McManus 2009).

31.     In addition, not all adolescents who present for treatment ultimately go on to receive medical interventions. In fact, in a large study from the Netherlands, the percentage of transgender people presented for evaluation who actually received any type of medical treatment has decreased over time.[12] The authors of that study note: "[T]his finding may be explained by the fact that in the past it was harder to

---

[12] C.M. Wiepjes, et al., *The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets*, 15 J. of Sexual Med. 582-590 (2018).

19

find information about [gender dysphoria] and its treatment, and only people with extreme types of [gender dysphoria] managed to visit our gender identity clinic for treatment. Currently, owing to media attention and the internet, it is easier to access information about our gender identity clinic, making the threshold lower to search for help."[13]

32.    Dr. Laidlaw asserts that rates of "desistance" are very high and therefore treatments as outlined by current standards of care will cause serious and irreversible harm to children and adolescents (Laidlaw Rep. ¶¶ 169, 212-15). This fallacy, repeated by many opponents of gender affirming care, misrepresents the data completely. As outlined in my report (Shumer Rep. ¶ 58), it is true that the majority of prepubertal gender diverse children exploring their gender do not develop gender dysphoria and are not expected to become transgender adolescents or adults, but that is because they are not transgender in the first place. First, the diagnostic criteria of "Gender Identity Disorder in Children," which no longer exists as a diagnosis, and "Gender Dysphoria in Children" which is the current diagnosis, are distinct. The former, which included a significantly broader group of children, was the one in place at the times the studies to which Dr. Laidlaw cites occurred, and thus included many children who were simply gay or gender-nonconforming. Second, while Dr.

---

[13] *Id.*

Laidlaw attempts to cite data from studies of children across wide age groups, age 3-13 in one instance, he does not attempt parse out important clinical information such as the age and pubertal stage of so-called "desisters" in these studies. (Laidlaw Decl. ¶ 215). Lastly, because prepubertal children are not treated with hormonal medications for gender dysphoria, citing these studies has no relevance to the question of how to treat adolescents. Children whose gender dysphoria persists into adolescence are highly likely to be transgender (van der Loos, et al., 2022).

33.     Dr. Laidlaw also wrongly suggests that the use of pubertal suppression alters the natural course of "desistance" claiming that receiving this medication causes children who would otherwise "desist" to become transgender. (Laidlaw Decl. ¶¶ 213). Here Dr. Laidlaw is making a causal theory error – making a claim of causation based on correlational evidence. Children with persisting gender dysphoria into puberty (1) are very likely to have persisting gender dysphoria into adulthood, and (2) are eligible for treatment with GnRHa. The use of GnRHa is not actually influencing future gender identity. In other words, the fact that patients prescribed pubertal suppression are likely to later be prescribed gender affirming hormones indicates that clinicians are correctly identifying patients who have gender dysphoria and benefit from medical intervention.

21

## V.    Dr. Laidlaw Mischaracterizes The Risks and Benefits of Hormonal Treatments for Gender Dysphoria

34.    Dr. Laidlaw's report correctly defines a medical condition, *hypogonadotropic hypogonadism*, as a condition in which the pituitary fails to send signals to the gonads (Laidlaw Decl. ¶ 79). Dr. Laidlaw then describes gender affirmative therapy (specifically, pubertal suppression) as deliberately causing the medical condition *hypogonadotropic hypogonadism* and then, based on a limited review of some of the plaintiffs medical records, declares that the plaintiffs have developed *hypogonadotropic hypogonadism* as a result of their medical care (Laidlaw Decl. ¶¶ 64-70, 76, 86, 242, 253). In his report, Dr. Laidlaw described the use of GnRHa in treatment of prostate cancer and precocious puberty. Notably, he did not frame GnRHa as causing the medical condition *hypogonadotropic hypogonadism* in those patients but described the use of GnRHa as effective treatment for these other conditions. He ignores that GnRHa is also an effective treatment for gender dysphoria. By conflating the goal of therapy (suppression of sex hormone production) with causing a medical condition (*hypogonadotropic hypogonadism*) in one instance, but not others, is inappropriate if not disingenuous.

35.    Dr. Laidlaw repeats this same wordplay tactic in describing the administration of testosterone as inducing *hyperandrogenism* in transgender men

22

(Laidlaw Decl. ¶¶ 117, 125-32), and administration of estrogen as inducing *hyperestrogenism* in transgender women (Laidlaw Decl. ¶¶ 143-51). He describes the use of testosterone to treat gender dysphoria in transgender male plaintiffs as inducing *hyperandrogenism* and speculates that JM2, a transgender boy, is at risk for severe *hyperandrogenism* due to the "high dose of testosterone" he has been prescribed (Laidlaw Decl. ¶¶ 243-47).

36.     In reality, when testosterone is prescribed for gender dysphoria as for the transgender male plaintiffs, the goal is to achieve a normal male testosterone level based on age, meaning a testosterone level that is consistent with the normal testosterone levels for cisgender males of similar age; when estrogen is prescribed for gender dysphoria as it is for transgender females, the goal is to achieve a normal female estrogen level based on age, meaning an estrogen level that is consistent with the normal estrogen levels for cisgender females of similar age. These goals mirror what Dr. Laidlaw or any other endocrinologist would aim for when treating low testosterone or ovarian failure (Laidlaw Decl. ¶¶ 117, 143).

37.     Dr. Laidlaw frames evidence-based treatments for gender dysphoria as causing medical conditions, rather than acknowledging the similarity in how these medications are used in different contexts.  The underlying premise of Dr. Laidlaw's

opinions seems to be that gender dysphoria is not a legitimate diagnosis worthy of any medical treatment and that there should not be any transgender people.

38.    Dr. Laidlaw also misrepresents the risks of using the hormone *testosterone* to treat gender dysphoria (Laidlaw Decl. ¶¶ 115-124). He correctly explains that when treating men with testosterone deficiency, the dose of testosterone must be carefully considered and monitored to avoid excess levels (Laidlaw Rep. ¶ 116). This is equally true when using testosterone for treatment of gender dysphoria. He mentions that some individuals abuse testosterone by taking more than prescribed, but it is unclear if he is implying that transgender men would be more likely to do this than others, which I would not expect and find no data to support. All of the adverse effects of excessive testosterone that Dr. Laidlaw avoids by carefully monitoring his patients with low testosterone (e.g., increased libido, headache, erythrocytosis) are similarly avoided by careful monitoring in transgender men.

39.    Dr. Laidlaw also appears to argue that transgender men can develop erythrocytosis (elevation in the red blood cell measurement, hematocrit) while being treated with testosterone (Laidlaw Decl. ¶ 140-42). Dr. Laidlaw is using the female reference range for hematocrit to make this assertion, again considering these patients as females with *hyperandrogenism* rather than transgender men receiving

24

evidence-based care for gender dysphoria. This is inappropriate; the male reference range for hematocrit should be used for patients on testosterone treatment (Deutch, 2016).

40.    Dr. Laidlaw makes parallel arguments regarding estrogen (Laidlaw Decl. ¶¶143-51) by pointing out the elevated estrogen can be associated with health problems, while ignoring that the goal of treatment with estrogen in gender dysphoria is maintenance of estrogen levels in the normal female range. Risk for the health concerns he highlights are avoided by careful monitoring in transgender women.

41.    He states that the risk for breast cancer increases when a "male" is treated with "high dose estrogen" (Laidlaw Decl. ¶ 150). This misunderstands the risks. It is of course not surprising that transgender women with breasts are at higher risk for breast cancer than men without breasts. What Dr. Laidlaw leaves out of his discussion is the complete findings of the Christel article referenced. That article found that despite an increased risk of breast cancer in transgender women compared with cisgender men, there was a lower risk when comparted to cisgender women. The article concluded that "breast cancer screening guidelines for cisgender people are sufficient for transgender people using hormone treatment" (Christel, 2019).

25

42.     Dr. Laidlaw would argue that risks of gender affirming care outweigh the benefits. He is incorrect; he has provided grossly exaggerated and erroneous description of risk while completely discounting the benefits of treatment or the risks of withholding treatment.

## VI.    Parents Are Capable of Providing Informed Consent And Patients of Providing Informed Assent To Medical Treatments for Adolescent Gender Dysphoria, Including Weighing Concerns about Fertility

43.     In the context of gender affirming care, concerns about fertility are discussed with adolescent patient and their families when receiving both GnRHa as treatment and/or gender-affirming hormones. Indeed, SOC 8 recommends that "health care professionals working with transgender and gender diverse adolescents requesting gender-affirming medical or surgical treatments inform them, prior to initiating treatment, of the reproductive effects including the potential loss of fertility and available options to preserve fertility within the context of the youth's stage of pubertal development." (Coleman, et al., 2022).

44.     It is important to note that Dr. Laidlaw also misconstrues the effect of GnRHa on fertility. As outlined in my prior report, GnRHa treatments do not have long-term implications on fertility (Shumer Decl. ¶64). Dr. Laidlaw correctly explains that giving GnRHa to a four-year-old with precocious puberty will not

26

impair fertility. (Laidlaw Decl. ¶73). Likewise, GnRHa will also have no effect on fertility when used in older transgender adolescents.

45.     What is more, for transgender adolescents taking GnRHa and for whom hormones appears to be indicated as treatment, fertility preservation can be offered after a brief cessation of GnRHa treatment but before hormones.  Case reports illustrate the success of this approach in fertility preservation. (Martin, et al., 2021; Rothenberg, et al., 2019).

46.     Even if gender affirming hormones were introduced following use of GnRHa, these hormones could be discontinued with a goal of progression through internal puberty and achieving fertility. Withdrawal of hormones in adulthood often is successful in achieving fertility when it is desired (Light, et al., 2014; Knudson, et al., 2017).

47.     Dr. Laidlaw also raises concerns about future sexual function in patients prescribed GnRHa (Laidlaw Decl. ¶¶ 96-97). In my experience, it is essential to have open, age-appropriate discussions around sex and sexuality while respecting that all persons, including transgender people, are diverse in terms of sexual orientation and desires. Sexuality and sexual function should be considered and maximized as transgender patients reach adulthood. In this context, it should not be underestimated how a positive body image is also associated with better sexual function and

27

satisfaction. Additionally, research clearly shows that persons with untreated gender dysphoria may have significant challenges with sexuality and sexual function (Holmberg, 2019).

48.     Dr. Laidlaw argues that it is not possible for parents to make a truly informed consent decision regarding medical care for gender transition, and suggests, without reasoning or evidence, that this decision is somehow different than other complex medical decisions that parents and guardians make regarding the health and wellness of their children every day. In my experience as a pediatrician working with children and families every day, Dr. Laidlaw is severely underestimating the capacity of parents and guardians to understand and balance information pertaining to the health of their children. He also ignores that WPATH SOC 8 clearly outlines criteria for how providers obtain assent and consent for medical intervention (Coleman, et al., 2022).

49.     As a pediatric endocrinologist when assessing any patient for any condition, my job is to analyze all available information, determine an appropriate diagnosis, and then discuss potential treatment options with patients and parents. This is true regardless of whether I am seeing the patient for gender concerns, slow growth, thyroid disease, or diabetes. Providers of gender affirming care rely upon

the well-established and evidence-based standards of care for assessment, diagnosis, and management of gender dysphoria.

## VII. Defendants' Experts' Mischaracterize International Medical Practices Regarding Gender Transition

50.     Defendants' experts' declarations refer to documents from several other countries on the treatment of gender dysphoria, predominantly from Finland, Sweden, and the United Kingdom ("UK"), although they also mention documents from France and Norway.

51.     Before addressing the substance of their claims related to these documents, several preliminary points should be made. Defendants' experts do not provide a comprehensive review of international practices but rather selectively cite documents they believe support their position.

52.     Language differences also make it difficult to fully assess some of the material that Defendants' experts cite to as support for their claims.  For example, the Swedish National Board of Health and Welfare's (NBHW) guideline for the care of children and adolescents with gender dysphoria is not available as an official English translation; only a six-page summary is available.[14]

---

[14] The National Board of Health and Welfare, *Care of Children and Adolescents with Gender Dysphoria: Summary* (2022), https://www.socialstyrelsen.se/globalassets/sharepoint-

29

53.     With respect to the content of these documents, none is a clinical practice guideline which rates the quality of the evidence and the strength of the recommendations.  Some of the documents are systematic reviews of the literature that rate the quality of the evidence but do not make recommendations.[15]   Direct inferences cannot be drawn from the quality of the evidence to the strength of recommendations; low quality evidence may be a sufficient basis for strong recommendations.  The French document referenced is in fact only a press release.[16]

54.     Dr. Cantor mischaracterizes the conclusions of these documents, stating for example that they "range from medical advisories to outright bans on the medical transition of minors." (Cantor Decl. ¶16).   None of the documents to which Dr. Cantor refers recommend banning medical care for treating gender dysphoria in adolescents.

---

dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf (last accessed June 15, 2023).

[15] National Institute for Health and Care Excellence (NICE), *Evidence Review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria* (2020), *available at* https://cass.independent-review.uk/nice-evidence-reviews/ (last accessed June 15, 2023).

[16] Académie Nationale de Médecine, *Medicine and gender transidentity in children and adolescents* (2022), *available at* https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en (last accessed June 15, 2023).

30

55.     Finland, Sweden, and the UK are all moving to providing care through regional multidisciplinary clinics, the type of care commonly provided in the United States.[17]   In Finland, for example, medical care is provided by Helsinki University Central Hospital and Tampere University Hospital.   Puberty suppression and hormone treatment are provided to minors with persistent gender dysphoria on a case-by-case basis.[18]

56.     Sweden is restructuring care for gender dysphoria into three national specialized medical care units.  While the Swedish recommendations state puberty suppression and gender-affirming hormone treatment "should be offered only in exceptional cases," they later state that "an early (childhood) onset of gender incongruence, persistence of gender incongruence until puberty and a marked

---

[17] Sam Hsieh & Jennifer Leininger, *Resource list: Clinical care programs for gender-nonconforming children and adolescents*, 43 Pediatric Annals 238–244 (2014).

[18] Council for Choices in Health Care in Finland, *Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation* (2020),  *available at* https://palveluvalikoima.fi/documents/1237350/22895008/ Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6- b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474 (last accessed June 15, 2023).

31

psychological strain in response to pubertal development is among the recommended criteria."[19]

57.     The United Kingdom is moving from a single specialist provider model to regional centers in order to better meet the need for expanded care.  The Cass Review encourages providers prescribing puberty suppressants and hormone therapy to follow the Endocrine Society Guidelines and UK guidelines regarding informed consent.[20]

58.     The documents all emphasize the importance of data collection.  The Cass Review recommends, for example, "[e]xisting and future services should have standardized data collection in order to audit standards and inform understanding of the epidemiology, assessment and treatment of this group of children and young people."[21]

59.     The Swedish NBHW similarly states, "[t]o ensure that new knowledge is gathered, the NBHW further deems that treatment with GnRH-analogues and sex hormones for young people should be provided within a research context, which

---

[19] The National Board of Health and Welfare, *supra* n.20, at 4.
[20] Hilary Cass, *The Cass Review: Independent Review of Gender Identity Services for Children and Young People Interim Report*, National Health Service (NHS), UK at 71–72 (2022).

[21]    *Id.*

does not necessarily imply the use of randomized controlled trials (RCTs).  As in other healthcare areas where it is difficult to conduct RCTs while retaining sufficient internal validity, it is also important that other prospective study designs are considered for ethical review and that register studies are made possible."[22]

60.     In sum, the countries cited by Defendants' experts continue to provide medical treatments for transgender adolescents, with an emphasis on careful evaluation and data collection. None of the countries cited by Defendants' experts have banned these treatments, as Kentucky has done.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2023.

_____
Daniel Shumer, M.D.

---

[22]    The National Board of Health and Welfare, *supra* n.20.

33

# Exhibit C
## *Supplemental Bibliography*

34

# BIBLIOGRAPHY

Académie Nationale de Médecine, *Medicine and gender transidentity in children and adolescents* (2022), *available at* https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en (last accessed June 15, 2023).

Achille, C., et al., *Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results*, Int'l J. Pediatric Endocrinology 1 (2020)

Adelson, S.L. & American Academy of Child and Adolescent Psychiatry, *Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents*, 51 J. Am. Acad. of Child & Adolescent Psychiatry 957 (2012).

American Academy of Child and Adolescent Psychiatry, *AACAP Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth* (Nov. 8, 2019), *available at* https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence Based_Care_for_Transgender_and_Gender_Diverse.aspx (last visited June 15, 2023).

American Board of Internal Medicine: Endocrinology, Diabetes, and Metabolism Certification Examination Blueprint (2023), *available at* https://www.abim.org/Media/wxbjt5o3/endocrinology-diabetes-metabolism.pdf.

American Medical Association and GLMA, *Health Insurance Coverage for Gender-Affirming Care of Transgender Patients* (2019), *available at* https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. American Psychologist, 70, 832-864.

Berglund, H., Lindström, P., Dhejne-Helmy, C., & Savic, I. (2008). Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. Cerebral cortex (New York, N.Y. : 1991), 18(8), 1900–1908.

Cass, H. *The Cass Review: Independent Review of Gender Identity Services for Children and Young People Interim Report*, National Health Service (NHS), UK at 71–72 (2022).

Chung, W. C., De Vries, G. J., & Swaab, D. F. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. The Journal of neuroscience: the official journal of the Society for Neuroscience, 22(3), 1027–1033.

Coleman E, Radix AE, Bouman WP et al. *Standards of care for the health of transgender and gender diverse people, version 8*, Int. J. Transgend. 2022 Sep 6;23(suppl 1):S1-S259.

Coleman E, Bockting W, Botzer M. et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. (2012) International Journal of Transgenderism. 13. 165-232.

Costa, R., et al., *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 12 J. Sexual Med. 2206 (Nov. 2015).

Council for Choices in Health Care in Finland, *Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation* (2020), *available at* https://palveluvalikoima.fi/documents/1237350/22895008/ Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474

Deutsch, MB (ed*.). Guidelines for the primary and gender-affirming care of transgender and gender nonbinary people*, University of California, San Francisco, Department of Family and Community Medicine Center of Excellence for Transgender Health, (2nd ed. 2016), *available at* https://transcare.ucsf.edu/sites/transcare.ucsf.edu/files/Transgender-PGACG-6-17-16.pdf

de Vries, A.L.C., et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 134 Pediatrics 696 (2014).

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T., *Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study,* 8 J. of Sexual Med. 2276–2283 (2011).

Dhejne C, Lichtensetin P, Boman M, et al., *Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden*. 6 PLoS One e16885 (Feb. 2011).

Dhejne, C.H. *Science AMA Series: I'm Cecilia Dhejne a fellow of the European Committee of Sexual Medicine, from the Karolinska University Hospital in Sweden. I'm here to talk about transgender health, suicide rates, and my often misinterpreted study. Ask me anything!*,  Winnower 10:e150124.46274 (2017).

Dessens, A. B., Slijper, F. M., & Drop, S. L. (2005). Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Archives of sexual behavior, 34(4), 389–397.

Drescher, J., Haller, E., & Yarbrough, E., *Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities*, American Psychiatric Association (2018).

Green, A., et al., *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, 7 J. Adolescent Health 643–649 (2022).

Luders, E., Sánchez, F. J., Gaser, C., Toga, A. W., Narr, K. L., Hamilton, L. S., & Vilain, E. (2009). Regional gray matter variation in male-to-female transsexualism. NeuroImage, 46(4), 904–907.

Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 J. Clin. Endocrinology & Metabolism 3869–3903 (2017).

Henningsson, S., Westberg, L., Nilsson, S., Lundström, B., Ekselius, L., Bodlund, O., Lindström, E., Hellstrand, M., Rosmond, R., Eriksson, E., & Landén, M.

37

(2005). Sex steroid-related genes and male-to-female transsexualism. Psychoneuroendocrinology, 30(7), 657–664.

Heylens, G., De Cuypere, G., Zucker, K. J., Schelfaut, C., Elaut, E., Vanden Bossche, H., De Baere, E., & T'Sjoen, G. (2012). Gender identity disorder in twins: a review of the case report literature. The journal of sexual medicine, 9(3), 751–757.

Holmberg M., Arver S., Dhejne C., *Supporting sexuality and improving sexual function in transgender persons.* 16 Nat. Rev. Urol. 121-139 (Feb. 2019).

Hsieh, S. & Leininger, J., *Resource list: Clinical care programs for gender-nonconforming children and adolescents*, 43 Pediatric Annals 238–244 (2014).

JAMA, "Instructions for Authors," *available at https://jamanetwork.com/journals/jama/pages/instructions-for-authors#:~:text=A%20list%20of%203%20Key,5%20tables%20and%2For%20figures*

Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. *Transgender men who experienced pregnancy after female-to-male gender transitioning*, 124 Obstetrics Gynecol 1120-1127 (Dec. 2014).

Klein, D.A., Paradise, S.L., and Goodwin, E.T. (2018). *Caring for Transgender and Gender-Diverse Persons: What Clinicians Should Know*. 98 Am Fam Physician 645-653 (2018).

Knudson G, De Sutter P. *Fertility options in transgender and gender diverse adolescents,* 96 Acta Obstetricia et Gynecologica Scandinavia 1269-1272 (July 2017).

Kuper, L.E. et al., *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145 Pediatrics 1 (Apr. 2020).
Lilford, R.J. & J. Jackson, *Equipose and the Ethics of Randomization*, 88 J. of the Royal Soc'y of Med. 552 (Oct. 1995).

38

Martin S, Sandberg ES, Shumer DE: Criminalization of Gender-Affirming Care - Interfering with Essential Treatment for Transgender Children and Adolescents, 01/2021

McManus IC. The history and geography of human handedness. In: Language Lateralization and Psychosis. Edited by Sommer I, Kahn RS. Cambridge University Press. 2009: 37-58.

The National Board of Health and Welfare, Care of Children and Adolescents with Gender Dysphoria: Summary (2022), *available at* https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf

National Institute for Health and Care Excellence (NICE), *Evidence Review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria* (2020), *available at* https://cass.independent-review.uk/nice-evidence-reviews/

Puhan, M.A., et al., *Discussing study limitations in reports of biomedical studies- the need for more transparency*, 10 Health and Quality of Life Outcomes 1 (2012).

Rafferty J, Yogman M, Baum R, et al. *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents*. 142 Pediatrics (2018).

Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Segovia, S., Gomez, Á., & Guillamon, A. (2011). White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. Journal of psychiatric research, 45(2), 199–204.

Reisner, S.L., et al., *Advancing Methods for U.S. Transgender Health Research*, 23 Current Opinion in Endocrinology & Diabetes and Obesity 198 (Apr. 2016).

Roselli C. E. (2018). Neurobiology of gender identity and sexual orientation. Journal of neuroendocrinology, 30(7), e12562.

Rosenthal SM, *Approach to the Patient: Transgender Youth: Endocrine Considerations*, J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89.

Rothenberg, S., et al., *Oocyte Cryopreservation in a Transgender Male Adolescent*, 380 N Engl J Med 886-887 (2019).

Tordoff, D.M., et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care*, 5 JAMA Network Open (2022).

Turban, J.L., et al., *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*, 145 Pediatrics 1 (2020).

Van der Loos MA, Hannema SE, Klink DT, at el. *Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands*. The Lancet Child & Adolescent Health. (2022), 6(12) 869-875.

van der Miesen, A.I.R., et al., *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers*, 66 J. Adolescent Health 699 (June 2020).

Wiepjes, C.M. et al., *The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets*, 15 J. of Sexual Med. 582-590 (2018).

Wojniusz, S., Callens, N., Sütterlin, S., Andersson, S., De Schepper, J., Gies, I., et al. (2016). Cognitive, emotional, and psychosocial functioning of girls treated with pharmacological puberty blockage for idiopathic central precocious puberty. Front. Psychol. 7:1053. doi: 10.3389/fpsyg.2016.01053.

Zhang Q, Goodman M, Adams N, et al. Epidemiological considerations in transgender health: A systematic review with focus on higher quality data. Int J Transgend Health. 2020; 21(2): 125-137.

40