UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>        Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>        Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL CAMERON<br>        Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

## COMMONWEALTH OF KENTUCKY'S NOTICE OF FILING

Intervening Defendant the Commonwealth of Kentucky provides the following descriptions of its exhibits filed in support of its Response to the Plaintiffs' Motion for Preliminary Injunction, DN 47:

- DN 47-1, Exhibit 1 – *What American has got wrong about gender medicine*, The Economist (Apr. 5, 2023)

- DN 47-2, Exhibit 2 – Ludvigsson, et al., *A Systematic Review of Hormone Treatment for Children with Gender Dysphoria and Recommendations for Research*, Acta Paediatrica (Apr. 17, 2023)

- DN 47-3, Exhibit 3 – Jennifer Block, *Gender Dysphoria in Young People is Rising—and so is Professional Disagreement*, The British Medical Journal (Feb. 23, 2023)

1

- DN 47-4, Exhibit 4 – *Topic Brief: Treatments for Gender Dysphoria in Transgender Youth*, AHRQ, Nom. No. 0928 (Jan. 8, 2021)

- DN 47-5, Exhibit 5 – Compl., *Brockman v. Kaiser Found. Hosps., Inc.*, STK-CV-UMM-2023-0001612 (Cal. Super. Ct.)

- DN 47-6, Exhibit 6 – E. Coleman, et al., *Standards of Care for the Health of Transgender and Gender Diverse People Version 8*, International Journal of Transgender Health, Vol. 23, No. S1 (2022)

- DN 47-7, Exhibit 7 – Sample consent-to-transition-procedures form

- DN 47-8, Exhibit 8 – *Bell v. Tavistock* decision

- DN 47-9 – Declaration of Dr. James M. Cantor, PhD

- DN 47-10 – Declaration of Dr. Michael K. Laidlaw, M.D.

- DN 47-11 – Declaration of Dr. Stephen B. Levine, M.D.

- DN 47-12 – Declaration of Dr. Geeta Nangia, M.D.

- DN 47-13 – Declaration of Laura Becker

- DN 47-14 – Declaration of Luka Hein

- DN 47-15 – Declaration of Layla Jane

- DN 47-16 – Declaration of Helena Kershner

- DN 47-17 – Declaration of E.G.

- DN 47-18 – Declaration of E.T.

- DN 47-19 – Declaration of K.W.

- DN 47-20 – Declaration of Brynne Miller

- DN 47-21 – Declaration of Yaacov Sheinfeld

- DN 47-22 – Declaration of Helen Spielbauer

- DN 47-23 – Declaration of Jamie Reed

Respectfully submitted,

Daniel Cameron
ATTORNEY GENERAL

/s/ Alexander Y. Magera
Victor B. Maddox (KBA No. 43095)
Heather L. Becker (KBA No. 94360)
Jeremy J. Sylvester (KBA No. 92771)
Alexander Y. Magera (KBA No. 97708)
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Victor.Maddox@ky.gov
Heather.Becker@ky.gov
Jeremy.Sylvester@ky.gov
Alexander.Magera@ky.gov

*Counsel for the Commonwealth of Kentucky
ex rel. Attorney General Daniel Cameron*

## CERTIFICATE OF SERVICE

I certify that on June 16, 2023 the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Alexander Y. Magera
*Counsel for the Commonwealth of Kentucky
ex rel. Attorney General Daniel Cameron*