UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

DOE 1, *et al.*
    Plaintiffs

v.

THORNBURY, *et al.*
    Defendants

Civil Action No. 3:23-CV-00230-DJH

## ORDER

This matter is before the Court on the Commonwealth's Motion for an Expedited Briefing Schedule. The Court, having been sufficiently advised, **HEREBY ORDERS** as follows:

1. The Motion for an Expedited Briefing Schedule is **GRANTED**.

2. The Plaintiffs shall file their response to the Commonwealth's Motion to Strike or For Leave to File Rebuttal Declarations no later than Friday, June 23, 2023.

3. The Commonwealth shall file its reply (if any) no later than Monday, June 26, 2023.

Dated June ____, 2023.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

DOE 1, *et al.*
    Plaintiffs

v.

THORNBURY, *et al.*
    Defendants

Civil Action No. 3:23-CV-00230-DJH

## ORDER

This matter is before the Court on the Commonwealth's Motion to Strike or for Leave to File Rebuttal Declarations. The Court, having been sufficiently advised, **HEREBY ORDERS** as follows:

1. The Motion for Leave to File Rebuttal Declarations is **GRANTED**.

2. The Commonwealth shall file rebuttal declarations no later than Monday, June 26, 2023.

Dated June ____, 2023.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

DOE 1, *et al.*
    Plaintiffs

v.

THORNBURY, *et al.*
    Defendants

Civil Action No. 3:23-CV-00230-DJH

**ORDER**

This matter is before the Court on the Commonwealth's Motion to Strike or for Leave to File Rebuttal Declarations. The Court, having been sufficiently advised, **HEREBY ORDERS** as follows:

1. The Motion to Strike is **GRANTED**.

2. The declarations submitted by Kenneth Goodman, DN 52-2, and Dan Karasic, DN 52-4 are hereby stricken from the record.

Dated June ____, 2023.