UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JANE DOE 1 et al., | Plaintiffs, |
| v. | Civil Action No. 3:23-cv-230-DJH |
| WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure et al., | Defendants. |

\* \* \* \* \*

### ORDER

Attorney General Daniel Cameron having moved for leave to file rebuttal declarations (Docket No. 54), it is hereby

**ORDERED** that Plaintiffs shall respond to Cameron's motion no later than **12:00 p.m. on Friday, June 23, 2023**. Cameron shall file any reply no later than **12:00 p.m. on Monday, June 26, 2023**.

June 21, 2023

David J. Hale, Judge
United States District Court

1