AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| Jane Doe 1, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-00230 |
| Eric Friedlander in his official capacity, et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Friedlander, in his official capacity

Date:   06/22/2023

/s/ David T. Lovely
*Attorney's signature*

David T. Lovely Ky Bar # 94443
*Printed name and bar number*
Cabinet for Health and Family Services
275 East Main Street, ste. 5W-B
Frankfort, KY 40621

*Address*

davidt.lovely@ky.gov
*E-mail address*

(502) 564-7905
*Telephone number*

(502) 564-7091
*FAX number*