UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al*. <br>   Plaintiffs <br><br> v. <br><br> THORNBURY, *et al*. <br>   Defendants <br><br> and <br><br> COMMONWEALTH OF KENTUCKY, <br> *ex rel*. ATTORNEY GENERAL DANIEL CAMERON <br>   Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

## COMMONWEALTH OF KENTUCKY'S NOTICE OF APPEAL

  PLEASE TAKE NOTICE that Intervening Defendant the Commonwealth of Kentucky hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Opinion & Order dated June 28, 2023, DN 61, granting the Plaintiffs' motion for a preliminary injunction, DN 17.

1

Respectfully submitted,

**Daniel Cameron**
**ATTORNEY GENERAL**

/s/ Alexander Y. Magera
Victor B. Maddox (KBA No. 43095)
Heather L. Becker (KBA No. 94360)
Jeremy J. Sylvester (KBA No. 92771)
Alexander Y. Magera (KBA No. 97708)
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Victor.Maddox@ky.gov
Heather.Becker@ky.gov
Jeremy.Sylvester@ky.gov
Alexander.Magera@ky.gov

*Counsel for the Commonwealth of Kentucky*
*ex rel. Attorney General Daniel Cameron*

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2023 the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Alexander Y. Magera
*Counsel for the Commonwealth of Kentucky*
*ex rel. Attorney General Daniel Cameron*