UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

DOE 1, *et al.*
    Plaintiffs

v.

THORNBURY, *et al.*
    Defendants

Civil Action No. 3:23-CV-00230-DJH

### ORDER

This matter is before the Court on the Commonwealth's Motion for an Expedited Briefing Schedule. The Court, having been sufficiently advised, **HEREBY ORDERS** as follows:

1. The Motion for an Expedited Briefing Schedule is **GRANTED**.

2. The Plaintiffs shall file their response to the Commonwealth's Motion for a Stay Pending Appeal no later than Monday, July 3, 2023.

3. The Commonwealth shall file its reply no later than Wednesday, July 5, 2023.

Dated June \_\_\_\_, 2023.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>　　Plaintiffs | |
| v. | Civil Action No. 3:23-CV-00230-DJH |
| THORNBURY, *et al.*<br>　　Defendants | |

## ORDER

This matter is before the Court on the Commonwealth's Motion for a Stay Pending Appeal. The Court, having been sufficiently advised, **GRANTS** the Commonwealth's motion. The Court's preliminary injunction, DN 61, is **HEREBY STAYED** during the Commonwealth's appeal.

Dated June ____, 2023.