UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM C. THORNBURY, JR., M.D., in his | ) | **Civil Action No. 3:23-cv-00230** |
| official capacity as the President of the | ) | *Electronically filed* |
| Kentucky Board of Medical Licensure, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMMONWEALTH OF KENTUCKY, *ex rel.* | ) | |
| Attorney General Daniel Cameron, | ) | |
| | ) | |
| Intervening Defendant. | ) | |
| _____ | ) | |

**DEFENDANTS' RESPONSE TO INTERVENING DEFENDANT'S MOTION FOR A
STAY PENDING THE APPEAL OF THE COURT'S PRELIMINARY INJUNCTION**

Come now Defendants – William C. Thornbury, Jr. M.D., in his official capacity as

President of the Kentucky Board of Medical Licensure ("KBML") and Audria Denker, R.N., in

her official capacity as the President of the Kentucky Board of Nursing ("KBN") – by and through

counsel, in response to the Court's Order of June 30, 2023 [DN 68].

As previously stated, the KBML and KBN are the administrative agencies tasked with

regulating healthcare providers – not creating and enacting the law they are statutorily required to

enforce. The KBML and KBN's only role is to "'revoke [a] health care provider's licensure or

certification,' if, after completion of the agency's disciplinary and hearing process, they find the

provider violated the Treatment Ban." Plaintiffs' Motion [DN 17] at 9, quoting SB 150 at § 5.

Defendants Thornbury and Denker's position has not changed. Insofar as the practical application

of the injunction is concerned, it would behoove KBML/KBN - licensees and their patients for the

Court to maintain the status quo pending final ruling on the merits of the Plaintiffs' suit.

Nevertheless, the Attorney General, not KBML or KBN, has an interest in protecting the

enacted law from constitutional attack. Therefore, the Defendants Thornbury and Denker

respectfully leave the Commonwealth's Motion for a Stay within the Court's discretion.


Respectfully submitted,

/s/ Nicole A. King
Nicole A. King (KBA # 97866)
Assistant General Counsel
Kentucky Board of Medical Licensure
310 Whittington Parkway, Suite 1B
Louisville, Kentucky 40222
Tel. (502)429-7150
nicolea.king@ky.gov
*Counsel for Defendant Thornbury in his official capacity*

and

/s/ Jeffrey R. Prather (with permission)
Jeffrey R. Prather (KBA # 89306)
Kentucky Board of Nursing
312 Whittington Parkway, Suite 300
Louisville, Kentucky 40222
Tel. (502)338-2851
jeffrey.prather@ky.gov
*Counsel for Defendant Denker in her official capacity*

## Certificate of Service

I hereby certify that on July 5, 2023, I filed the above document via the CM/ECF system, which electronically served copies to all counsel of record.

/s/ Nicole A. King
Nicole A. King