UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al*.<br>　　　Plaintiffs<br><br>v.<br><br>THORNBURY, *et al*.<br>　　　Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel*. ATTORNEY GENERAL DANIEL CAMERON<br>　　　Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

## WAIVER OF REPLY

On June 29, 2023, this Court granted the Plaintiffs' motion for preliminary injunction Doc. 61. The Commonwealth immediately filed a notice of appeal. Doc. 65. The Commonwealth then filed an emergency motion for a stay of the injunction pending appeal. Doc. 66. The Plaintiffs have now responded to that motion. Doc. 71. Having considered the Plaintiffs" response, and in the interest of resolving the pending motion expeditiously, the Commonwealth waives its right to file a reply pursuant to the Court's briefing order on the motion. Doc. 68. Given the ongoing harms that the Commonwealth is suffering, the Commonwealth will seek emergency relief from the Court of Appeals later today.

Respectfully submitted,

Daniel Cameron
ATTORNEY GENERAL

/s/ Heather L. Becker
Victor Maddox (KBA No. 43095)
Heather L. Becker (KBA No. 94360)
Jeremy J. Sylvester (KBA No. 92771)
Alexander Y. Magera (KBA No. 97708)
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Victor.Maddox@ky.gov
Heather.Becker@ky.gov
Jeremy.Sylvester@ky.gov
Alexander.Magera@ky.gov

*Counsel for the Commonwealth of Kentucky
ex rel. Attorney General Daniel Cameron*

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2023, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Jeremy J. Sylvester
*Counsel for the Commonwealth of Kentucky
ex rel. Attorney General Daniel Cameron*