UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISIVLLE DIVISION

*Electronically filed*

| | |
|---|---|
| DOE 1, *et al.*<br>    Plaintiffs<br><br>v.<br><br>THORNBURY, *et al.*<br>    Defendants<br><br>and<br><br>COMMONWEALTH OF KENTUCKY,<br>*ex rel.* ATTORNEY GENERAL DANIEL CAMERON<br>    Intervening Defendant | Civil Action No. 3:23-CV-00230-DJH |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

This morning, the Sixth Circuit Court of Appeals stayed the preliminary injunction granted to the plaintiffs in *L.W. v. Skrmetti*, No. 23-5600, a lawsuit challenging Tennessee's prohibition on providing puberty blockers and cross-sex hormones to children with gender dysphoria. Ex. 1 at 2–4. In doing so, the Sixth Circuit found that the challengers to that law "are unlikely to prevail on their due process and equal protection claims," *id.* at 6–14, the same claims that the challengers in the case before this Court made as to Kentucky's essentially identical prohibition, Compl. 19–21, DN 2. The Sixth Circuit also found that "[t]he other stay factors largely favor the State as well," Ex. 1 at 14–15, and all three judges "agree[d] that the district

1

court abused its discretion in granting a statewide preliminary injunction," *id.* at 17 (White, J., dissenting); *id.* at 4–6.

In light of *L.W.*, this grant should immediately grant the Commonwealth's motion for a stay pending appeal of this Court's preliminary injunction.

Respectfully submitted,

Daniel Cameron
ATTORNEY GENERAL

/s/ Alexander. Y. Magera
Victor Maddox (KBA No. 43095)
Heather L. Becker (KBA No. 94360)
Jeremy J. Sylvester (KBA No. 92771)
Alexander Y. Magera (KBA No. 97708)
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Victor.Maddox@ky.gov
Heather.Becker@ky.gov
Jeremy.Sylvester@ky.gov
Alexander.Magera@ky.gov

*Counsel for the Commonwealth of Kentucky
ex rel. Attorney General Daniel Cameron*

## CERTIFICATE OF SERVICE

I certify that on July 8, 2023, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Alexander Y. Magera
*Counsel for the Commonwealth of Kentucky
ex rel. Attorney General Daniel Cameron*