No. 23-5609

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Sep 12, 2023

DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| JANE DOE 1, ET AL., | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| WILLIAM C. THORNBURY, JR., MD, IN HIS | ) | |
| OFFICIAL CAPACITY AS THE PRESIDENT OF | ) | |
| THE KENTUCKY BOARD OF MEDICAL | ) | |
| LICENSURE, ET AL., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| COMMONWEALTH OF KENTUCKY EX REL. | ) | |
| ATTORNEY GENERAL DANIEL CAMERON, | ) | |
| | ) | |
| Intervenor-Appellant. | ) | |
| | ) | |

**BEFORE:**  SUTTON, Chief Judge; WHITE and THAPAR, Circuit Judges.

The court received a petition for rehearing en banc.  The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case.  The petition then was circulated to the full court.  No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied. Judge White would grant rehearing for the reasons stated in her dissent.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 12, 2023

Ms. Stephanie Schuster
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Re:  Case No. 23-5609, *Jane Doe 1, et al v. William Thornbury, Jr., et al*
Originating Case No.: 3:23-cv-00230

Dear Ms. Schuster,

   The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. Z. Gabriel Arkles
     Mr. Jonathan Backer
     Mr. Carmine D. Boccuzzi Jr.
     Mr. Alexander Barrett Bowdre
     Ms. Allison Caramico
     Mr. JD Colavecchio
     Mr. Andrew Rhys Davies
     Mr. Sydney Duncan
     Ms. Crystal Fryman
     Mr. Benjamin Andrew Gastel
     Ms. Heather Lynn Gatnarek
     Mr. Seran Gee
     Ms. Lindsay Harris
     Ms. Kathleen R. Hartnett

Ms. Zoe Helstrom
Ms. Tricia R. Herzfeld
Mr. William Isasi
Ms. Katelyn Kang
Mr. Matthew Franklin Kuhn
Mr. Edmund Gerard LaCour Jr.
Mr. Cortlin Hall Lannin
Mr. Chasel Lee
Mr. Victor B. Maddox
Mr. Alexander Y. Magera
Mr. Christopher Ernest Mills
Mr. Shannon Price Minter
Mr. Jonathan F. Mitchell
Ms. Emily Mondry
Ms. Yuval Mor
Mr. Kevin Paul Muench
Mr. Andrew M. Nussbaum
Ms. Elizabeth Reinhardt
Ms. Anna Rich
Ms. Bonnie I. Robin-Vergeer
Mr. Eli Savit
Ms. Barbara Schwabauer
Mr. Corey M. Shapiro
Ms. Jocelyn Ann Sitton
Mr. Christopher F. Stoll
Mr. Adam G. Unikowsky
Ms. Julie Veroff
Ms. Jean Veta
Mr. James J. Vilt Jr.
Mr. Howard S. Zelbo

Enclosure