# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure, *et al.*,<br><br>    *Defendants*. | No. 3:23-cv-00230-DJH |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to LR 83.6(b), Heather Gatnarek respectfully withdraws her appearance as counsel for Plaintiffs in the above-captioned proceeding. Plaintiffs will continue to be represented by attorneys of record from the ACLU of Kentucky Foundation, National Center for Lesbian Rights, and Morgan Lewis & Bockius LLP. Plaintiffs have been notified in writing of this withdrawal.

Dated:    October 23, 2023

Respectfully submitted,

*/s/ Heather Gatnarek*
Heather Gatnarek
ACLU OF KENTUCKY FOUNDATION, INC.
325 W. Main St. Suite 2210
Louisville, KY 40202
(502) 581-9746
heather@aclu-ky.org

## CERTIFICATE OF SERVICE

On October 23, 2023, I electronically submitted the foregoing Notice of Withdrawal as Counsel to the Clerk of the Court for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the Court. I hereby certify that all counsel of record for all parties have been served through the Court's ECF system.

*/s/ Heather Gatnarek*
Heather Gatnarek
