# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 9, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Nov 13, 2023
KELLY L. STEPHENS, Clerk

Re:  Jane Doe 1, et al.
v. Kentucky, ex rel. Daniel Cameron, Attorney General of Kentucky
No. 23-492
(Your No. 23-5609)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 3, 2023 and placed on the docket November 9, 2023 as No. 23-492.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst