IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DISTRICT

JANE DOE 1, ET AL.                                                                                   PLAINTIFFS

v.                                              NO. 3:23-CV-00230-DJH-RSE

WILLIAM C. THORNBURY, JR., MD, ET AL.                                                DEFENDANTS

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.6, undersigned counsel respectfully gives notice that Nicholas J. Bronni and Dylan L. Jacobs have withdrawn as attorneys of record for amicus curiae State of Arkansas in this matter. The client has been notified of the withdrawal and has consented to the withdrawal. Nicholas J. Bronni and Dylan L. Jacobs are no longer employed by the Office of the Arkansas Attorney General. The State of Arkansas will continue to be represented by undersigned counsel of record.

Submitted: June 26, 2025

                                              Respectfully,

                                              TIM GRIFFIN
                                              Attorney General of Arkansas

                                              */s/ Autumn Hamit Patterson*
                                              AUTUMN HAMIT PATTERSON*
                                              Solicitor General (Ark. Bar No. 2025095)

                                              OFFICE OF THE ARKANSAS ATTORNEY
                                              GENERAL
                                              101 West Capitol Avenue
                                              Little Rock, AR 72201
                                              (501) 682-2007
                                              Autumn.Patterson@ArkansasAG.gov

                                              *Admitted pro hac vice*

### CERTIFICATE OF SERVICE

On June 26, 2025, I caused the foregoing Notice of Withdrawal of Counsel to be submitted for filing with the Clerk of the Court for the U.S. District Court, Western District of Kentucky, using the electronic case filing system. I certify that all counsel of record for all parties have been served through the Court's ECF system.

/s/ Autumn Hamit Patterson
Autumn Hamit Patterson