### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JANE DOE 1, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure, *et al.*,<br><br>*Defendants,*<br><br>*and*<br><br>COMMONWEALTH OF KENTUCKY, ex. rel. Attorney General Russell Coleman,<br><br>*Intervening Defendant.* | No. 3:23-cv-00230-DJH |

### STIPULATION OF DISMISSAL

Come the parties, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), and jointly stipulate to a dismissal of the instant action with prejudice.

Dated:  August 4, 2025

Respectfully submitted,

*/s/ Corey Shapiro*
Corey M. Shapiro
ACLU OF KENTUCKY FOUNDATION, INC.
325 W. Main St. Suite 2210
Louisville, KY 40202
corey@aclu-ky.org

Christopher F. Stoll
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 365-1320
cstoll@nclrights.org

Stephanie Schuster
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
(202) 739-3000
stephanie.schuster@morganlewis.com

Counsel for Plaintiffs

/s/ Nicole A. King (with permission)
Nicole A. King (KBA # 97866)
Assistant General Counsel
Kentucky Board of Medical Licensure
310 Whittington Parkway, Suite 1B
Louisville, Kentucky 40222
Tel. (502)429-7150
nicole.bushking@ky.gov
*Counsel for Defendant Thornbury in his official capaciy*

and

/s/ Jeffrey R. Prather (with permission)
Jeffrey R. Prather (KBA # 89306)
Kentucky Board of Nursing
312 Whittington Parkway, Suite 300
Louisville, Kentucky 40222
Tel. (502)338-2851
jeffrey.prather@ky.gov
*Counsel for Defendant Denker in her official capacity*

and

/s/ Aaron J. Silletto (with permission)
Victor B. Maddox (KBA No. 43095)
Aaron J. Silletto (KBA No. 89305)
Lindsey R. Keiser (KBA No. 99557)
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Victor.Maddox@ky.gov
Aaron.Silletto@ky.gov
Lindsey.Keiser@ky.gov
*Counsel for the Commonwealth of Kentucky*

and

/s/ Wesley W. Duke (with permission)
Wesley W. Duke
General Counsel
Cabinet for Health and Family Services
275 East Main Street
Frankfort, Kentucky 40621
Tel. (502) 564-7042
WesleyW.Duke@ky.gov
*Counsel for Defendant Eric Friedlander, in his official capacity*

## CERTIFICATE OF SERVICE

On August 4, 2025, I electronically submitted the foregoing Stipulation of Dismissal using the electronic case filing system of the Court. I hereby certify that all counsel of record for all parties have been served through the Court's ECF system.

*/s/ Corey M. Shapiro*
Corey M. Shapiro