UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JANE DOE 1 et al.,     Plaintiffs,

v.     Civil Action No. 3:23-cv-230-DJH-RSE

WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure et al.,     Defendants,

and

COMMONWEALTH OF KENTUCKY,
ex rel. Attorney General Russell Coleman,     Intervening Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 172) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket. All pending motions are **DENIED** as moot.

August 5, 2025

David J. Hale, Judge
United States District Court